RUSH MOORE LLP
A Limited Liability Law Partnership
SUSAN TIUS                    2873-0
REGINAULD T. HARRIS           7516-0
737 Bishop Street, Suite 2400
Honolulu, Hawaii 96813-3862
Tel. No. 521-0406
Fax No. 521-0497
E-mail: Stius@rmhawaii.com
        Rharris@rmhawaii.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
CARREN B. SHULMAN
ALAN M. FELD
30 Rockefeller Plaza
New York, NY 10112-0015
Tel. No. (212) 653-8700
Fax No. (212) 653-8701
E-mail: CShulman@sheppardmullin.com
E-mail: AFeld@sheppardmullin.com

JENNER & BLOCK LLP
LINDSAY C. HARRISON
1099 New York Avenue, NW
Washington, DC 20001
Tel. No. (202) 639-6865
Fax No. (202) 661-4956
E-mail: LHarrison@jenner.com

Attorneys for MARRIOTT INTERNATIONAL, INC.
and MARRIOTT HOTEL SERVICES, INC.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | |
|---|---|
| In Re<br><br>M WAIKIKI, LLC<br><br>        Debtor. | Case No. 11-02371<br>(Chapter 11)<br><br>**CERTIFICATE OF SERVICE**<br><br>**[Re: MARRIOTT INTERNATIONAL, INC. AND** |

MARRIOTT HOTEL SERVICES,
INC.'S FIRST SET OF
INTERROGATORIES (NOS. 1-8) IN
CONNECTION WITH THE
ESTIMATION OF THEIR CLAIM]

Judge: Hon. Robert J. Faris

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused to be filed and served via the CM/ECF system / electronic mail, or by hand-delivery, or by U.S. first class mail, postage prepaid, a true and correct copy of the Marriott International, Inc. and Marriott Hotel Services, Inc.'s First Set of Interrogatories (Nos. 1-8) in Connection with the Estimation of Their Claim, on the date indicated below, to:

|  | U.S. first class mail | Hand-Delivery | CM/ECF or E-mail |
|---|---|---|---|
| M Waikiki LLC<br>12250 El Camino Real<br>Suite 220<br>San Diego, CA 92130<br><u>Debtor</u> | X |  |  |
| Patrick J. Neligan, Jr.<br>Douglas J. Buncher<br>James P. Muenker<br>Neligan Foley LP<br>325 N. St. Paul<br>Suite 3600<br>Dallas, TX 75201<br><u>Attorneys for Debtor</u> |  |  | X |

| | | | |
|---|---|---|---|
| William A. Brewer III<br>Michael S. Gardner<br>Bickel & Brewer<br>1717 Main Street, Suite 4800<br>Dallas, TX 75201<br>Special Litigation Counsel for Debtor | | | X |
| Simon Klevansky<br>Alika L. Piper<br>Nicole D. Stucki<br>Klevansky Piper, LLP<br>Davies Pacific Center, Suite 1707<br>841 Bishop Street<br>Honolulu, HI 96813<br>Attorneys for Debtor | | | X |
| Christopher J. Muzzi<br>Moseley Biehl Tsugawa Lau & Muzzi<br>1100 Alakea Street, Suite 2300<br>Honolulu, HI 96813<br>Attorney for Modern Management Services, LLC | | | X |
| Lisa Hill Fenning<br>Arnold & Porter LLP<br>Via e-mail : Lisa.Fenning@aporter.com<br>Attorneys for Robert M. Davidson and Janice G. Davidson, Trustees of the Davidson Family Trust dated December 22, 1999, as amended | | | X |
| Tom E. Roesser<br>William M. Harstad<br>Carlsmith Ball LLP<br>1001 Bishop Street,<br>2200 Pacific Tower<br>Honolulu, HI 96813<br>Attorneys for Robert M. Davidson and Janice G. Davidson, Trustees of the Davidson Family Trust dated December 22, 1999, as amended | | | X |

| | | | |
|---|---|---|---|
| Sharon V. Lovejoy<br>Andrew J. Lautenbach<br>Stephanie E.W. Thompson<br>Starn O'Toole Marcus & Fisher<br>733 Bishop Street, Suite 1900<br>Honolulu, Hawaii 96813<br>Attorneys for Wells Fargo Bank NA, as Trustee for Nomura CRE CDO Grant Trust, Series 2007-2 | | | X |
| Chuck C. Choi<br>James A. Wagner<br>Neil Verbrugge<br>Wagner Choi Verbrugge<br>745 Fort Street, Suite 1900<br>Honolulu, Hawaii 96813<br>Attorneys for Creditor Committee Official Committee of Unsecured Creditors | | | X |

DATED: Honolulu, Hawaii, February 21, 2012.

/s/ Reginauld T. Harris
SUSAN TIUS
REGINAULD T. HARRIS
Attorneys for MARRIOTT INTERNATIONAL, INC. and MARRIOTT HOTEL SERVICES, INC.

DATED: Los Angeles, California, February 21, 2012.

/s/ Alan M. Feld
ALAN M. FELD
Attorney for MARRIOTT INTERNATIONAL, INC. and MARRIOTT HOTEL SERVICES, INC.

DATED: Los Angeles, California, February 21, 2012.

/s/ Lindsay C. Harrison
LINDSAY C. HARRISON
Attorney for MARRIOTT
INTERNATIONAL, INC. and
MARRIOTT HOTEL SERVICES,
INC.