NELIGAN FOLEY, LLP
PATRICK J. NELIGAN, JR.
   Texas State Bar No. 14866000
   Admitted *Pro Hac Vice*
JAMES P. MUENKER
   Texas State Bar No. 24002659
   Admitted *Pro Hac Vice*
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301

KLEVANSKY PIPER, LLP
A Limited Liability Law Partnership
SIMON KLEVANSKY   3217-0
ALIKA L. PIPER        6949-0
NICOLE D. STUCKI      9151-0
   841 Bishop Street, Suite 1707
   Honolulu, Hawaii 96813
Telephone: (808) 536-0200
Facsimile: (808) 237-5758
E-Mail: sklevansky@kplawhawaii.com
apiper@kplawhawaii.com; nstucki@kplawhawaii.com

ATTORNEYS FOR DEBTOR

BICKEL & BREWER
WILLIAM A. BREWER III
   Texas State Bar No. 02967035
   Admitted *Pro Hac Vice*
MICHAEL S. GARDNER
   Texas State Bar No. 24002122
   Admitted *Pro Hac Vice*
1717 Main Street, Suite 4800
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1014
E-Mail: wab@bickelbrewer.com; mgardner@bickelbrewer.com

SPECIAL LITIGATION COUNSEL FOR DEBTOR

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>M WAIKKI LLC,<br><br>        Debtor. | Case No. 11-02371<br>(Chapter 11)<br><br>**DEBTOR'S NOTICE OF INTENT TO TAKE VIDEOTAPED DEPOSITION OF DANA JACOBSOHN IN CONNECTION WITH MARRIOTT INTERNATIONAL, INC. AND MARRIOTT HOTEL SERVICES, INC.'S PROOF OF CLAIM**<br><br><br>Judge: Hon. Robert J. Faris |

**DEBTOR'S NOTICE OF INTENT TO TAKE VIDEOTAPED DEPOSITION OF DANA JACOBSOHN IN CONNECTION WITH MARRIOTT INTERNATIONAL, INC. AND MARRIOTT HOTEL SERVICES, INC.'S PROOF OF CLAIM**

TO:   LINDSEY C. HARRISON, ESQ.
         Jenner & Block LLP
         1099 New York Avenue, N.W.
         Suite 900
         Washington, DC 20001-4412

         ALAN M. FELD, ESQ.
         Sheppard Mullin Richter & Hampton LLP
         333 South Hope Street, 43rd Floor
         Los Angeles, CA 90071-1422

36743

SUSAN TIUS, ESQ.
CAROLINE S. OTANI, ESQ.
REGINAULD T. HARRIS, ESQ.
Rush Moore LLP
737 Bishop Street, Suite 2400
Honolulu, Hawaii 96813

ATTORNEYS FOR MARRIOTT HOTEL SERVICES, INC.
AND MARRIOTT INTERNATIONAL, INC

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 7030(b)(3), Debtor M Waikiki LLC ("Debtor"), by and through its attorneys of record, will take the videotaped deposition upon oral examination of Dana Jacobsohn, on March 2, 2012, at 9:00 a.m., at the offices of Jenner & Block, 1099 New York Ave NW # 900, Washington, DC 20001. The deposition may be recorded by sound, audiovisual, and/or stenographic means, in accordance with Federal Rule of Bankruptcy Procedure 7030. The deposition shall continue from day-to-day, excluding Saturdays, Sundays, and legal holidays, until completed.

*[This space is intentionally left blank]*

DATED: Honolulu, Hawaii, February 24, 2012.

    NELIGAN FOLEY LLP
    PATRICK J. NELIGAN, JR.
        Texas State Bar No. 14866000
    JAMES P. MUENKER
        Texas State Bar No. 24002659

    KLEVANSKY PIPER, LLP
    A Limited Liability Law Partnership

    /s/ Simon Klevansky
    SIMON KLEVANSKY
    ALIKA L. PIPER
    NICOLE D. STUCKI
    Attorneys for Debtor

    BICKEL & BREWER

    /s/ William A. Brewer III
    WILLIAM A. BREWER III
        Texas State Bar No. 02967035

    /s/ Michael S. Gardner
    MICHAEL S. GARDNER
        Texas State Bar No. 24002122
    Special Litigation Counsel for Debtor