NELIGAN FOLEY, LLP
PATRICK J. NELIGAN, JR.
   Texas State Bar No. 14866000
   Admitted *Pro Hac Vice*
JAMES P. MUENKER
   Texas State Bar No. 24002659
   Admitted *Pro Hac Vice*
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301

KLEVANSKY PIPER, LLP
A Limited Liability Law Partnership
SIMON KLEVANSKY   3217-0
ALIKA L. PIPER        6949-0
NICOLE D. STUCKI      9151-0
   841 Bishop Street, Suite 1707
   Honolulu, Hawaii 96813
Telephone: (808) 536-0200
Facsimile: (808) 237-5758
E-Mail: sklevansky@kplawhawaii.com
apiper@kplawhawaii.com; nstucki@kplawhawaii.com

ATTORNEYS FOR DEBTOR

BICKEL & BREWER
WILLIAM A. BREWER III
   Texas State Bar No. 02967035
   Admitted *Pro Hac Vice*
MICHAEL S. GARDNER
   Texas State Bar No. 24002122
   Admitted *Pro Hac Vice*
1717 Main Street, Suite 4800
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1014
E-Mail: wab@bickelbrewer.com; mgardner@bickelbrewer.com

SPECIAL LITIGATION COUNSEL FOR DEBTOR

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>M WAIKKI LLC,<br><br>      Debtor. | Case No. 11-02371<br>(Chapter 11)<br><br>**DEBTOR'S NOTICE OF INTENT TO TAKE VIDEOTAPED DEPOSITION OF CATHERINE L. YOUNG IN CONNECTION WITH MARRIOTT INTERNATIONAL, INC. AND MARRIOTT HOTEL SERVICES, INC.'S PROOF OF CLAIM**<br><br>Judge: Hon. Robert J. Faris |

**DEBTOR'S NOTICE OF INTENT TO TAKE VIDEOTAPED DEPOSITION OF CATHERINE L. YOUNG IN CONNECTION WITH MARRIOTT INTERNATIONAL, INC. AND <u>MARRIOTT HOTEL SERVICES, INC.'S PROOF OF CLAIM</u>**

TO:   LINDSEY C. HARRISON, ESQ.
        Jenner & Block LLP
        1099 New York Avenue, N.W.
        Suite 900
        Washington, DC 20001-4412

        ALAN M. FELD, ESQ.
        Sheppard Mullin Richter & Hampton LLP
        333 South Hope Street, 43rd Floor
        Los Angeles, CA 90071-1422

SUSAN TIUS, ESQ.
CAROLINE S. OTANI, ESQ.
REGINAULD T. HARRIS, ESQ.
Rush Moore LLP
737 Bishop Street, Suite 2400
Honolulu, Hawaii 96813

ATTORNEYS FOR MARRIOTT HOTEL SERVICES, INC.
AND MARRIOTT INTERNATIONAL, INC

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 7030(b)(3), Debtor M Waikiki LLC ("Debtor"), by and through its attorneys of record, will take the videotaped deposition upon oral examination of Catherine L. Young, on March 1, 2012, at 9:00 a.m., at the offices of Jenner & Block, 1099 New York Ave NW # 900, Washington, DC 20001. The deposition may be recorded by sound, audiovisual, and/or stenographic means, in accordance with Federal Rule of Bankruptcy Procedure 7030. The deposition shall continue from day-to-day, excluding Saturdays, Sundays, and legal holidays, until completed.

*[This space is intentionally left blank]*

DATED:  Honolulu, Hawaii, February 24, 2012.

NELIGAN FOLEY LLP
PATRICK J. NELIGAN, JR.
    Texas State Bar No. 14866000
JAMES P. MUENKER
    Texas State Bar No. 24002659

KLEVANSKY PIPER, LLP
A Limited Liability Law Partnership

/s/ Simon Klevansky
SIMON KLEVANSKY
ALIKA L. PIPER
NICOLE D. STUCKI
Attorneys for Debtor

BICKEL & BREWER

/s/ William A. Brewer III
WILLIAM A. BREWER III
    Texas State Bar No. 02967035

/s/ Michael S. Gardner
MICHAEL S. GARDNER
    Texas State Bar No. 24002122
Special Litigation Counsel for Debtor