NELIGAN FOLEY, LLP
PATRICK J. NELIGAN, JR.
   Texas State Bar No. 14866000
   Admitted *Pro Hac Vice*
JAMES P. MUENKER
   Texas State Bar No. 24002659
   Admitted *Pro Hac Vice*
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301

KLEVANSKY PIPER, LLP
A Limited Liability Law Partnership
SIMON KLEVANSKY   3217-0
ALIKA L. PIPER      6949-0
NICOLE D. STUCKI      9151-0
   841 Bishop Street, Suite 1707
   Honolulu, Hawaii 96813
Telephone: (808) 536-0200
Facsimile: (808) 237-5758
E-Mail: sklevansky@kplawhawaii.com
apiper@kplawhawaii.com; nstucki@kplawhawaii.com

ATTORNEYS FOR DEBTOR

BICKEL & BREWER
WILLIAM A. BREWER III
   Texas State Bar No. 02967035
   Admitted *Pro Hac Vice*
MICHAEL S. GARDNER
   Texas State Bar No. 24002122
   Admitted *Pro Hac Vice*
1717 Main Street, Suite 4800
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1014
E-Mail: wab@bickelbrewer.com; mgardner@bickelbrewer.com

SPECIAL LITIGATION COUNSEL FOR DEBTOR

37216

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

In re

M WAIKKI LLC,

      Debtor.

Case No. 11-02371
(Chapter 11)

**DEBTOR'S DESIGNATION OF EXPERT WITNESSES AND LIST OF FACT WITNESSES THAT IT INTENDS TO CALL IN ITS CASE-IN-CHIEF IN CONNECTION WITH THE ESTIMATION OF PROOF OF CLAIM NO. 79 FILED BY MARRIOTT HOTEL SERVICES, INC. AND MARRIOTT INTERNATIONAL, INC.**

Judge: Hon. Robert J. Faris

Related Dockets: 537, 542

---

**DEBTOR'S DESIGNATION OF EXPERT WITNESSES AND LIST OF FACT WITNESSES THAT IT INTENDS TO CALL IN ITS CASE IN CHIEF IN CONNECTION WITH THE ESTIMATION OF PROOF OF CLAIM NO. 79 FILED BY MARRIOTT HOTEL SERVICES, INC. AND <u>MARRIOTT INTERNATIONAL, INC.</u>**

TO:    LINDSEY C. HARRISON, ESQ.
        Jenner & Block LLP
        1099 New York Avenue, N.W.
        Suite 900
        Washington, DC 20001-4412

        ALAN M. FELD, ESQ.
        Sheppard Mullin Richter & Hampton LLP
        333 South Hope Street, 43rd Floor
        Los Angeles, CA 90071-1422

37216

2

SUSAN TIUS, ESQ.
CAROLINE S. OTANI, ESQ.
REGINAULD T. HARRIS, ESQ.
Rush Moore LLP
737 Bishop Street, Suite 2400
Honolulu, Hawaii 96813

ATTORNEYS FOR MARRIOTT HOTEL SERVICES, INC.
AND MARRIOTT INTERNATIONAL, INC

Pursuant to Paragraphs A.1.d and B of the Scheduling Order With Respect To Estimation Of Poof Of Claim No. 79 Filed By Marriott Hotel Services, Inc. And Marriott International, Inc. For Plan Voting And Estimation Purposes Only, dated January 30, 2012, Debtor M Waikiki LLC ("Debtor" or "M Waikiki") hereby serves its Designation of Expert Witnesses And List of Fact Witnesses That It Intends To Call In Its Case-In-Chief In Connection With The Estimation Of Proof Of Claim No. 79 Filed By Marriott Hotel Services, Inc. And Marriott Hotel Services, Inc.'s (together, "Marriott"). Debtor reserves the right to supplement and/or amend these designations.

A.    **Designation Of Expert Witnesses**

1.    Frank Nardozza

Mr. Nardozza will provide testimony regarding the following issues: (1) Marriott's contention that it has an unsecured claim of $65,471,668, representing the "lost profits" component of the damages it alleged in its Proof of Claim; (2) Marriott's market positioning of the hotel formerly known as the

37216

3

Waikiki Edition, located in Waikiki, Hawaii (the "Hotel"); and (3) Marriott's financial mismanagement of the Hotel during the period it was the operator.

Mr. Nardozza is expected to testify that: (i) as a result of Marriott's gross departure from the standard of conduct commonly expected of operators who manage upscale, luxury, full-service hotels and as provided in the Management Agreement, the Hotel would not have achieved sufficient operational results in 2016 and 2017 to satisfy the performance termination test contained in the Management Agreement. Marriott's gross departure from required standard of conduct included failures in the areas of pre-opening sales, post-opening sales, marketing, financial controls and operations; (ii) Marriott's gross departure from the required standard of conduct required of it in connection with its management of the Hotel has placed the Hotel in such financial and operational restraints position from which it would take years to recover, even in such unlikely event that Marriott had reversed the course it was on and met its standard of care pursuant to the Management Agreement and common law; (iii) even if the Management Agreement would have remained in effect for 49 additional years, Marriott's projection of lost profits is flawed because it assumes an unrealistic and unattainable increase in Average Daily Rate ("ADR") from 2011 through 2015, and a correspondingly unrealistic and unattainable increase in Revenue Per Available Room ("RevPAR") from 2011 through 2015; (iv) Marriott's projection

37216

4

of lost profits is flawed because it fails to net out the costs it incurs to earn its fees; and (v) Marriott's projection of lost profits is flawed because the discount rate it uses is inappropriately low.

