RUSH MOORE LLP
A Limited Liability Law Partnership
SUSAN TIUS 2873-0
737 Bishop Street, Suite 2400
Honolulu, Hawaii 96813-3862
Tel. No. 521-0406
Fax No. 521-0497
E-mail: Stius@rmhawaii.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
CARREN B. SHULMAN
ALAN M. FELD
30 Rockefeller Plaza
New York, NY 10112-0015
Tel. No. (212) 653-8700
Fax No. (212) 653-8701
E-mail: CShulman@sheppardmullin.com
E-mail: AFeld@sheppardmullin.com

JENNER & BLOCK LLP
LINDSAY C. HARRISON
1099 New York Avenue, NW
Washington, DC 20001
Tel. No. (202) 639-6865
Fax No. (202) 661-4956
E-mail: LHarrison@jenner.com

Attorneys for MARRIOTT INTERNATIONAL, INC.
and MARRIOTT HOTEL SERVICES, INC.

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF HAWAII**

| | |
|---|---|
| In Re<br><br>M WAIKIKI LLC,<br><br>        Debtor. | Case No. 11-02371 (Chapter 11)<br><br>**MARRIOTT HOTEL SERVICES, INC. AND MARRIOTT INTERNATIONAL, INC.'S DESIGNATION OF EXPERTS** |

Pursuant to the Court's Scheduling Order, Marriott Hotel Services, Inc., and Marriott International Inc. (collectively, "Marriott") hereby designate the following person as an expert witness whom Marriott intends to call in its case-in-chief at the Estimation Hearing: Bruce Baltin, PFK Consulting USA, Los Angeles, California.

Mr. Baltin's testimony will concern Marriott's damages claim. In particular, the testimony is expected to project the management fees and incentive fees Marriott would have earned in performing the Management Agreement for the full term of the contract; the Hotel's expected performance relative to its competitive set; and factors affecting the Hotel's performance in the months after it opened. The testimony is also expected to address loans made by Marriott to the Hotel's working capital account.

Marriott reserves the right to call additional expert witnesses in rebuttal or if necessary to respond to the Debtor's expert testimony.

The parties have agreed to postpone disclosure of documents relied upon by the expert until expert affidavits are filed. Exhibit 1 contains Mr. Baltin's curriculum vitae.

DATED: Honolulu, Hawaii, March 9, 2012.

/s/ Susan Tius
SUSAN TIUS
Attorney for MARRIOTT
INTERNATIONAL, INC. and
MARRIOTT HOTEL SERVICES,
INC.

DATED: Los Angeles, California, March 9, 2012.

/s/ Alan M. Feld
ALAN M. FELD
Attorney for MARRIOTT
INTERNATIONAL, INC. and
MARRIOTT HOTEL SERVICES,
INC.

DATED: Washington, DC, March 9, 2012.

/s/ Lindsay C. Harrison
LINDSAY C. HARRISON
Attorney for MARRIOTT
INTERNATIONAL, INC. and
MARRIOTT HOTEL SERVICES,
INC.

# EXHIBIT 1

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 747   Filed  03/09/12   Page 4 of 7

# QUALIFICATIONS OF
# BRUCE BALTIN
# SENIOR VICE PRESIDENT

**PROFESSIONAL HISTORY**

Present — PKF Consulting USA
Senior Vice President, Los Angeles, California

Prior — Partner, Pannell Kerr Forster
Management Advisory Services

Lecturer in Hotel Administration at the
University of Nevada, Las Vegas

Sheraton Corporation - Operations Analyst and
Assistant to the Senior Vice President,
Operations

**AREAS OF SPECIAL COMPETENCE**

Economic, financial, and operational analysis and organizational and general consulting for the hospitality and related service industries; economic analysis, market demand studies and development consulting for all phases of the real estate industry; litigation support, general business planning, and valuation

**MAJOR PROJECTS AND EXPERT TESTIMONY**

- Asset advisory services relative to operations, market position and management company issues for institutional and other hotel owners

- Consultant to Trustee appointed by the Government of Japan in connection with operations oversight, refinancing and disposition of the Kahala Mandarin Hotel in Oahu, Hawaii

- Consultation, due diligence, market demand studies, valuations and operations reviews conducted for a major California Bank in connection with actual and potential debt restructures, foreclosures, bankruptcies, deeds in lieu relative to a number of hotel properties

- Market demand studies, financial analysis and consultation to the City of Los Angeles in connection with JW Marriot and the Ritz-Carlton hotels at Los Angeles Live, adjacent to the Los Angeles Convention Center

- Market demand studies, financial analysis and consultation to the Port of San Diego in connection with the development of the San Diego Bayfront Hilton Hotel adjacent to the San Diego Convention Center

- Consultation, analysis and expert testimony relative to management contract issues involving the Kaanapali Beach Hotel, in Maui and Lodge at Koele and Manele Bay Hotels on Lanai, Hawaii

- Market demand analysis, appraisal, development consulting for major resort hotels in Hawaii, California and Arizona

- Market demand studies and development consultation relative to Peninsula Beverly Hills and Montage Hotels in Laguna Beach and Beverly Hills
- Preparation of financial projections utilized by Southern California Olympic Organizing Committee in support of the successful bid for the 1984 Olympic Games
- Market demand analysis, financial projections and ongoing consultation relative to the repositioning of the Beverly Hilton Hotel
- Consultation services to private companies and public entities relative to the structuring of leases and management contracts for hotels and food and beverage facilities
- Long-term consulting engagements with several municipalities and private sector clients to provide advice on design, financial and management structure for major hotels
- Market demand analysis and development consulting relative to a variety of mixed-use complexes
- Market demand and revenue analysis for the city of Anaheim relative to the development and ongoing planning for the Anaheim Resort Area
- Studies and/or consultation to the cities of Ventura, Newport Beach, Long Beach and others relative to Tourism Development planning

**EDUCATION**  Cornell University, Bachelor of Science in Hotel Administration

**PROFESSIONAL MEMBERSHIPS**

International Society of Hospitality Consultants
American Institute of Certified Public Accountants
American Hotel-Motel Association
Urban Land Institute
California Travel Association
Orange County Tourism Council

**PROFESSIONAL ACTIVITIES**

Adjunct Associate Professor – University of Southern California, Sol Price School of Public Policy – Teaches Course in Hotel Development for the Masters of Real Estate Development Program

Previous Lecturer - University of Nevada, Las Vegas; California Polytechnic University at Pomona; Los Angeles Valley Junior College; and University of California of Los Angeles Extension Division

Member of the Executive Committee and former Chair of the Board of Advisors for the Collins School of Hospitality Management at Cal Poly Pomona

Formerly Member of the Chairman's Economic Advisory Council of the Los Angeles Chamber of Commerce

Formerly, Member of the Forecasts and Projections Task Force and Management Advisory Services Executive Committee of the American Institute of Certified Public Accountants

Member of Chancellor's Hospitality Industry Advisory Board – California State University System

Member of the Board of Directors of the Orange County Tourism Council