RUSH MOORE LLP
A Limited Liability Law Partnership
SUSAN TIUS 2873-0
737 Bishop Street, Suite 2400
Honolulu, Hawaii 96813-3862
Tel. No. 521-0406
Fax No. 521-0497
E-mail: Stius@rmhawaii.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
CARREN B. SHULMAN
ALAN M. FELD
30 Rockefeller Plaza
New York, NY 10112-0015
Tel. No. (212) 653-8700
Fax No. (212) 653-8701
E-mail: CShulman@sheppardmullin.com
E-mail: AFeld@sheppardmullin.com

JENNER & BLOCK LLP
LINDSAY C. HARRISON
1099 New York Avenue, NW
Washington, DC 20001
Tel. No. (202) 639-6865
Fax No. (202) 661-4956
E-mail: LHarrison@jenner.com

Attorneys for MARRIOTT INTERNATIONAL, INC.
and MARRIOTT HOTEL SERVICES, INC.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**

------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 11-02371 |
| M WAIKIKI LLC, | : | |
| | : | **Designation of** |
| Debtor. | : | **Rebuttal Witnesses** |
------------------------------------------------------------X

**MARRIOTT INTERNATIONAL, INC. AND
MARRIOTT HOTEL SERVICES, INC.'S DESIGNATION OF
FACT AND EXPERT WITNESSES EXPECTED TO BE CALLED AS
<u>REBUTTAL WITNESSES AT THE ESTIMATION HEARING</u>**

Pursuant to the Scheduling Order governing this case, Marriott Hotel Services, Inc., and Marriott International, Inc. (collectively, "Marriott") hereby provide a list of fact and expert witnesses whom Marriott at this time expects to call as part of its rebuttal case at the Estimation Hearing. Marriott reserves the right to amend or supplement this list as may be warranted in light of the evidence adduced by the Debtor at the hearing, and Marriott may choose not to call each witness listed below. Marriott also reserves the right to call and/or recall any fact or expert witness called by Debtor in its case-in-chief or rebuttal case. The witnesses listed below are not identified in the order in which Marriott intends to call them at the hearing.

## **<u>REBUTTAL FACT WITNESSES</u>**

1. Kenneth Rehmann
   Marriott International, Inc.

2. Michael Rock
   The Ritz-Carlton, Palm Beach

3. Cathy Young
   Marriott International, Inc.

4. Dana Jacobsohn
   Marriott International, Inc.

5. Damian McKinney
   eRealty Fund, LLC

6. Robert Watson
   BOND HD

7. Mark Herron
   Davidson Group

8. Paul Guccini
   BOND HD

**REBUTTAL EXPERT WITNESSES**

1. Bruce Baltin
   Senior Vice President and Executive in Charge
   PKF Consulting USA
   865 S. Figueroa St., Suite 3500
   Los Angeles, CA 90017
   213- 680-0900

Mr. Baltin received Debtor's expert testimony on March 25, 2012, and is in the process of analyzing it. He is expected to analyze and comment on the written and live testimony of James Hallstrom, Francis Nardozza, and Fred Kleisner, including the projections contained in their testimony, the analysis of the Hotel and the competitive set properties, and the assumptions behind their projections.

Mr. Baltin's curriculum vitae was filed with the Court on March 9, 2012, as Exhibit 1 to Marriott's Designation of Experts.

2. Julie A. Reigle
   President and Partner
   JR Hospitality Consulting, LLC
   8557 East Rowel Road
   Scottsdale, AZ 85255
   480-699-7344

Ms. Reigle is the President of JR Hospitality Consulting, LLC, in which capacity she consults on hospitality sales and marketing and revenue management/distribution. She received the Debtor's expert testimony on March 25, 2012, and is in the process of analyzing it. Ms. Reigle is expected to provide expert witness testimony in rebuttal to the written and live testimony of Fred Kleisner. Her testimony will address all issues discussed in Mr. Kleisner's declaration, including but not limited to: (1) the nature and quality of Marriott's sales and marketing strategies and efforts for the Hotel and (2) the impact of external factors such as the delayed opening of the Hotel, the global recession, and the Japanese tsunami on the effectiveness of Marriott's sales and marketing strategies and efforts.