Mr. Nardozza's current resume is attached hereto as Exhibit A.

2.  Fred Kleisner

Mr. Kleisner will provide testimony regarding the following issues: (1) strategic planning, operations and development and distinguishing of a hotel brand; (2) Marriott's establishment of the Edition brand; (3) Marriott's financial mismanagement of the Hotel during the period it was the operator; and (4) the impact on the Edition brand of Ian Schrager's involvement with his other brands.

Mr. Kleisner is expected to testify that: (i) Marriott was ineffective in establishing Edition as a new brand, and failed to exercise appropriate diligence to support the brand and the Hotel in the manner expected of operators who manage upscale, luxury, full-service hotels and as provided in the Management Agreement; (ii) Marriott financially mismanaged the Hotel by virtue of its positioning of the Hotel in the market, its sales approach to the market, and its lack of a rationalized reaction to the realities of the Hotel's operations once it opened; (iii) the Hotel would not have achieved sufficient operational results in 2016 and 2017 to satisfy the performance termination test contained in the Management Agreement; and

37216

5

(iv) Ian Schrager's involvement in establishing his other brands negatively impacted his ability to assist in the pre-opening stages of the Hotel.

Mr. Kleisner's current resume is attached hereto as Exhibit B.

3.    James E. Hallstrom, Jr.

Mr. Hallstrom will provide testimony regarding the following issues: (1) Marriott's contention that it has an unsecured claim of $65,471,668, representing the "lost profits" component of the damages it alleged in its Proof of Claim; (2) the market for luxury hotels in Waikiki; and (3) Marriott's market positioning of the Hotel.

Mr. Hallstrom is expected to testify that:  (i) the Hotel could not obtain the ADR or RevPAR needed to support Marriott's damages claim; (ii) Marriott's projection of lost profits is flawed because it fails to net out the costs it incurs to earn its fees; and (iii) Marriott's projection of lost profits is flawed because the discount rate it uses is inappropriately low.

Mr. Hallstrom's current resume is attached hereto as Exhibit C.

B.    **List of Percipient Witnesses**

1.    Damian McKinney (by deposition or cross-examination)

2.    Dana Jacobsohn (by deposition or cross-examination)

3.    Kate Harth (by deposition or cross-examination)

4.    Michael Rock (by deposition or cross-examination)

5.      Laura Modica (by deposition or cross-examination)

6.      Cathy Young (by deposition or cross-examination)

As the parties have not yet completed written or deposition discovery, Debtor reserves the right to identify other percipient witnesses that it may call in its case-in-chief after the completion of such discovery.

Dated: Honolulu, Hawaii, March 9, 2012.

Respectfully submitted,

NELIGAN FOLEY, LLP
/s/ Patrick J. Neligan, Jr.
PATRICK J. NELIGAN, JR.
   Texas State Bar No. 14866000
JAMES P. MUENKER
   Texas State Bar No. 24002659

KLEVANSKY PIPER, LLP
A Limited Liability Law Partnership

/s/ Simon Klevansky
SIMON KLEVANSKY

ALIKA L. PIPER
NICOLE D. STUCKI

ATTORNEYS FOR DEBTOR

BICKEL & BREWER

/s/ Michael S. Gardner
MICHAEL S. GARDNER
   Texas State Bar No. 24002122

SPECIAL COUNSEL FOR DEBTOR

U.S. Bankruptcy Court - Hawaii #11-02371 Dkt # 746 Filed 03/09/12 Page 7 of 26

# EXHIBIT "A"

 **REH Capital Partners, LLC**

Las Olas City Centre
Suite 1400
401 E. Las Olas Boulevard
Fort Lauderdale, FL 33301
Telephone: 954 332 2360
Fax: 954 332 2361

<u>CONFIDENTIAL</u>

**CURRICULUM VITAE**

**FRANCIS J. NARDOZZA**
**Chairman and CEO**

**REH Capital Partners, LLC**
**Real Estate & Hospitality**

Francis ("Frank") J. Nardozza is Chairman and CEO of REH Capital Partners, LLC, whose focus is on investment, transactional services and consulting services within the real estate and hospitality industry. Mr. Nardozza has over 34 years of diversified consulting and advisory experience in the areas of market and business strategy, investments, development planning, accounting, finance, and operations, within the real estate and hospitality industries. Prior to joining REH, Mr. Nardozza was a partner and served as National Real Estate and Hospitality Industry Practice Leader for KPMG and KPMG Consulting where he completed a 25-year career with the Firm.

Mr. Nardozza is recognized nationally and internationally for his work in the areas of enterprise-wide strategic planning, mergers and acquisitions, transactional services and business performance improvement and has advised on over $15 billion in real estate and hospitality transactions in his career.

Included amongst his clients are many of the world's largest real estate and hospitality companies.

**Affiliations**

Mr. Nardozza is a member of the Urban Land Institute, the American Hotel & Lodging Association, American Resort and Residential Development Association and the founding Chairperson of the U.S. Lodging Industry Investment Council. He is a member of the Executive Advisory Board of the Real Estate School of the College of Business - Florida State University, and serves on the Executive Advisory Committee of New York University Hotel Investment Conference and the Americas Lodging Investment Summit (ALIS). He is past chairman of the "Market, Finance, and Investment Analysis Committee" of the American Hotel & Lodging Association and past chairman of the Association's "E-Business Committee". Mr. Nardozza is also founder of the annual "Strategic Conference on Lodging, Operations and Technology," sponsored by Lodging Hospitality Magazine and is a member of the American Institute of CPAs.