Ms. Reigle is expected to testify that: (1) Marriott's overall sales and marketing strategies and efforts for the Hotel were reasonable; (2) external factors including the delayed opening of the Hotel, the global recession, and the Japanese tsunami undermined the short-term effectiveness of Marriott's sales and marketing strategies and efforts; and (3) Marriott evaluated its sales and marketing strategies

and efforts, made adjustments to those plans where appropriate, and would likely have continued to do so had it remained the Hotel's operator.

Exhibit 1 contains Ms. Reigle's curriculum vitae. Exhibit 2 contains a list of documents upon which Ms. Reigle has relied thus far. Since Ms. Reigle's preparation is ongoing, Marriott reserves the right to update or amend this list.

DATED: Honolulu, Hawaii, March 27, 2012.

        /s/ Susan Tius
        SUSAN TIUS
        Attorney for MARRIOTT
        INTERNATIONAL, INC. and
        MARRIOTT HOTEL SERVICES,
        INC.

DATED: Los Angeles, California, March 27, 2012.

        /s/ Alan M. Feld
        ALAN M. FELD
        Attorney for MARRIOTT
        INTERNATIONAL, INC. and
        MARRIOTT HOTEL SERVICES,
        INC.

DATED: Washington, DC, March 27, 2012.

        /s/ Lindsay C. Harrison
        LINDSAY C. HARRISON
        Attorney for MARRIOTT
        INTERNATIONAL, INC. and
        MARRIOTT HOTEL SERVICES,
        INC.

# EXHIBIT 1

# CAREER DETAILS – J U L I E  A. REIGLE

**January 2009 – Present**
**President**
**JR Hospitality Consulting, LLC**

**February 2009 – Present**
**Partner**
**JRPG Hospitality Consulting, LLC**



President of JR Hospitality Consulting, LLC and Partner in JRPG Hospitality Consulting, LLC which are firms focused on a range of consulting and advisory services in hospitality sales & marketing and revenue management/distribution. These firms are a "value added" strategic partner with deep insights into navigating the franchise and independent realms and its capabilities, and thereby improving top line revenues.

The firms work with a variety of industry partners and hotel/ownership structures; including advisory firms, asset managers, brands, owners and third party management companies. In addition the firms consult on a regular basis with vendors and providers of sales and marketing hospitality solutions such as reservation booking engines, web site development and on-going management, sales and catering automation, market intelligence, channel managers, RMS and PMS systems, and sales training and education providers.

Utilizing 30 years of broad experience, and knowledge of all hotel types in the arenas of sales, marketing and revenue management including exposure internationally, JR Hospitality Consulting, LLC focuses on Independent Boutique and Luxury hotels and resorts and challenges unique to their positions, including distribution, marketing, and on-line presence. JRPG is a member of the Boutique & Lifestyle Lodging Association.

In addition, I have been a past speaker at HSMAI (Hospitality Sales and Marketing Association International), and Southern California MPI. (Meeting Planners International)

Accomplishments include:
(Due to confidential nature of these assignments, hotels and initiators are not identified.)

- Project to modernize the distribution systems of a 121 unit independent Mexico Resort, including competitive review of Booking Engines, PPC/SEO providers and GDS connectivity. Additionally, oversaw implementation of Booking Engine, selected PPC and SEO Key words, and assisted with a complete name change in December, 2009. Have since remained involved on a "as needed" basis, including interviewing all DOSM candidates in fall, 2011.

- o  Results to date included increasing Web Site return by 24% YOY from 2010 to 2011.
    - 2010 – 6,087 net room nights delivered; $219.95 ADR
        - PPC spend of $27,000 delivered $477,000 in revenue; a 17.62 PPC ROAS (Return on Advertising Spend)
    - 2011 – 6,902 net room nights delivered; $248.32 ADR
        - PPC spend of $32,000 delivered $422,000 in revenue; a 13.20 PPC ROAS
- o  Previously, the resort cost for delivery of reservations was 20% of revenue for non-travel agency reservations; reduced to 2% of revenue, including all Booking Engine, SEO and maintenance fees; PPC is additional.