**Industry Recognition and Accomplishments**

Mr. Nardozza was selected and profiled by Lodging Magazine in 2000 as one of the top 75 leaders of the US lodging industry for the new millennium, and was recognized in 2003 as the outstanding real estate leader of the year by the Real Estate Program of Florida State University. He is also a frequent speaker at major industry conferences including those of the Urban Land Institute, American

# EXHIBIT A

Hotel & Lodging Association, Americas Lodging Investment Summit (ALIS), Florida State University, UCLA, New York University and several others. He has authored many articles and is frequently quoted on real estate and lodging topics in a wide variety of business and industry trade publications including the *Wall Street Journal, New York Times, Business Week, Urban Land Institute, Lodging, Lodging Hospitality* and other key trade publications. Mr. Nardozza was listed in *Who's Who in the Lodging Industry* published by the American Hotel & Lodging Association and was awarded a membership in Who's Who Worldwide for demonstrated leadership and achievement in the consulting industry.

## Representative Clients

Representative clients for whom Mr. Nardozza has performed real estate and hospitality consulting and advisory services include:

| | | |
|---|---|---|
| Abu Dhabi Investment Authority | GE Capital | Portman Properties |
| American Golf | Gehr Industries | Rank Organization |
| Aoki Corporation | Gill Hotels Company | Regent Properties |
| Apollo Realty Advisors | Holiday Inn Worldwide | Richfield Hotels |
| Arvida Realty | Hoeng Leong Group | Ritz Carlton Hotels |
| Atlantic Gulf Communities | Homewood Development | Robert M. Bass Group |
| Bishop Holdings Corp | Host Marriott Corporation | Ronto Development |
| Blackstone Realty | Hunt Family Trust | Rock Resorts |
| Bluegreen Corporation | Inter Continental Hotels | Rosewood |
| Broadreach Capital Partners | Lehman | Rouse Company |
| Burger King | Lend Lease | Sanwa Bank |
| Cendant | Lennar | Stark Investments |
| Centex | Lexington Homes | Starwood Capital |
| CDL Hotels | LNR | Starwood Hotels |
| Citicorp Real Estate | Marriott International | Sunny Isles Luxury Ventures |
| Club Corporation of America | MeriStar Hotels | Swerdlow Realty |
| Colony Capital | Millennium Copthome Hotels | Trump Organization |
| Del Webb | Minto Builders | Turner International |
| Disney Development | Morgan Stanley Realty Fund | Ty Warner |
| Devcon International | Oakhill Partners | Westin Hotels |
| DLJ Investment Advisors | Olympia & York | Wyndham Hotels |
| Four Seasons Hotels | Olympus Realty | |

Sample disputes where Mr. Nardozza has been engaged to provide expert opinions or dispute resolution services:

■ <u>Hacienda Beach Club & Residences, Cabo San Lucas, Mexico</u> – On behalf of Desarrollo Turistico S/K Cabo San Lucas Holding F/014, (as affiliate of Starwood Capital), provided consulting assistance, Expert rebuttal opinions on damages and testimony in the arbitration matter of Hacienda Management, S. de R.L. de C.V. ("Operator") versus Desarrollo Turistico S/K Cabo San Lucas Holding F/014 ("Owner") in a dispute alleging

wrongful termination of a management contract for the management and operation of a 109 unit, full-service luxury condominium and villa resort known as the Hacienda Beach Club & Residences located in Cabo San Lucas, Mexico.

- <u>One Bal Harbour Resort & Spa</u>– By Order of The Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida (the "Court") in connection with a case before the Court In the matter of 10295 Collins Avenue Residential Condominium Association, Inc., versus Elcom Hotel & Spa, LLC served as Court appointed "Budget Expert" to review, investigate, analyze, assess and report to the Court regarding the appropriate amount of, propriety of, and allocation of expenses amongst various entities and unit owners under Shared Facilities budgets pertaining to a large, luxury hotel-condominium resort and adjacent residences in Bal Harbour, Florida. This is in connection with a dispute between the hotel operator and the residential HOA over common cost budgets and allocations. In this capacity I reviewed, tested and corroborated cost allocation methods and formulas, reviewed underlying financial and accounting records and support, and proffered opinions to the Court in expert testimony.

- <u>Mountain Lodge at Telluride</u> – In a case in Colorado State Court, served as consulting advisor and testifying expert witness on behalf of plaintiff, Destination Hotels & Resorts, Inc., in a resort management contract dispute with defendant, The Lodge at Mountain Village Owners Association, Inc., pertaining to the operations of the Mountain Lodge at Telluride, a 140 unit luxury condominium resort located in Telluride, Colorado.

- <u>Turnberry Isle Resort & Club</u> – In a case administered under the International Centre for Dispute Resolution (ICDR), a Division of the American Arbitration Association, served as single neutral arbitrator in a contract dispute between FHR TB, LLC (Fairmont Hotels & Resorts) and TB Isle Resort, LP involving contract termination and damages pertaining to the Turnberry Isle Resort & Club located in Aventura (Miami), Florida.