- JRPG Assignment - Quick Distribution project, for an independent hotel that had just changed representation services/GDS connectivity and thought something was "wrong" with their set-up. Hotel was at YTD 47.4% RevPar Index; and dropping quickly in the weekly STR Data. This project was awarded on Wednesday, 7/1/09 at midnight, and had the executive overview to the asset manager/investment fund by Monday, 7/6, despite having the holiday weekend and limited availability to hotel staff and providers. Completed competitive assessment of pricing and rate plan/packaging availability audit on all channels with issues outlined and recommendations. At the end of implementation of recommendations, hotel's 3 month STR 4 months following the assessment improved RevPar index by 27.5% against comp set.

- Assisted Luxury Beverly Hills/Lifestyle Hotel/West Los Angeles Hotel with assessment of Sales, Marketing and RM. Recommendations have included re-categorization of room types, revision of comp set, and re-deployment of the sales team.

- Currently assist one Luxury Branded hotel in Mexico resort destinations with Sales, Marketing and Revenue Management on a retainer basis, including working alongside the Asset Management team to provide monthly commentary, participate in weekly RM meetings/Sales Strategy, and review of strategic marketing, PR and sales initiatives. Hotel is located in Cabo San Lucas; and was #51 in the world and #4 in Mexico by Conde Nast Traveler 2011 Reader's Awards. Hotel partially opened in July, 2009; full opening in November, 2009.

- Completed a six month assignment for the same Asset Management Firm on another Mexico Luxury Resort, and a one week assessment for 30 room Luxury Resort located in the Adirondacks with $720.00 annual ADR.

- In the absence of a Regional DOSM, hired by a management company to complete annual Sales and Marketing Plans for three Upscale hotels - Radisson in Pittsburgh, PA; Radisson in Dallas, TX and Radisson in Branson, MO for 2010, in the fall of 2009.

- March-May, 2012 have been hired by a third party management company to assist in "ramp-up" of four recently acquired assets in sales, marketing and revenue management. Two hotels are independent boutiques; including one with a historic designation. The other two hotels are Marriott franchises.

- Perform assessments (Group Sales, Revenue Management, Sales and Marketing, and/or Catering, depending on the client/need) for a various range of clients, properties, including Hilton Garden Inn, Northern CA; Independent Northern California Hotel; 500 room upscale Airport property in California; Upper-upscale historic hotel in San Antonio, TX; Luxury Mountain Resort in Northeast; Boutique Upscale Resorts in suburbs of Las Vegas and another in Santa Fe, NM; Luxury Spa/Resort in Cape Cod; and currently working through JRPG entity, on projects for 7 upper-upscale branded hotels (Sheraton, Hilton, Westin and Hyatt) in the Mid-Atlantic area.

- JRPG Hospitality Consulting, LLC was an advisory sub-contractor on Luxury Hotel in Seoul, South Korea in 2010 to discuss US Luxury Hotel "Best Practices" in Revenue Management.

- JRHC has also have partnered with Advisory firms on assessment of an independent 85 room historic hotel in Southern California, and worked through new photography, introduction of new web site, and strategic story in preparation for hotel sale in 2011.

**June 2006 – December 2008**
**Vice President, Development West**
**Starwood Hotels and Resorts**
**Phoenix, AZ**

Recruited by Starwood as one of three regional VP's to obtain full service franchise and management contracts for Western US and Canada for the brands of Sheraton, Westin and Le Meridien. Led team of five, including three Directors of Development, and Sr. Manager/analyst to 10 executed deals worth $71.154 million in 2007, or 42% of full service total for newly executed deals.

Cultivated and then sustained Western pipeline at 120+ deals by personal contributions and mentoring team in sourcing new hotels for Starwood through current and new development partners; ascertaining the viability of numerous sites/projects; obtaining internal consensus on the deal with Brand, Operations, and Senior Leadership teams; and eventually negotiating all aspects of the deal documents, including license agreements and PIP'S (Property Improvement Plans) for franchises and Operating agreements, Development Consulting agreements, Pre-opening agreements, PIP'S, and Conversion budgets for managed deals.