- <u>Aviara Resort</u> – In a case administered under the Judicial Arbitration and Mediation Services (JAMS), served as consulting advisor, testifying damages expert and testifying rebuttal expert for Broadreach Capital Partners and Maritz, Wolff & Co. in connection with a management contract dispute pertaining to the Four Seasons Aviara Resort located in Carlsbad, CA.

- <u>Trump International Resort & Spa</u> – In a case administered under the American Arbitration Association, served as consulting advisor and testifying expert on damages for Sunny Isles Luxury Ventures in a management contract dispute with Sonesta Hotels & Resorts pertaining to the operation of the Trump International Resort & Spa in Sunny Isles, FL and claim of lost profits and disputed termination payments.

- <u>Lifestyle Hospitality</u> – In a case administered under the Judicial Arbitration and Mediation Services (JAMS), served as consulting advisor and testifying expert for Lifestyle Hospitality, LLC in a contract dispute with The Hill, LLC relating to development and financing of a proposed conversion of an historic bank building located in Durham, NC into a luxury boutique hotel.

- **Wyndham Hotels/Blackstone Group** – In a case in Colorado State Court, served as consulting advisor and damages expert for Brownstein, Hyatt, Farber, Schreck, P.C. and Wyndham in a marketing contract dispute involving the Wyndham Peaks Resort and the Franz Klammer Lodge in Telluride, CO.

- **J.W. Marriott Starr Pass Resort** – Under special dispute resolution provisions of a hotel management contract, served as consultant and non-neutral arbitrator for Marriott Hotel Services, Inc. in connection with a multi-year budget dispute with the owner of the J.W. Marriott Star Pass Resort located in Tucson, AZ.

- **Chesterfield Hotel, Palm Beach, FL** – For a matter before the U.S. District Court - Southern District of New York, prepared an expert report to determine the reasonableness of a contract purchase price for the sale of the Chesterfield Hotel located in Palm Beach, FL.

- **Cheeca Lodge & Resort** – In a case administered under the Judicial Arbitration and Mediation Services (JAMS), served as consulting advisor and testifying expert damages witness for Vail Resorts and Rock Resorts in connection with a claim of wrongful termination of a hotel management agreement and related lost value and lost profits involving the famous Cheeca Lodge Resort in Islamorada, FL.

- **Fisher Island Club** – In a case administered under the American Arbitration Association, Southern Case Management Center, served as arbitrator in a dispute pertaining to club and hotel operations and cost allocations at Fisher Island Club and Resort in Miami, Florida.

- **Residence Inn by Marriott** – On behalf of the Defendants/Counter-Plaintiffs in a case that went to trial before the Circuit Court of the Ninth Judicial Circuit, (In Case No. CI 98-CI-1421) Osceola County, FL, between Cecile Resort, Ltd. and Euramerican Investment Consultants Corp. (Plaintiffs and Counter-defendants) versus Residence Inn by Marriott, Inc. and Marriott International Inc. (Defendants and Counter Plaintiffs); served as testifying expert witness on damages and other matters relating to a wrongful termination of a franchise agreement and claims of lost value and lost profits with respect to an all-suites hotel located in the vicinity of the Walt Disney World Resort in Kissimmee (Orlando), Florida.

- **Petitioning Creditors of Spa Atlantis Management LLC (Debtor)** – Before the United States Bankruptcy Court, Southern District of Florida, on behalf of the Petitioning Creditors in a bankruptcy matter for Spa Atlantis Management, LLC, the operator of a full service spa hotel in Pompano Beach, Florida, served as testifying expert involving matters of interpretation of certain hotel operating, lease and management agreements and damages calculations.

- **R. M. Mexicana, S.A. de C.V.** – Served as lost profits damages expert and testifying witness for R. M. Mexicana, S.A. de C.V. (the "Claimant") in connection with a ICC

Arbitration against Centro Professional Mariano Escobedo, S.A. de C.V., a Mexican corporation (the "Respondent") pertaining to a full-service international hotel in the Polanco District of Mexico City, which was supposed to be operated as a Renaissance Hotel.

- Marriott International Hotels, Inc.- Served as testifying damages expert to calculate the amount of lost profits suffered by the Claimants, Marriott International Hotels, Inc., Marriott Worldwide Corporation, Marriott International Design & Construction Services, Inc, and Marriott International, Inc. (collectively "Marriott" or "Claimants"), in connection with the IACAC arbitration in Miami filed against Hoteles y Desarrollos, S.A. de C.V. ("Hoteles" or the "Respondent"), ICDR No. 50 T 180 0031403 (the "Arbitration") in connection with a wrongful termination of the management agreement for the Marriott San Salvador in San Salvador, El Salvador.

- Walt Disney Company/VMS Realty/The Continental Companies - Served as final arbitrator in a dispute regarding the buyout value of joint venture interests in a contract for the management of the Boca Raton Hotel and Resort & Club in Boca Raton, Florida.

- Marriott International - Served as testifying expert for the defendant, Marriott International in connection with a complaint filed against them by A.R. Milkes and D.R. Burklew individually, and on behalf of a class of all others similarly situated as limited partners of Courtyard by Marriott II Limited Partnership (Plaintiffs), for various matters pertaining to the Defendants' operation and management of over 200 Courtyard by Marriot Hotels.