Utilized past sales experience to become the North America team expert at selling Starwood over major competitors of Marriott, Hilton, Hyatt and Intercontinental to owners, developers and hospitality consultants and assisted team members in presentations; meetings at numerous industry events, including NYU, ALIS, ICSC and The Lodging Conference; reviewing proformas and feasibility studies; understanding all key deal and financial metrics to determine viability of deal; and soliciting new outlets for hotel development. Was extremely successful in the retail/mixed used market and execution a mixed use full service and adjacent luxury hotel that was a result of developing that niche market for Starwood was imminent.

Assisted owners/developers and Starwood Operations and Owners Relations teams in the triage mode, such as stalled deals, whereas key milestone dates for the development needed reviewed and amended and on open/operating hotels whereas addition of rooms or meeting space required amendments to current agreements.

Accomplishments included:
- Western Team executed NPV of $71,154. in 2007; personal contribution was 52%. Overall, in 2007, I was the number two deal executive in executed deals, of the 12 person full service deal team. Executed deals included: two Sheraton TX franchise conversions; Westin TX franchise new build and Westin AZ managed new build.
- In 2008, personally executed NPV of $69,300.; which was the highest NPV by any individual in North America of the 24 deal executives in Luxury, Full Service and Select Service. Deals included the 1,800 room Sheraton TX and 1,100 room Sheraton CO managed conversions, and the franchise renewal of the 1,354 room Westin.
- Prepared numerous private and public RFQ/RFP responses for full service hotels. Participated in public presentations, selection panel interviews and media appearances associated with those responses and as a result of personal and team-led efforts, Starwood was:
    - Awarded, with development partners Garfield Traub, over Marriott, Hilton, and Intercontinental Hotels, the 500+ room Tucson Convention Center Hotel, as a Sheraton new build. Results of selection committee showed decision was highly influenced by personal presentation at the team interviews.

**August 2005 – May 2006**
**Vice President, Sales and Marketing**
**China Mist Tea Company**
**Scottsdale, AZ**

Accountable for sales, marketing and quality assurance service programs for China Mist; a B2B foodservice company that specializes in the production and service delivery of fresh brewed iced tea under the China Mist Brand; Leaves Pure Teas® – a premium offering of hot teas in three collections: tea bags, sachets and loose leaf tea and Caffe Mokarabia, an imported Italian coffee. China Mist distributes products via its own specialty distributor network of more than 76 distributors in the North America.

During tenure, accomplishments were:
- Hired two additional National Sales Directors in Texas and Florida, and Graphic Designer;
- Revamped presentation of products with new photography of iced and hot tea lines of 80+ products without aid of food stylists;
- Rolled-out of two new product lines - tea bag sachets and organic iced teas- to distributors;
- Implemented National Account Guiding Principles which included Quarterly Business
- Reviews with National Accounts focused on usage, food safety practices and sales;
- Formalized company Tea®-LC initiative, a monthly food safety and quality assurance program;
- Developed first-ever job descriptions for sales department and bonus structure;
- Introduced a Distributor incentive program;
- Launched on-line menu production through third-party printing partner and re-introduced company newsletter;
- Obtaining industry leading position of certifying 80+% of distributors through Levels One and Two of the Specialty Tea Institute's Certification training through several first time Road Show events.

**June 2004 – August 2005**
**Senior Vice President, Sales and Marketing**
**Remington Hotels/Ashford Hospitality Trust**
**Dallas, TX**

Sales and Marketing leader for Remington Hotels, a private hospitality management company with 47 hotels, ranging in size from 72 room inn to 1,102 room convention hotel.