- Ritz Carlton Hotel Company (In affiliation with W. B. Johnson Properties) - Served as expert witness and damages expert for the defendant, Ritz Carlton Hotel Company, versus N.Y. Overnight Partners, L.P. D.C. Overnight Partners L.P., Savannah Limited Partnership, and New Remington Partners, (plaintiffs) in a Civil Action No. 95 Civ. 0122 (JSM), in The United States District Court for the Southern District of New York, in a case involving a variety of claims in connection with the Ritz Carlton Hotel in Houston, Texas, and three other Ritz Carlton Hotels in Washington, D.C., New York City, and Aspen, Colorado.

- Renaissance Hotels International and CTF Central Corporation (Prior to Acquisition of Renaissance by Marriott) - Served as expert testifying witness for the plaintiff, Renaissance Hotels, et al, in a case argued before an International Arbitration tribunal involving the ownership, operation and management of six full-service luxury hotels. - CTF Central Corporation (United States of America), Claimant, against Tumal, S.A. de C.V., Liber, S.A. de C.V., Bancomer, S.A., Nacional Financiera, S.N.C., Inmobiliaria Hotelera El Presidente Chapultepec, S.A. de C.V., and Operadora El Presidente Las Palmas, S.A. de C.V. (Republic of Mexico), Defendants, International Chamber of Commerce, International Court of Arbitration, Reference: 8813/FMS.

- DKH Properties versus Atico Financial Corp. - Served as expert testifying witness for the defendant, Atico Financial Corp., in a lender liability suit, tried in the Circuit Court of the 11th Judicial Circuit, in Dade County, Florida.

■ Marriott International - Served as damages expert for the defendant, Marriott/Host International in a dispute between Edwin Goldenberg and Harvey J. Gushner, individually and on behalf of all other similarly situated parties, (Plaintiffs) vs. Marriott PLP Corporation, Host Marriott Corporation and Marriott International, Inc., (Defendants), Civil Action No. PJM95-3461 in The United States District Court for The District of Maryland (Southern Division) pertaining to the Chesapeake Hotel Limited Partnership ("CHLP") and the management and operation of the hotels. Expert opinions were rendered in the areas management contract terms, fee computations, hotel market performance, hotel operating performance, and damages. .

■ Grand Metropolitan / InterContinental Hotels – Served as consultant and expert to Grand Metropolitan and their counsel Hogan & Hartson to refute a multi-million dollar IRS claim of under apportionment of the reported US tax gain on the sale of the global Inter Continental Hotels chain to a Japanese company. Services included a reallocation of the sale price to real estate and other property, including franchise and licensing agreements and other intangible assets and the allocation of the sale price to US versus foreign based assets and entities.

■ Place for Steak versus Ukatel, et al - Served as testifying expert witness for the plaintiff, Place for Steak, in connection with claims of fraud and mismanagement involving several food and beverage establishments and related businesses in Miami, Florida, tried in Dade County Court.

■ Charter Company, et al - Served as expert for the Official Committee of Unsecured Creditors of the Charter Corporation, in connection with Chapter 11 bankruptcy proceedings, U.S. Bankruptcy Court, Jacksonville, Florida.

**Representative Hotel Industry Experience**

Mr. Nardozza has served as consultant and advisor in the evaluation, negotiation and consummation of acquisitions and transactions of hotels and hotel companies comprising, in the aggregate, over $15 billion of transactions throughout his professional career. In connection with these undertakings he has prepared and evaluated budgets and projections, evaluated operations and business processes, prepared market assessments and valuations, reviewed and/or negotiated management agreements, purchase and sale agreements, lease agreements, and financing agreements, conducted due diligence, and evaluated critical transaction documentation. A representative sample of transactions in which Mr. Nardozza has participated in this regard is presented below:

■ Multi-billion dollar merger and acquisition of Inter-Continental Hotels.
■ Merger and acquisition of 210-unit Red Roof Inns limited service hotel chain.
■ Acquisition of the New York Four Seasons Hotel on W. 57th Street in New York City.
■ Financial restructuring of the Royal Palm Crowne Plaza Resort on Miami Beach
■ Recapitalization of the 1,000-room Yankee Clipper and Yankee Trader Hotels in Fort Lauderdale, Florida.

- Acquisition of the New York Palace Hotel in New York City.
- Acquisition of the Inter-Continental Hotel in Miami
- Acquisition of the American Skiing Company
- Multi-billion dollar merger and acquisition of Westin Hotels & Resorts chain.
- Acquisition of the Plaza Hotel, Macklowe Hotel and Millennium Hotel in New York City valued in excess of $1 billion.
- Acquisition of the Grand Cypress Resort and the Hyatt Regency Grand Cypress in Orlando, Florida.
- Acquisition of the Hotel Maurice, Paris.
- Acquisition of the Mayfair and Britannia Hotels, London.
- Purchase of the Carlton Hotel, Nice, France.
- Merger and acquisition of Doubletree Hotels & Resorts
- Acquisition of Astro Domain Hotels in Houston including the Sheraton Astro Dome, Days Inn Astrodome and Holiday Inn Astrodome
- Acquisition of the Drake Hotel in New York City
- Purchase of the Swissotel, Atlanta, GA.
- Purchase of the Algonquin Hotel in New York City
- Company-wide merger and acquisition of MeriStar Hotel & Resorts
- Acquisition of Regal Hotel New York City
- Merger and acquisition of Richfield Hotels and Regal Hotel Group

**Other Representative Hospitality Industry Experience**

A representative sample of Mr. Nardozza's experience with hotels and hotel companies where he has served as consultant in the conduct or evaluation of hotel market studies, feasibility studies, projections, valuations, operational assessments, managerial evaluations and systems evaluations is presented below:

- <u>Major Manhattan Luxury Hotel and Condominium</u> – On behalf of the Board of Managers of a major NYC mixed-use, luxury condominium and hotel, engaged in the conduct of a comprehensive review and evaluation of operating costs and expense allocations and recoveries of shared facilities and support services costs.