Properties included: Radisson's Downtown and Airport in Indianapolis, IN, Princeton and Saddle Brook, NJ, Rockland, Woburn, and Milford, MA, Holtsville, NY, Cincinnati, OH, and Fort Worth, TX; independents Sea Turtle Inn, Jacksonville Beach, FL, Inn on the Square in Falmouth, MA, Gull Wing in South Yarmouth, MA Annapolis Inns, Annapolis, MD, and Marietta Conference Center, Marietta, GA; Embassy Suites in Austin, Dallas, Houston, TX, Walnut Creek, CA, Las Vegas, NV, Syracuse, NY, Palm Gardens, FL, Flagstaff and Phoenix, AZ, and Dulles Airport, Herndon, VA; Hilton's in NASA/Clear Lake, TX, Tampa Airport Westshore, FL and Santa Fe, NM; Marriott Ventura Beach, CA; DoubleTree's in Columbus and Dayton, OH; Sheraton's Minneapolis, MN, Orlando, FL, and Bucks County, PA; Crowne Plaza's in Beverly Hills, CA and Key West, FL;
Residence Inn in Lake Buena Vista, FL; Quality Suites in Santa Ana, CA; Holiday Inn in Coral Gables, FL; Ramada's in Hyannis, MA and Warner Robins GA; Howard Johnson Inns in Westbury and Commack, NY and Best Western in Dallas, TX

Actively involved in the daily sales and revenue management operations, and oversaw all hotel marketing programs, including individual property web site development and optimization with third party vendors, collateral development, and sales training. In the first half 2005, completed the revamping of hotel web sites; development of Sales Peer Council, overhaul of sales training program and sales orientation programs for all sales management position and concentration on increasing hotels' premium mix - the percentage of rooms sold at premium/full rates.

Worked on numerous proformas for new potential hotel management contracts, plus due diligence for AHT potential purchases. Actively pursued past relationships for new management business and worked with development department on presentations to potential clients and investors including writing of marketing overviews, SWAT analysis and RFP responses.

In 2004, implemented company-wide marketing plan format that received rave reviews from REIT ownership, third party asset managers and property staffs. Also implemented first company-wide sales blitz and incentive. Results included over $2 million in newly contracted business and over 13,000 company-wide solicitation calls.

Managed three Divisional Vice Presidents of Sales, four VP's of Sales, and approximately 120 property based sales positions, through chain of command.

**June 1980 – June 2004**
**Interstate Hotels and Resorts (Formerly Interstate Hotels Corporation)**
**Various Locations**

Employed by Interstate Hotels and Resorts (IHR) since 1980, and held numerous positions at various locations throughout tenure. Interstate Hotels and Resorts was the nation's largest hotel management company, with over 300 hotels in 40 states, Canada and Russia, at the time of employment.

**August 1996 to June 2004**
**Vice President, Sales**
**Western Regional Office**
**Scottsdale, Arizona**

Responsible for direct sales, revenue management, marketing and public relations operations for approximately 14-24 hotels, ranging in size from 128 to 1,354 rooms, in CA, AZ, AK, HI, OK and WA, and composed of hotels in limited service, convention, resort., independent and branded full service segments. Oversaw region that in 2002 finished at $302.3 million; profit margin of 25.5%. (20 "same store" hotels), with Food and Beverage Revenue of $68.4 million, including catering.

Accountable for manpower planning and development, sales recruitment, training and recognition responsibilities for 135 sales managers and 80 associates, including three direct mentees and completing revenue and A&S proformas, including various re-branding scenarios for potential hotels (both ownership and management acquisitions) encompassed approximately 20% of monthly time. During tenure completed over 20 separate proformas, often with 2-3 re-branding scenarios per subject property. All aforementioned proformas included month-by-month detailed market segmentation for at least 5 years, with ADR's and room nights, per segment; detailed assumptions for brand lift, and revenues for catering plus A&S expenditures, often including re-branding expenses and potentially pre-opening charges. Also looked at 2-3 desktop proformas per month, that were not viable enough to make it to the detailed segmentation proforma review.