- <u>Bluegreen Corporation</u> – Currently assisting a major resort community developer in a company-wide strategic review of projects, operations, and recapitalization options.

- <u>Major Sovereign Wealth Fund</u> - Serving as advisor to a major sovereign wealth fund in connection with their plans to establish a major hotel investment platform for North America.

- <u>Global Insurance Company – Defaulted Resort Loan, SE Florida</u> - For the real estate arm of a global insurance company, assisted in a strategic evaluation of a defaulted loan obligation pertaining to a large scale, mixed use, "five-star" hotel and condominium project in Southeast Florida, and advised on loan workout and restructuring strategies.

- **Royal Hawaiian Hotel and Sheraton Waikiki Hotel Leases** - Served as advisor to Kamehameha Schools in Hawaii on the renegotiation and restructuring of several long-term ground leases encumbering the Royal Hawaiian Hotel and the Sheraton Waikiki Hotel in Honolulu, Hawaii.

- **Troubled Full Service Hotel** – On behalf of a Midwestern hedge fund, conducted a repositioning study for a troubled full service deluxe hotel in SE Florida that entailed a change in management, development of recapitalization strategy, and preparation of troubled asset valuation in support of partner buyout and loan restructuring considerations.

- **Fort Lauderdale Family Trust** – In what was one of the largest ever hotel transactions in Fort Lauderdale, Florida, served as strategic advisor to prominent family estate, to determine redevelopment strategies for two large beachfront hotels, and arranged and negotiated a sale/joint venture transaction valued in excess of $100 million.

- **Bishop Holdings Corporation** – Over multi-year assignment, conducted strategic review, financial analysis, transaction structuring, developer solicitation, and financial execution for large-scale resort development project on the Big Island of Hawaii.

- **Paradise City, Myrtle Beach, SC** – Served as hospitality and financial advisor for the lodging and timeshare components of Paradise City, a mixed-use, lifestyle entertainment, retail and lodging development in Myrtle Beach, South Carolina. Services included advising on project plans, assessing financial merits, sourcing brands and sourcing project participants.

- **US-Chinese Holding Company** - On behalf of a US-Chinese investment and development consortium, acted as strategic advisors on funding and re-capitalization of a portfolio of existing and under-development 5-star hotels, retail, office, and residential properties throughout the Peoples Republic of China

- **Leeward Harbour Resort Limited** – Prepared Resort and development planning analysis and valuation and advised on capital funding strategies for a large scale luxury resort on Great Abaco, The Bahamas.

- **Innisbrook Resort, Palm Bay FL** – Business review, reposition strategy and evaluation of an integrated, mixed use golf, hotel, and vacation real estate resort in connection with a planned acquisition.

- **Florida Resort Hotel** – Post 9-11 financial re-structuring and re-capitalization plan for newly developed, large-scale beachfront resort and hotel on Miami Beach.

- **Florida's Tumpike** – Advised Florida's Tumpike on facilities expansion plans including a comprehensive evaluation and feasibility assessment for hotel, motel and conference center development on excess lands surrounding primary service plazas along Florida's Tumpike. Services included master plan support, sizing and density analysis, market and financial feasibility, lease and fee valuation, facility design recommendations, lease-concession terms, and facilitation of developer solicitation.

- **Lake Cecile Suites Associates** – Acquired and arranged debt and equity financing for the acquisition and renovation of a 144-unit all-suites hotel resort near Disney World in Kissimmee, Florida.

- **Wyndham Hotel Miami Beach** – Performed business and financial review of existing operations and financial projections for conversion and redevelopment to condominiums and condo-hotel units.

- **New Yorker Hotel and Manhattan Center**– Repositioning, redevelopment and re-capitalization plan and execution for this landmark NYC complex.

- **Universal Studios Florida Resort** – Investment evaluation and underwriting analysis for the $1.3 billion expansion of Universal Studios Florida Resort in Orlando Florida including theme park, hotel, retail and timeshare components.

- **Grand Cypress Resort Orlando** – Advisor for the acquisition and financial structuring of this large-scale golf resort in Central Florida.

- **Burger King/ Diageo** - Development of a global real estate strategy and tactical business plan and subsequent valuation of the company's owned and leased asset portfolio involving over 1,700 stores and real estate assets valued in excess of $1 billion, in connection with the spin-off of the company from the parent.

- **Plaza Hotel New York City** – Acquisition due diligence and business and financial operations review.

- **Carolyn Hunt Family / Rosewood Hotels** – Development of strategic business plan for Rosewood Hotels, leading to the re-capitalization and partial sale of the company and select assets. This engagement entailed a review of the organization, investment strategies, governance, asset valuations, operations and management practices.

- **Holiday Inn Worldwide** – Strategic assessment of the mid-price segment of the U. S. lodging industry.

- **Global Hotel Company** - Developed an eBusiness strategy for a major global hotel company pertaining to e-procurement, customer management, back office systems and development of customer Internet portal.