Knowledge of, and ensured compliance to all brand standards for 11 brands, from a sales, service and advertising perspective, including Marriott/Renaissance, Hilton/Embassy Suites/Hilton Garden Inn, Starwood with Westin/Sheraton/Four Points, Radisson and IHG for Crowne Plaza/Holiday Inn. Worked with independent hotels on developing property "identity" standards for collateral, advertising and operational procedures. Served as a resource, cost controller, and brand standards compliance checkpoint, and provided creative input in all aspects of media and collateral; including brochures, print media, radio, direct mail, Internet marketing and site development, and photo shoots. Managed, with property directors, over $23.3 million in advertising and direct sales expenses.

Properties overseen during tenure included: Marriott's in Colorado Springs, CO, Laguna Cliffs Marriott Resort in Dana Point, CA, San Diego Mission Valley, CA, Woodland Hills, CA, Oklahoma City, OK, Houston Greenspoint, TX, Arlington, TX, Fisherman's Wharf, San Francisco, CA, Ontario Airport, CA, Manhattan Beach, CA, Downtown Los Angeles, CA; Radisson's in San Jose, CA, Manhattan Beach, CA, San Diego Hotel Circle, San Diego, CA, and Culver City/LA Westside in Culver City, CA; Crowne Plaza's in San Jose, CA, and Seattle, WA; Holiday Inn Golden Gateway, San Francisco, CA; Westin Bonaventure, Los Angeles, CA; Amerisuites Ontario, CA; Renaissance Ilikai Waikiki, Honolulu, HI; DoubleTree Alana, Honolulu, HI; Wyndham San Jose Airport,

San Jose, CA; Sheraton's Fisherman's Wharf, San Francisco, CA; San Jose, CA, Anchorage, AK, and Sunnyvale, CA; Four Points by Sheraton in Bakersfield and Pleasanton, CA; Lexington Hotel, Phoenix, AZ; Hilton's Irvine/Orange County Airport, Irvine, CA, Denver Tech Center, Denver, CO. Ontario, CA; Independents: Beverly Heritage, San Jose, CA; Waterford, Oklahoma City, OK; Kauai Beach Resort, Poipu, Kauai, HI, The Cliffs Resort, Shell Beach, CA; The Colonial Inn, La Jolla, CA, Quartz Mountain Inn, Lone Wolf, OK CalNeva Resort, Crystal Bay, NV; and Hilton Garden Inn, Carlsbad, CA.

During tenure in position, accomplishments include:
- Led most recent portfolio of 17 hotels to $2,214,000 overage to budget, and $2,604,000 overage to Last Year, through March, 2004. Achieved 92.7% of budget in 2003.
- Developed five core-training courses for Interstate and devoted three weeks per year to sales and management training. Planned and hosted annual sales incentive meeting and quarterly recognition events.
- In 1997, conceptualized, developed, and implemented fair and consistent sales goal setting guidelines for all properties, company-wide, including computer based program that was used by Interstate Hotels and Resorts for six years, and became the basis for the 2003 Interstate Hotels and Resorts model.
- Integrated, with a peer from Meristar Hospitality and a programmer, manual and automated company-wide Sales Goal Model, Sales Productivity Model and Quarterly Sales Bonus Payout Model.

**December 1995 to August 1996**
**Director of Sales and Marketing Westin**
**Bonaventure Hotel and Suites Los**
**Angeles, California**

Promoted to Director of Sales and Marketing for 1,354 room downtown convention hotel to implement Interstate Core Sales and Marketing initiatives and procedures in this management acquisition from Westin Corporation, which was Interstate's largest portfolio hotel to date.
Responsible for training all staff members, with the overall goal of developing Director of Hotel
Sales into the DOSM, which was accomplished. Supervised direct reports of 22 managers and 15 associates, including union on-property reservation agents.
- Secured United Airlines airline crew in mid-1996, which led to year end occupancy increase of 11.5% to 54.2% and 1997 occupancy, grew to 62.3%.

**February 1994 to December 1995**
**Director of Sales and Marketing**
**Warner Center Marriott**
**Woodland Hills, California**

Promoted to 463 room Warner Center Marriott which was a management contract acquisition for Interstate Hotels; acquired from Marriott Corporation. The hotel was acquired one month after the Northridge earthquake. Major responsibilities including formulating yearlong renovation and repositioning campaign for $15 million repair/restoration of this earth-quaked damaged hotel in the San Fernando Valley.