- **Numerous Clients** – Prepared and reviewed hundreds of hospitality and real estate related project development feasibility studies, market assessments, cash flow projections, valuations, and operational assessments for hotels, resorts, timeshare and vacation ownership projects, residential and commercial real estate projects throughout the United States, Latin America, the Caribbean, Europe and Asia.

■ <u>Numerous Clients</u> – Assisted in brand selections, negotiations and review of franchise agreements and management agreements including Choice Hotels International, Sheraton Hotels, Cendant Hotels, Westin, Hyatt, InterContinental Hotels, Marriott, Holiday Inn, Starwood and many others.

## Chronological Work Experience

| | | |
|---|---|---|
| KMG Main Hurdman | Fort Lauderdale, Florida | |
| | 1977-1978 | Staff Accountant |
| | 1979-1980 | Senior Accountant |
| | 1981-1983 | Supervisor (audit and consulting services) |
| | 1984-1987 | Manager (audit and consulting services, appointed National Director of Real Estate and Hospitality Services in 1986) |
| | | |
| KPMG LLP | Miami, Florida and New York, NY | |
| | 1987-1988 | Senior Manager, Consulting Department |
| | 1988-1996 | Partner, Consulting Department, National Hospitality Industry Director |
| | | |
| KPMG Consulting, Inc. | Miami, Florida and New York, NY | |
| | 1997-2001 | Managing Director and National Practice Leader Real Estate and Hospitality as well as Global Hospitality Practice Leader |
| | | |
| REH Capital Partners, LLC | Fort Lauderdale, Florida | |
| | 2002-Present | Chairman and CEO |

## Education and Certification

Mr. Nardozza is a graduate of Florida State University - B.S. Accounting, 1977. Additionally, in May 1993, he completed the executive program on international business at The Wharton School, University of Pennsylvania. Mr. Nardozza has also completed thousands of hours in structured continuing professional education throughout his professional career. Mr. Nardozza holds an active license as a Certified Public Accountant in the State of Florida.

# EXHIBIT "B"

# Fred Kleisner

Senior Advisor, CEO (retired) at Morgans Hotel Group

## Summary

Hotelier:

All facets of Hospitality Management - Worldwide: Hotels, Resorts, Clubs, Restaurants, Travel Services, Interval Ownership, Realestate Developement, FInancial Management, Capital Markets.

Goal: Maximize collectible sales on a profitable basis, be the Employer of Choice for life style hotels, and create a vibe that engages guests to live every moment intensely - I have dared, and let others follow.

Rex Capital Partners, LLC:

Commodities Arbitrage - Intercontinental Exchange, NYC; Commercial Real Estate investment;  Insurance Brokerage - Managing General Agent; Business/Hotel Furniture Liquidatiion and Installation- BFL, Inc.

## Specialties

Board Member/Independent Director: Public Companies; Financial Expert: Member, Audit Committee of Public Company Boards; Audit Committee Chairman, Public Company Boards, Expert Witness in all aspects of Hotel, resort, gaming and asset management.

## Experience

**Member, Board of Directors  at   Kindred Healthcare**
2009  -  Present (3 years)

**Principal  at   Rex Capital Partners, LLC**
2006  -  Present (6 years)

**Senior Advisor, CEO (retired) at   Morgans Hotel Group**
February 2006  -  Present (6 years 2 months)

**Chief Executive Officer  at   Morgans Hotel Group**
September 2007  -  April 2011 (3 years 8 months)

**President & CEO  at   Morgans Hotel Group**
September 2007  -  October 2009 (2 years 2 months)

**Chairman, Board of Trustees, Trustee  at   National Outdoor Leadership School (NOLS)**
1995  -  2007 (12 years)

**Chairman, President & CEO  at   Wyndham International**
July 1999  -  January 2006 (6 years 7 months)

EXHIBIT B

*1 recommendation available upon request*

**Chairman, President & CEO  at   Wyndham International, Inc. ;The Boulders Resort & Golden Door Spa**
July 1999  -  January 2006  (6 years 7 months)

**CEO Wyndham International Inc, DIrector - The Great Eastern Hotel, London  at   Great Eastern Hotel - London**
July 1999  -  January 2006  (6 years 7 months)

**President & COO, The Americas  at   Starwood Hotels & Resorts Worldwide, Inc.**
January 1998  -  July 1999  (1 year 7 months)

   COO for all Starwood assets in North and South America.

**President & Chief Operating Officer  at   Westin Hotels and Resorts Worldwide**
May 1995  -  January 1998  (2 years 9 months)

**Group President, Operations  at   Interstate Hotels & Resorts**
1990  -  1995  (5 years)

**Group President Operations  at   Interstate Hotels**
1990  -  1995  (5 years)

**EVP & Group President, Operations  at   Interstate Hotels Corporation (Now Interstate Hotels & Resorts)**
1990  -  1995  (5 years)

**Senior Vicepresident Operations, North America, Division, East  at   ITT Sheraton**
June 1985  -  June 1990  (5 years 1 month)

**Senior Vice-president, Operations, North America Division East  at   Sheraton Hotels & Resorts**
1985  -  1990  (5 years)

**Vicepresident & Managing Director  at   The Waldorf=Astoria and Waldorf Towers**
May 1984  -  October 1985  (1 year 6 months)