- Property was the market leader in Occupancy Index and RevPar Index; raised transient ADR in 1994, $12.00 over prior year. In 1995, RevPar Index was 122.3%, and positive 15.3% to the Competitive Set.
- Recognized, during tenure at hotel with the following awards:
    - Member of IHC's "Acquisition Team of the Year, 1994"
    - "Catering Sales Team of the Year", for 1994 and 1995
- Secured, in 1995, via bid and presentation process to the City of Thousand Oaks, CA, a three year catering contract at the Thousand Oaks Performing Arts Center for $250,000 in annual catering revenue.

**June 1993 to February 1994**
**Director of Sales and Marketing**
**BelAge Hotel**
**West Hollywood, California**

Promoted to DOSM for 188 room all suite luxury boutique hotel, which was taken over by Interstate. Interactions with entertainment clientele and extensive work with production crews for on-site filming of movies and television shows, including "90210" and "Melrose Place".

Developed and executed "A Refuge from Everything Ordinary" advertising campaign in fashion, film, advertising, legal and entertainment trade publications featuring noted fashion designer Cynthia Rowley and photographed by acclaimed photographer, the late Theo Westenberger.

Repositioned Glatt Kosher Catering services, including recruitment of experienced catering sales managers, implementation of appropriate advertising and networking within the Jewish Community. Studied Jewish religion/Kosher policies.

**June, 1980 to June 1993**
**Property Based Director of Sales and Director of Sales and Marketing for 7 IHC Hotels, including:**
**Lake Arrowhead Hilton Resort, Lake Arrowhead, CA**
**The Castle Resort, Miami Beach, FL**
**Marriott North at Greenspoint, Houston, TX**
**Marriott Portside, Toledo, OH**
**Marriott's Casa Marina Resort, Key West, FL**
**Marriott, Albany, NY**
**Marriott Hotel, Harrisburg, PA**

Accomplishment Highlights:
- Selected to assist in trouble-shooting mode for six months from June, 1990 until January, 1991 at five newly acquired IHC hotels in various roles in sales, marketing, catering and convention services including: 1,706-room Hotel Pennsylvania, Midtown Manhattan, 350room Radisson, Manhattan Beach, CA; 310-room Marriott, Colorado Springs, CO; 502room Hilton, Parsippany, NJ; and 352-room Marriott, Cincinnati, OH.
- Was selected as Marriott's Director of Sales of the Year, 1998 for all of Marriott during tenure at Marriott's Casa Marina Resort; recognition was based on 1998 actual group ADR of $127.50 and contributions to year-end occupancy of 80.5%. Sales team was recognized as Marriott's Franchise Team of the Year.

- During tenure at the Harrisburg Marriott, was recognized three times as IHC's Outstanding Salesperson. Was selected Marriott's Salesperson the Quarter, Fourth Quarter, 1994.

**Education:**
Shippensburg University, Shippensburg, PA
Bachelor of Arts – Communications/Journalism, Public Relations
Graduated Cum Laude

**Certificates:**
Foundations of Tea: Level I by the Specialty Tea Institute
Foundations of Tea: Level 11 by the Specialty Tea Institute

# EXHIBIT 2

**Documents Upon Which Ms. Reigle Has Relied, as of March 27, 2012**

1. MHS00617343
2. MHS00614795
3. MHS00628537
4. MHS00614378
5. MHS00614501
6. MHS00617480
7. MHS00614154
8. MHS00620577
9. MHS00614318
10. MHS00620207
11. MHS00615328
12. MHS00620255
13. MHS00615741
14. MHS00609106
15. MHS00616467
16. MHS00615743
17. MHS00617448
18. MHS00609103
19. MHS00609089
20. MHS00615238
21. MHS00616412
22. MHS00614966

23. MHS00616473

24. MHS00622552

25. MHS00617374

26. MHS00604820

27. MHS00618972

28. MHS00617370

29. MHS00620563

30. MHS00609288

31. MHS00617369

32. MHS00615023

33. MHS00620559

34. MHS00616471