**General Manager, Managing Director  at   Hilton Hotels Corporation**
1968  -  1985  (17 years)

   General Manager:
   The Albuquerque Hilton 1968-1969
   The Shamrock Hilton, Houston,TX (Resident Manager) 1969-1970
   The Statler Hilton,Dallas, TX (Resident Manager) 1970
   The Kona Hilton, Kailua-Kona, Hawaii 1970-1972
   The Hilton Hawaiian Village 1972- 1974
   The Rye Town Hilton, Town of Rye, NY 1974-1980

The Capital Hilton, Washington, DC, 1980- 1984

The Waldorf=Astoria and Waldorf Towers, 1984- 1985

**Trainee, F&B Manager, assistant General Manager at Albert Pick Hotels (Americana Hotels)1**
**1964 - 1968** (4 years)

University Summer Trainee, Various Cities: 1964, 1965' 1966

F&B Manager: Pick- Lee House Hotel, Washington DC - 1967

Assistant General Manager, Albert Pick Motor Inn and Pick-Lee House Hotels, Washington DC, 1967- 1968,

General Manager: Albert Pick Motel (Holiday Inn) Terre Haute, IN - 1968

**Trainee, Summer Employee at Fred Harvey Tollway Restaurants, Chicago, IL**
**1961 - 1963** (2 years)

Summers:

Dishwasher

Short-order cook

Kitchen Prep

Buffet Decorator

Snack Bar Supervisor

**Summer Employee at KFC Jay's Plantaion Restaurant, Glen View, IL**
**1959 - 1961** (2 years)

Dishwasher

Chicken Fryer

Carry-out counter clerk

Waiter

**Paperboy at Arlington Heights News Agency**
**1956 - 1959** (3 years)

News Carrier, home delivery: Chicago Daily News, Chicago American

Train Station News Stand, paper boy, Chicago Tribune, SunTimes

Arlington Park Race Track, Race track newsboy, The Daily Racing Form, Scratch Sheets, Highway Sales and Stable Sales

## Education

**Michigan State University**
BA, College of Business, School of Hotel & Restaurant Management, 1964 - 1966
Activities and Societies: SIgma Pi Eta, Scholastic Honorary Fraternity,
Asst-Chairman Les Gourmet Weekend - 1965
Sigm Alpha Epsilon, Social Fraternity

## Honors and Awards

Distinguished Alumni , Michigan State University,

## Interests

Endurance Swimming, Biking and Running: Triathlete, Wilderness ethics, Mountaineering, Kayaking, Skiing, Reader, Writer, Speaker, Leader, World Traveler

# Fred Kleisner

Senior Advisor, CEO (retired) at Morgans Hotel Group



## 1 person has recommended Fred

"Fred has had a distinguished career and earned many well deserved accolades. My interaction with him first came when he championed at the CEO level the value of embracing Cultural Diversity for both his company and for the American Hotel & Lodging Association. He became the 1st CEO chair of the newly formed Multicultural diversity committee - not because it was the politically correct posture to take, but because he understood it was the right thing to do for people and his organization. He was very visible on many fronts for the committee and tremendously supported many initiatives that had not been pursued. My respect for Fred continued to grow, as his organization was evolving dramatically, but he did not waiver in his commitments and beliefs."

— **John Hogan, CHA CHE CMHS**, *Director of Education and Cultural Diversity, Best Western International*, was with another company when working with Fred at Wyndham International

Contact Fred on LinkedIn

# EXHIBIT "C"

## PROFESSIONAL QUALIFICATIONS OF JAMES E. HALLSTROM, JR., MAI, CRE

| | | |
|---|---|---|
| **Business Affiliation** | President | The Hallstrom Group, Inc.<br>Honolulu, Hawaii (1980 - Present) |

**National Designations and Memberships**

- CRE Designation (1998) - The Counselors of Real Estate
- MAI Designation (1976) - American Institute of Real Estate Appraisers
- SRPA Designation (1975) - Society of Real Estate Appraisers

  The American Institute of Real Estate Appraisers (AIREA) and the Society of Real Estate Appraisers (SREA) consolidated in 1991, forming the Appraisal Institute (AI).

**Education**

- M.S. (Real Estate Appraisal and Investment Analysis) 1971, University of Wisconsin at Madison
- B.A. (Economics) 1969, Brigham Young University at Provo
- Numerous specialized real estate studies in connection with qualifying for national professional designations, and uninterrupted Continuing Education.
- Completed Continuing Education requirements with the Appraisal Institute through 2012.

**Professional Involvement**

- Past President and Officer of Hawaii AIREA and SREA Chapters
- Past Instructor for Society of Real Estate Appraisers
- Contributing Author to the "Hawaii Real Estate Investor"
- Lecturer at many professional seminars and clinics.
- Appointed numerous times as an Arbitrator and Mediator.

**Qualified Expert Witness**

Federal and State Courts
State Land Use and County Hearings
Arbitration Proceedings

**State of Hawaii Certification**

Certified General Appraiser
License No. CGA-178
Exp. Date: December 31, 2011

Territory of Guam - Non-Resident Real Estate Certified Appraiser, License No. CA-06-035, Exp. Date March 19, 2013.

**Community Service**

Active registered member of the Boy Scouts of America. Former Director of Le Jardin Academy, Advisory Board Member of the School of Business-Brigham Young University-Hawaii Campus, and Director of Hawaii Reserves, Inc.

**Email Address**

JEH@HallstromGroup.com