RUSH MOORE LLP
SUSAN TIUS 2873-0
737 Bishop Street, Suite 2400
Honolulu, Hawaii 96813-3862
Tel. No. 521-0406
Fax No. 521-0497
E-mail: Stius@rmhawaii.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
CARREN B. SHULMAN
ALAN M. FELD
30 Rockefeller Plaza
New York, NY 10112-0015
Tel. No. (212) 653-8700
Fax No. (212) 653-8701
E-mail: CShulman@sheppardmullin.com
E-mail: AFeld@sheppardmullin.com

JENNER & BLOCK LLP
LINDSAY C. HARRISON
1099 New York Avenue, NW
Washington, DC 20001
Tel. No. (202) 639-6865
Fax No. (202) 661-4956
E-mail: LHarrison@jenner.com

Attorneys for MARRIOTT INTERNATIONAL, INC.
and MARRIOTT HOTEL SERVICES, INC.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

-------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| M WAIKIKI LLC, | : | Case No. 11-02371 |
| | : | Decl. of Bruce Baltin |
| Debtor. | : | |

-------------------------------------------------------X

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 1 of 70

## Expert Declaration of Bruce Baltin

## ASSIGNMENT

1.  At the request of Jenner & Block, LLP, attorneys for Marriott Hotel Services, Inc., and Marriott International, Inc. ("Marriott"), we have evaluated and formed an opinion as to certain aspects of the damages claimed by Marriott as a result of actions taken by M Waikiki LLC (the "Debtor"). In particular, due to Debtor's ouster of Marriott from The Waikiki EDITION[1] on August 28, 2011, Marriott has lost management fees and incentive payments that it would have earned under its Management Agreement with the Debtor.

2.  We have prepared a conservative projection of the Hotel's likely future operating performance, assuming that Debtor had not ousted Marriott from the Hotel's management and that Marriott had continued to manage the Hotel through the natural expiration of the contract. The estimate is based on our extensive industry experience and familiarity with the market, our review of documents listed in Exhibit 3, discussions with Marriott personnel, and our own research of the market.[2] We have then used that estimate to calculate the management fees and incentive fees that Marriott would likely have earned over the duration of the contract.

## SUMMARY OF OPINIONS

3.  Debtor entered into an agreement with Marriott on July 9, 2008, under which Marriott was to manage The Waikiki EDITION in accordance with the terms and conditions set forth in the agreement.[3]  The initial term[4] of the contract began on the Opening Date (September 28, 2010) and continues until the expiration of the 30th fiscal year. Thereafter, the agreement automatically renews on the same terms and conditions for each of two successive periods of ten full fiscal years unless Marriott decides not to renew the agreement.

4.  As compensation for Marriott's management of the Hotel, the Debtor agreed to pay Marriott a base management fee equal to a percentage of the hotel's gross revenues

---

[1] For the purpose of this analysis the property that is the subject of this report is referred to herein as The Waikiki EDITION, the "Hotel," or the "Subject."  While we understand that the name of the Hotel was changed to the M Waikiki, and later to the Modern Honolulu, our projections assume that the Hotel would continue to be operated by Marriott and retain its EDITION affiliation throughout the term of the original 50-year management contract.

[2] When used hereinafter, "we" and/or "our" means me and one or more persons working under my supervision and control.

[3] Section 1.01 of the management agreement (Engagement).

[4] Section 2.01 of the management agreement (Term).

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 2 of 70

(regardless of the Hotel's profitability),[5] as well as an incentive management fee (which does depend on the Hotel's profitability).[6]

5.      We have estimated the likely operating performance of the Subject from September 1, 2011 through the duration of the management agreement and, using that estimation, we have calculated the base management fees and incentive management fees to which Marriott would have been entitled for each year or partial year remaining in the original 50-year[7] contract. We have discounted this revenue stream to September 1, 2011 dollars using a market derived discount rate. The discount rate takes into account the risk associated with the future cash flows.

6.      A 7.5 percent discount rate was utilized to value the base management fees and a 13.5 percent discount rate was utilized to value the incentive fees. We utilized two different discount rates to reflect the differential risk associated with each type of management fee. We applied a higher discount rate to the incentive fee because it is calculated based upon the Subject's net operating income. The incentive fee is riskier because it is a function of every expense item incurred by the Subject. By contrast, base management fees are less risky because they are simply a percentage of revenue and do not depend in any way on expenses or the profitability of the Hotel.

7.      In addition to its expected management fees, Marriott also seeks to recover working capital loans funded by Marriott pursuant to Section 4.09 of the management agreement, although we have not been asked to opine on the amount of these loans. These working capital loans remain outstanding. Marriott may also claim other damages, but the scope of our analysis was limited to the value of the lost management fees.

8.      Therefore, based on Marriott's expected management fees, we have conservatively estimated damages to be $33,053,307, after discounting to net present value. Our calculation is shown in the following table:

---

[5] Section 1.03.B and Section 11.13.D of the of the management agreement and amended per Section 4 of the first amendment to management agreement.

[6] Section 12 of the management agreement (Incentive Management Fee).

[7] Our analysis assumes that the management contract is automatically renewed at each available interval.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 3 of 70

| Conclusion of Impact | |
|---|---:|
| Total Base Management Fees | $204,292,870 |
| Discount Rate | 7.5% |
| Discounted Value | $34,461,429 |
| | |
| Total Incentive Management Fees | $72,618,917 |
| Discount Rate | 13.5% |
| Discounted Value | $580,371 |
| | |
| Total Owed to Marriott | $35,041,800 |
| | |
| Avoided Costs | ($1,988,493) |
| | |
| **Total Present Value of Damages** | **$33,053,307** |

9.     Our calculation of damages suffered by Marriott unquestionably understates the actual damages Marriott has suffered. In addition to the fact that our analysis includes a number of conservative assumptions, we have not included any amounts for harm to Marriott's goodwill and reputation as a result of the Owners' actions and litigation, which were widely publicized; we have not included any amounts related to harm Marriott likely suffered as a result of one of its competitors obtaining Marriott's proprietary information as part of the takeover; and we have not included any amounts for the 1.5% marketing fee that Marriott receives under the management agreement. As to the marketing fee – which is based on gross revenues, not profit – Marriott is entitled to receive what would amount to tens of millions of dollars over the life of the agreement towards marketing of the EDITION brand. While some of these amounts would likely simply pass through to out-of-pocket expenditures, portions would no doubt be used to offset costs Marriott would otherwise incur (such as the EDITION website), and the EDITION brand would also directly benefit from using millions of dollars of funds from the Owner to market the brand, even where such funds were a pass-through. In order to prepare a conservative estimate of damages, I have not included any amounts for the marketing fee, and thus have understated the damages to Marriott.

10.     A description of the work we performed, the basis for our opinions, and our experience in the industry is provided in following sections.

## MY EXPERIENCE

11.     I am a Senior Vice President and managing partner of the Los Angeles office of PKF USA. In my more than 40 years with PKF USA, I have had a wide diversity of experience in the Hospitality and Tourism industries including conducting market demand studies, valuations, economic and operational consulting and dealing with leases, franchises and management contracts. My industry experience includes hotels, resorts,

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 4 of 70

clubs, restaurants, theme parks, and national and state parks. I have worked extensively with various governmental entities in tourism and hospitality real estate issues. I have frequently been quoted in the national and local press.

12. I have testified as an expert witness on various industry issues, for hotel owners as well as hotel managers. My cv is attached as Exhibit 1.

13. I have had substantial experience analyzing the Hawaii hotel market in particular. Among other engagements, I was an ongoing consultant to the Representative of the Trustee appointed by the Government of Japan in connection with operations oversight, refinancing and disposition of the Kahala Mandarin Hotel in Oahu, Hawaii. I have also provided consultation, analysis and expert testimony relative to management contract issues involving the Kaanapali Beach Hotel, in Maui and Lodge at Koele and Manele Bay Hotels on Lanai, Hawaii. Further, I have completed market demand studies for numerous existing and proposed hotels throughout the Hawaiian islands and provided operational consulting to hotel owners, operators, and developers during my tenure with PKF USA.

14. Prior to joining PKF I taught at the University of Nevada, Las Vegas and was a corporate operations analyst for the Sheraton Corporation of America. Further, I have taught extensively in the Collins College of Hospitality Management at California Polytechnic Institute, Pomona. I am also an Adjunct Associate Professor teaching courses in the Masters of Real Estate Development program at the University of Southern California.


## PKF CONSULTING USA

15. PKF Consulting USA ("PKF USA") is an affiliate of Colliers International (Nasdaq: FSRV), the third largest real estate services firm in the World. PKF USA is a national firm of management consultants, appraisers, real estate brokers and industry specialists who provide a full range of services to the hospitality and tourism industries. Headquartered in San Francisco, the Firm has offices in Boston, New York, Philadelphia, Portland, ME, Atlanta, Miami, Washington, D.C., Houston, Indianapolis, Los Angeles, and Bozeman. As one of the nation's leading hospitality firms, principals of the firm have been quoted on hospitality issues in such noted publications as *The Wall Street Journal*, *The New York Times*, *The Los Angeles Times*, *The Washington Post*, *Barron's*, *USA Today*, *The Financial Times* and numerous industry publications.

16. Our Firm is comprised of two integrated divisions which provide consulting and research services to the hospitality industry.

### Consulting

17. Our consulting group provides advisory services and industry expertise to help our clients in planning, developing, managing, financing, problem-solving, improving operations, and valuing hotels and other hospitality assets. Our engagements range from hotel market and financial feasibility studies to investment structuring, and from hotel appraisals to

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 5 of 70

asset management. Our work includes acquisition due diligence and valuations involving hotels, resorts, restaurants, golf courses, and a variety of mixed-use developments and other hospitality products. We have the distinct advantage of being the only hospitality consulting firm with its own, proprietary database of U.S. hotel financial statistics.

## Research

18.     PKF Hospitality Research owns the database for *Trends® in the Hotel Industry*, the statistical review of U.S. hotel operations which first appeared in 1935 and has been published every year since. PKF's professionals use the *Trends®* database to assist their clients in making informed decisions. In addition, the Trends® data is used to produce custom financial reports for clients that enable them to benchmark hotel revenues, expenses, and profits.

19.     Beginning in 2007, PKF unveiled its powerful Hotel Horizons®, an economics-based hotel forecasting model that projects five years of supply, demand, occupancy, ADR, and RevPAR for the U.S. lodging industry. Hotel Horizons® reports are published on a quarterly basis for 50 markets and six national chain-scales.

20.     With a long-standing tradition of tracking and forecasting the lodging industry, our Research Group has the technical capacity to conduct custom research, the analytical skills to interpret the data, and the access necessary to gather confidential performance information from the industry.

## Local Market Knowledge

21.     Our Firm is quite familiar with the Subject property, having appraised it three times in the past ten years. In 2003, we appraised the property for Chiao Tung Bank. At that time, the property was operating as the Renaissance Ilikai Hotel. We then appraised the Subject again in 2006 for Sonnenblick-Goldman Company, assuming that the property would close soon after and complete a significant renovation and repositioning to become a member of the Morgans Hotel Group. Most recently, in 2008, we appraised the Subject for Centerline Capital Group, one of the Debtor's lenders, when the Subject was in the initial stages of being converted to an EDITION hotel.

22.     Our Firm has conducted numerous other appraisals and market demand studies for existing and proposed hotels in Hawaii, including such properties as: Four Seasons Hualalai, Grand Wailea, A Waldorf Astoria Resort, Trump International Hotel Waikiki Beach Walk, King Kamehameha's Kona Beach Hotel, Kona Village Resort, Hyatt Regency Waikiki Resort & Spa, Kahala Mandarin Hotel, Four Seasons Maui at Wailea, Hilton Hawaiian Village, and the Princess Kuhio Hotel.

## MATERIALS REVIEWED

23.    In preparing the following analysis, I reviewed, among other things, the following materials:

- Financial analyses prepared by Marriott Feasibility outlining the projected operating performance of the hotel prepared at various dates between May 19, 2008 and June 28, 2011.

- Monthly financial statements for The Waikiki EDITION from October 2010 to July 2011.

- Marketing and business plans, including the 2009 Marketing Plan, 2011 business plan, 2011 marketing plan first draft, February 25, 2011 PDP Meeting, June 8, 2011 sales update.

- The Subject's 2011 budgeted performance prepared January 27, 2011, and 2011 forecast prepared August 2, 2011, which included actual performance through the end of July 2011.

- The Subject's Smith Travel Research reports for the months of October 2010 through July 2011, detailing the performance of the hotel relative to its competitive set.[8]

- A Smith Travel Research[9] (STR) report presenting the historical performance of the Subject's competitive set on an annual basis from January 2007 to December 2011. The set includes six properties as defined by Section 12.01 of the management agreement, as amended per Section 3 of the Second Amendment to Management Agreement.[10]

- Deposition transcripts of Catherine L. Young, Dana Jacobsohn, Ken Rehmann, Tim Miller, and Michael Rock.

- Certain documents produced by other parties such as the Debtor's Reorganization Plan, 2012 MODERN Honolulu Business Plan, Investor Offering Pro Forma.

---

[8] A "competitive set" consists of a group of hotels by which a property can compare itself to the group's aggregate performance. In order to preserve the anonymity of the data, STR requires that there be a minimum of three hotels in any competitive set, excluding the Subject.

[9] Smith Travel Research, Inc. is an American company based in Hendersonville, Tennessee, that tracks supply and demand data for the hotel industry and provides market share analysis for all major hotel chains and brands in the United States, Canada, Mexico and the Caribbean.

[10] The management agreement was amended to delete the second sentence in the definition of "Competitive Set" in its entirety and substitute the following in lieu thereof: "As of the Opening Date, the parties agree that the Competitive Set shall consist of: the Hotel; The Royal Hawaiian, A Luxury Collection Resort; Moana Surfrider, A Westin Resort & Spa; Halekulani; JW Marriott Ihilani Ko Olina Resort & Spa; Waikiki Parc Hotel; and The Kahala Hotel & Resort."

U.S. Bankruptcy Court - Hawaii  #11-02371  Dkt # 835  Filed  03/29/12  Page 7 of 70

24. In addition to the above, we have also visited the Subject property and properties in the Subject's competitive set, and we have spoken to several Marriott employees.

25. A list of the materials we relied upon in forming our opinions is set forth in Exhibit 3. I reserve the right to update and/or finalize my opinions in the event that I receive additional relevant information subsequent to the issuance of this Report.


## MARRIOTT INTERNATIONAL, INC.

26. Marriott was founded in 1927 by J. Willard Marriott, with the opening of a nine-seat root beer stand in Washington, DC. Marriott opened its first hotel 55 years ago with the 1957 opening of the Twin Bridges Marriott Motor Hotel, in Arlington, Virginia. Today, Marriott is recognized as one of the industry's leading lodging companies with over 3,700 lodging properties in 73 countries and territories. Marriott International operates and franchises hotels under the Marriott, JW Marriott, The Ritz-Carlton, EDITION, Autograph Collection, Renaissance, AC Hotels by Marriott, Residence Inn, Courtyard, TownePlace Suites, Fairfield Inn & Suites, SpringHill Suites and Bulgari brand names; licenses and manages whole-ownership residential brands, including The Ritz-Carlton Residences, JW Marriott Residences and Marriott Residences; operates Marriott Executive Apartments; provides furnished corporate housing through its Marriott ExecuStay division; and operates conference centers.

27. The company is headquartered in Bethesda, Maryland, USA, and had approximately 120,000 employees at 2011 year-end. It is ranked by FORTUNE as the lodging industry's most admired company and one of the best companies to work for. In fiscal year 2011, Marriott International reported revenues of over $12 billion and collected management fees in the amount of approximately $741 million. Marriott is also listed on the New York Stock Exchange and has a following of over 37 million Marriott Rewards members in one of the industry's leading loyalty programs. Given the history and size of the company, Marriott is highly qualified in the management of lodging properties and offers its hotels a highly developed reservation system, broad reaching sales and marketing organization, and sophisticated yield management systems to maximize the performance of an asset.


## EDITION WAIKIKI PROPERTY SUMMARY

28. The Subject is located at 1775 Ala Moana Boulevard, in Honolulu, Hawaii. Situated on 1.64 acres of land adjacent to the Ala Wai Yacht Marina, the property consists of a single tower: the 16-story former Yacht Harbor Tower with 353 rooms. Originally opened as a hotel in 1965, the property closed in 2007 to undergo a major (more than $100 million) renovation and conversion to the EDITION brand.

29. A collaboration between Marriott and Ian Schrager, The Waikiki EDITION was the first in a new series of "luxury lifestyle" hotels that Marriott is developing. Upon opening, highlights of the property included 353 guestrooms and suites, nearly all affording ocean views; 12,627 square feet of dedicated meeting space; a restaurant run by celebrity chef

U.S. Bankruptcy Court - Hawaii  #11-02371  Dkt # 835  Filed  03/29/12  Page 8 of 70

Masaharu Morimoto; the Spa at Waikiki; Crazybox nightclub; two separate pool areas and the Sunrise and Sunset Beach pool bars; a fitness center; and a lobby bar. The design of the hotel interior is striking, and the combination of modern aesthetics and luxury service set The Waikiki EDITION apart from other properties in the market.

30.　　The following table presents a brief overview of the Subject's facilities.[11]

### EDITION WAIKIKI FACILITIES SUMMARY*

| Guest Rooms | Number | % | Avg SF | Comments |
|---|---|---|---|---|
| Standard | 307 | 87 % | 358 | Room foot ceiling heights - N/A |
| One Bedroom Suites | 30 | 8 | 509 | |
| Junior Suites | 15 | 4 | 377 | |
| Penthouse Suite | 1 | | 1,383 | |
| Total | 353 | 100 % | | |

| Food and Beverage Outlets | # of Seats | SF | Comments |
|---|---|---|---|
| Restaurant | 160 | 7,309 | Located on the first floor; third party lease with Masaharu Morimoto ("Morimoto") |
| Lobby Bar | 60 | 3,809 | Located on the first floor |
| Nightclub | 180 | 4,060 | VIP seating for 35-40 |
| Pool Bars (upper and lower) | 180 | 23,981 | Upper pool deck is 10,228 SF with 5,968 SF of sellable space; Lower pool deck is 13,753 SF with 8,659 SF of sellable space |
| Total | 400 | | |

| Meeting Space** | SF | | Comments |
|---|---|---|---|
| Grand Ballroom | 9,578 | | (Divisible by 3; additional 5,880 SF of pre-function space not included in SF) |
| Governor's Suite | 1,354 | | Located on the 2nd floor |
| Meeting Space | 1,695 | | 4 meeting rooms |
| Total | 12,627 | | |

| Recreational Facilities | SF | Comments |
|---|---|---|
| Fitness Center | 1,052 | |
| Lower Pool Deck | 13,753 | Will provide additional banquet and bar space and serviced by the kitchen |
| Upper Pool Deck | 10,228 | Will provide additional banquet and bar space and serviced by the kitchen |
| Spa | 2,700 | 4 treatment rooms; no salon stations, however, there will be a manicure/pedicure area |

| Other Facilities | | Comments |
|---|---|---|
| Business Center | 250 SF | Operated by the Hotel |
| Gift Shop | 475 SF | Operated by the Hotel |
| Valet Parking | 147 spaces | Operated by the Hotel |

Notes:
* Revised program provided by Dan Flannery (1/2009) and based on comments provided by Property Management (8/11/09)
** Please note that there is also a 1,838 SF lanai and 5,281 SF of pre-function space proximate to the Grand Ballroom

---

[11] The facilities summary provided herein was included in a Marriott Feasibility Memorandum dated August 26, 2009.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 9 of 70

## HOTEL MANAGEMENT AGREEMENT

31.    In the hotel industry it is common for owners of hotel properties to contract with an outside party to manage the day-to-day operations of the property. The manager's responsibilities include recruiting, employing, supervising, and directing employees; establishing prices and rates for guestrooms and other hotel services; marketing the hotel; collecting and disbursing funds associated with the operation of the hotel; and handling all other duties associated with the ongoing operations of the hotel.

32.    Under a typical management agreement, and under the management agreement at issue in this case, the owner is responsible for paying all expenses associated with hotel operations, such as employee salaries, food and beverage cost, supplies, capital improvements, etc. In addition, it is typical for the management company to receive a percentage of total hotel revenues as a management fee, typically ranging from three to four percent of total revenues. The management fee compensates the management company for its expertise, access to reservation systems, rewards programs, etc., and for the use of its name and intellectual property. Management fees are paid during each year of the management contract regardless of the hotel's profitability.

33.    Additionally, hotel management agreements typically include a performance threshold, including the possibility of termination, to protect an owner's financial interest if a hotel is not performing to a mutually agreed level. However, the management agreement also typically allows the manager to "cure" any shortfall by making payments to the owner in exchange for retaining management. In most, if not all cases, as in this case, the performance tests referenced herein do not commence until after the fifth year of operation to allow the subject hotel to have an adequate opportunity to ramp up its operations, as described later in this declaration, and to establish its market position.

34.    The management agreement between the Debtor and Marriott includes, among other things, the following provisions:

*Term*[12] – The initial term shall begin on the effective date (September 28, 2010) and continue until the expiration of the 30th fiscal year. Thereafter, the agreement automatically renews on the same terms and conditions for each of two successive periods of ten full fiscal years unless the manager provides notice that it does not intend to renew.

*Limitation on Termination by Owner*[13] – The Owner agrees not to terminate the agreement for any reason whatsoever at any time that Marriott is providing funding relative to the project.

---

[12] Section 2.01 of the management agreement.

[13] Section 2.03 of the management agreement.

U.S. Bankruptcy Court - Hawaii  #11-02371  Dkt # 835  Filed  03/29/12  Page 10 of 70

Further, per the terms of the management contract, it is not terminable upon sale.[14] Additionally, even if the Owner believes Marriott to be in default of its obligations, it may not terminate the agreement until a court of competent jurisdiction has reached a final and non-appealable decision declaring the existence of an event of default.

*Subordination, Non-Disturbance and Attornment*[15] – Marriott's long-term management of the Subject hotel is protected under Section 8.03 of the management agreement in the case of foreclosure and specifically will not be disturbed in its right to manage and operate the hotel pursuant to the management agreement, and therefore, protects Marriott's opportunity to collect future management fees.

*Performance Termination*[16] – Owner has the option to terminate the agreement if in any two consecutive fiscal years following the fifth full fiscal year: operating profit is less than the performance termination threshold (net operating income does not reach 90 percent of Owner's Priority); <u>and</u> the revenue index of the hotel is less than the revenue index threshold (less than 90 percent of the RevPAR of the competitive set). As typical with many management agreements, the performance test cannot be failed until the seventh full fiscal year to allow the hotel sufficient time to ramp-up to a normalized level of operations.

*Shortfall Payment*[17] – Upon receipt of owner's termination notice pursuant to Section 2.02.A, manager has the option, to be exercised by written notice to owner within 60 days after receipt of such termination notice, to avoid such termination by making a shortfall payment. The manager cannot make a shortfall payment more than two times in any fifteen year period.

*Base Management Fee*[18] – This fee is defined as 3.0 percent of gross revenues from the opening date until the end of fourth fiscal year, 3.5 percent of gross revenues in fiscal years five through eight, and 4.0 percent of gross revenues in fiscal year nine and each year thereafter. Based on the threshold set forth in Section 4 of the first amendment to the management agreement, management fees could potentially be as great as 4.0 percent beginning in year one depending on operating profit levels.

*Incentive Management Fee*[19] – Defined as 25.0 percent of operating profits above an owner's "priority" return equal to the sum of $19,425,000.

---

[14] Section 10.02.G "The terms and provisions of this Agreement shall be binding upon all successors to Owner's interest in the Site and/or Hotel."

[15] Section 8.03 of the management agreement.

[16] Section 2.02 of the management agreement.

[17] Section 2.02B of the management agreement.

[18] Section 1.03.B and Section 11.13.D of the of the management agreement and amended per Section 4 of the first amendment to management agreement.

[19] Section 12 of the management agreement (Incentive Management Fee).

U.S. Bankruptcy Court - Hawaii #11-02371 Dkt # 835 Filed 03/29/12 Page 11 of 70

## HOTEL MARKET ANALYSIS

### Introduction

35.    As a hotel includes a going-concern business as well as real property, the success of a lodging facility is a direct function of the supply and demand for the hotel rooms within its market area. Accordingly, an analysis of the local area's hotel market is a key component in determining the viability and projected performance of the Subject.  In a market like Oahu with such a large supply of hotel rooms, it is necessary to identify a set of properties that provide primary competition for the Subject property, known as the Subject's "competitive set." A competitive set consists of a group of hotels by which a property can compare itself to the group's aggregate performance.

36.    It is common practice within the industry for hotels to have a defined competitive set, and nearly all hotels do. Competitive sets are used by hotels to benchmark their performance relative to their competitors in the marketplace and for owners and managers to evaluate budgeted or investment goals. Hotels choose their set of competitors from a list of hotels that contribute their rate and occupancy data on a monthly basis to Smith Travel Research (STR). STR, which collects data from tens of thousands hotels, representing over 5.7 million hotel rooms worldwide, aggregates and sends back data to hotels so that properties can gauge their performance relative to the competition. The service is provided to hotels free of charge as long as they agree to submit their monthly rate and occupancy data to STR in order to maintain a more complete representative sampling of hotels in the market area.

37.    This methodology of projecting a hotel's future performance in relation to the performance of its competitive set is well-established in the industry. Given that operating data is typically regarded within the industry as a trade secret or proprietary, competitive set performance data is the best, and sometimes the only, way a hotel is able to effectively monitor and benchmark its performance against its primary competitors. We have performed this type of analysis for hundreds of properties, and it is an accepted method in the industry that is regularly used by owners, developers, and managers for business planning purposes.

38.    We have analyzed the Oahu hotel market and, based on the attributes of the Subject, as well as the hotels that contribute to STR, we have identified the Subject's competitive set. The Subject's competitive set consists of six properties that are anticipated to offer primary competition to the Subject. The selection of the Subject's competitive set was utilized as the starting basis for benchmarking and projecting the Subject's future RevPAR[20] performance, as would be done at the property, management or ownership level. The competitive set was not selected specifically to perform any damage calculations, but for the reason that it most accurately reflects the set of hotels (that contribute to STR) offering primary competition to the Subject at the time of this Report.

---

[20] Room revenue divided by rooms available.

U.S. Bankruptcy Court - Hawaii  #11-02371   Dkt # 835   Filed  03/29/12   Page 12 of 70

39.     It should be noted that the six properties selected are consistent with the hotels included in the Subject's competitive set as defined in the amended management agreement. The Subject's competitive set is listed in the following table.

**Competitive Set**

| STR Code[21] | Name of Establishment | City & State | Zip Code | Affiliation Date[22] | Open Date | Rooms |
|---|---|---|---|---|---|---|
| 19965 | JW Marriott Ihilani Ko Olina Resort & Spa | Kapolei - Oahu, HI | 96707 | Nov 1999 | Jun 1993 | 387 |
| 26509 | Waikiki Parc Hotel | Honolulu - Oahu, HI | 96815 | Nov 1988 | Nov 1988 | 297 |
| 16876 | Halekulani | Honolulu - Oahu, HI | 96815 | Mar 1984 | Mar 1984 | 453 |
| 1632 | Moana Surfrider, A Westin Resort | Honolulu - Oahu, HI | 96815 | May 2007 | Mar 1989 | 793 |
| 1634 | Luxury Collection The Royal Hawaiian | Honolulu - Oahu, HI | 96815 | Jan 2009 | Jun 1959 | 528 |
| 16887 | The Kahala Hotel & Resort | Honolulu - Oahu, HI | 96816 | Mar 2006 | Jun 1964 | 338 |
|  |  |  |  | Total Properties: | 6 | 2,796 |

40.     Four of these properties are located in the Waikiki neighborhood of the City of Honolulu. The remaining two – the JW Marriott Ihilani and the Kahala Hotel – are located in nearby areas. According to Smith Travel Research, as of January 2012, the competitive set contains 2,796 rooms (not including the Subject).

41.     On the following pages, a description of each of the competitive hotels is presented, followed by a discussion of the competitive hotels in comparison to the Subject.

---

[21] Smith Travel Research's proprietary numbering system. Each hotel in the lodging census has a unique STR code.

[22] Affiliation Date – date the property affiliated with current chain/flag.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 13 of 70

## Competitive Property Number One
## JW Marriott Ihilani Ko Olina Resort & Spa

| Location | Description |
|---|---|
| Address:  92-1001 Olani Street<br>Kapolei, Hawaii 96707<br><br>Distance from the Subject: 19 miles northwest | Guestrooms:  387<br>Year Opened:  1993<br>Configuration:  Interior Corridor |

### Facilities & Amenities

- Five Food & Beverage Outlets
- Over 31,000 SF function space
- 24-hour in-room dining
- Full-service Ihilani Spa
- Two pools and four lagoons
- Hertz car rental
- Room Amenities:
  - 30 inch Flat-screen TV, cable, Pay-Per-View movies
  - Coffee maker
  - In-room safe
  - Iron/Ironing board
  - Hair dryer
  - Mini refrigerator
  - European soaking tubs
  - Yukata bath robes

### Picture



### Condition & Renovations

In June 2011, the JW Marriott Ihilani completed an approximately $24.2 million renovation that included the refurbishment of guestrooms, the Hokulani ballroom, and spa.

### Historical Performance

It is estimated that the JW Marriott Ihilani performed below the market average in terms of RevPAR in 2011.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 14 of 70

**Competitive Property Number Two**
**Waikiki Parc Hotel**

| Location | Description |
|---|---|
| Address: 2233 Helumoa Road<br>Honolulu, Hawaii 96815<br><br>Distance from the Subject: 1 mile southeast | Guestrooms: 297<br>Year Opened: 1988<br>Configuration: Interior Corridor |

### Facilities & Amenities

- Nobu Waikiki and Parc a.m. restaurants
- In-room dining
- 350 SF Boardroom
- 24-hour in-room dining
- Rooftop heated outdoor pool
- Fitness room
- Signing privileges at the Halekulani
- Room Amenities:
  - 32 inch Flat-screen TV, cable, Pay-Per-View movies
  - Coffee maker
  - In-room safe
  - Sony CD player
  - Iron/Ironing board
  - Hair dryer
  - Mini refrigerator

### Picture



### Condition & Renovations

The Waikiki Parc Hotel has completed ongoing renovations as needed and overall is in good condition.

### Historical Performance

It is estimated that the Waikiki Parc Hotel performed below the market in terms of RevPAR in 2011.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 15 of 70

████████████████

**Competitive Property Number Three**
**Halekulani**

| Location | Description |
|---|---|
| Address:   2199 Kalia Road<br>            Honolulu, Hawaii 96815<br><br>Distance from the Subject:  1 mile southeast | Guestrooms:   453<br>Year Opened:   1984<br>Configuration:   Interior Corridor |

| Facilities & Amenities | Picture |
|---|---|

**Facilities & Amenities**

- Heated Outdoor Pool
- Four Food & Beverage Outlets
- Over 8,000 SF function space
- 24-hour in-room dining
- Various Boutique Shops
- Full-service SpaHalekulani
- Room Amenities:
  - 40 inch Flat-screen TV, cable, Pay-Per-View movies
  - Coffee maker
  - In-room safe
  - MP3 docking station
  - Iron/Ironing board
  - Hair dryer
  - Daily Newspaper
  - Separate Shower and Bathtub
  - Bath robes



**Condition & Renovations**

The Halekulani is currently in the process of a refurbishment program focusing on its guestrooms and food and beverage outlets, which began in September 2011. The renovation is anticipated to be completed in June 2012.

**Historical Performance**

It is estimated that the Halekulani performed above the market in terms of RevPAR in 2011.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 16 of 70

## Competitive Property Number Four
## Moana Surfrider, A Westin Resort

| Location | Description |
|---|---|
| Address: 2365 Kalakaua Avenue<br>Honolulu, Hawaii 96815<br><br>Distance from the Subject: 1.5 miles southeast | Guestrooms: 793<br>Year Opened: 1989<br>Configuration: Interior Corridor |

### Facilities & Amenities

- Five Food & Beverage Outlets
- Outdoor swimming pool and whirlpool
- 24-hour room service
- 14-room Moana Lani Spa
- Westin Workout fitness center
- Approximately 15,000 SF function space
- International Shops and Boutiques
- Room Amenities:
  - Flat-screen TV, cable, Pay-Per-View movies
  - Mini refrigerator
  - Coffee maker
  - Iron/Ironing board
  - Hair dryer
  - In-room safe

### Picture



| Condition & Renovations | Historical Performance |
|---|---|
| Built in 1901 as one of Hawaii's original hotels, and formerly a Sheraton Hotel, the property was renovated and repositioned as a Westin property after undergoing a multimillion dollar renovation and added a 14 room oceanfront spa in 2008. | It is estimated that the Sheraton Moana Surfrider performed above the market in terms of RevPAR in 2011. |

U.S. Bankruptcy Court - Hawaii #11-02371 Dkt # 835 Filed 03/29/12 Page 17 of 70

██████████

## Competitive Property Number Five
## Luxury Collection The Royal Hawaiian

| Location | Description |
|---|---|

**Location**

Address:  2259 Kalakaua Ave
Honolulu, Hawaii 96815

Distance from the Subject: 1.3 miles southeast

**Description**

Guestrooms:  528
Year Opened:  1959
Configuration:  Interior Corridor

**Facilities & Amenities**

- Two Restaurants and Bar
- 24-hour in-room dining
- Two outdoor swimming pools and Helumoa children's water playground
- 12,582 SF function space
- Numerous Gift and Specialty Shops
- Abhasa Spa Waikiki
- Room Amenities:
  - Flat-screen TV, cable, Pay-Per-View movies
  - Refrigerator
  - Coffee maker
  - Iron/Ironing board
  - Hair dryer
  - Bath robe

**Picture**



**Condition & Renovations**

Originally built in 1927, the property closed in June of 2008 to undergo a full-scale renovation, and opened in early 2009 as part of Starwood's Luxury Collection following the estimated $85 million renovation.

**Historical Performance**

It is estimated that the Sheraton Royal Hawaiian performed above the market average in terms of RevPAR in 2011.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 18 of 70

████████████████████████████

**Competitive Property Number Six**
**Kahala Resort**

| <u>Location</u> | <u>Description</u> |
|---|---|
| Address:   5000 Kahala Avenue<br>              Honolulu, Hawaii 96816<br><br>Distance from the Subject:  5.0 miles southeast | Guestrooms:      338<br>Year Opened:    1964<br>Configuration:   Interior Corridor |

| <u>Facilities & Amenities</u> | <u>Picture</u> |
|---|---|
| • Four Food & Beverage Outlets<br>• 24-hour in-room dining<br>• Meeting space that accommodates up to 450 people<br>• Outdoor swimming pool<br>• 10-treament room Kahala Spa<br>• Private Lagoon<br>• Dolphin interaction programs<br>• Kahala boutique and retail outlets<br>• Room Amenities:<br>  o 40 inch Flat-screen TV, cable, Pay-Per-View movies<br>  o Coffee maker<br>  o In-room safe<br>  o Mini bar<br>  o CD Player<br>  o High Speed Internet<br>  o Separate Bathtub and Shower<br>  o Iron/Ironing board<br>  o Hair dryer |  |

| <u>Condition & Renovations</u> | <u>Historical Performance</u> |
|---|---|
| Opened in 1964, the property completed a $52 million renovation of the resort in July 2009, which included a refurbishment of the property's guestrooms, meeting space, and spa. | It is estimated that the Kahala performed above the market in terms of RevPAR in 2011. |

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 19 of 70

### Positioning of the Competitive Hotels Relative to the Subject

42.     For comparative purposes, the competitive set of six hotels can be segmented into three tiers of hotels based on their historical performance. The first tier of hotels includes the JW Marriott Ihilani Ko Olina Resort & Spa and the Waikiki Parc Hotel. While both are considered to be good quality hotels, overall these hotels have performed below the competitive set average given certain (real or perceived) weaknesses relative to the competitive set. The JW Marriott Ihilani is at a disadvantage to hotels detailed herein as it is the farthest removed from Waikiki (the primary tourist center of the Hawaiian islands) of all the hotels in the competitive set; further, the facilities are not considered to be as luxurious as other hotels in the Subject's competitive set. The Waikiki Parc is located within the heart of Waikiki, however it is at a disadvantage given its very limited facilities and location on the east side of Kalia Road; further the hotel has a reputation as being an "overflow hotel" for the Halekulani and less of a destination in itself. Given the competitive disadvantages of these two hotels, the Subject should outperform this tier of hotels in terms of RevPAR.

43.     The second set of hotels are the Moana Surfrider, A Westin Resort and The Royal Hawaiian. These hotels are good quality, branded hotels located in proximity to the Subject and feature amenities and facilities that are generally consistent with the Subject's offerings. Their service levels are not considered to be as luxurious as the Subject, placing them at a slight competitive disadvantage. While at a slight locational disadvantage not being located on the beach, the Subject is the most convenient high-quality hotel relative to the Convention Center, Ala Moana Center, and downtown Honolulu. The Subject is also further removed from the noisy and crowed "touristy" areas of Waikiki and therefore can attract customers willing to pay a premium for a hotel slightly removed from the masses. Further, given the Subject's smaller room count and the fact that it offers a combination of modern aesthetics, exciting food and beverage outlets, and luxury service not available at these hotels, the Subject is anticipated to outperform this tier of hotels.

44.     The final tier of hotels features two of the most exclusive hotels on the island of Oahu: the Kahala Hotel & Resort and Halekulani. These hotels are independently operated and are not part of a global or national brand. They have a long history in the competitive market of providing the highest levels of luxury and service. The Kahala and Halekulani also have signature facilities and amenities such as the Five-Diamond La Mer restaurant at Halekulani and the signature dolphin experience at Kahala, which allows these hotels to capture a large degree of loyal repeat customers, including coveted higher-end Japanese tourists. Halekulani is located in the heart of Waikiki, however both Kahala and the Subject offer proximity to Waikiki but with enough distance to afford guests privacy and a less "touristy" experience. As the Subject establishes itself in the competitive market, and an increasing number of guests are exposed to signature experiences at the property such as Morimoto and Crazybox, we anticipate that the Subject will be increasingly competitive with this tier of hotels. This is consistent with market perception, as these three hotels were all rated as Four Diamond by the rating authority

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 20 of 70

AAA in 2011.[23]  Overall, we anticipate that the Subject will be positioned slightly below this tier of luxury hotels, above the Moana Surfrider and the Royal Hawaiian, and well above the JW Marriott and the Waikiki Parc.

## Additions to Supply

45.     While there are hotels that are in the planning or proposed stages on the Islands of Hawaii, we are not aware of any additions to supply that would be considered to be competitive to the Subject given its positioning and location within the Honolulu hotel market. Disney's Aulani Resort opened in August 2011. Due to its market positioning, we have not included it in the competitive set; the Aulani Resort is positioned as a family resort and as such is marketed and frequented almost exclusively by parents vacationing with their children. Thus the Subject and the Aulani Resort do not share a customer base and are not considered to be direct competitors.

## Historical Performance of the Competitive Supply

46.     The aggregate annual available and occupied rooms, the aggregate occupancies,[24] the average daily room daily rates (ADR[25]), and the revenue per available room (RevPAR) for the competitive supply from 2007 to 2011, are presented in the following table.

| | | | | | | | | | Historical Market Performance of the Competitive Supply |
|---|---|---|---|---|---|---|---|---|
| Year | Annual Supply | Percent Change | Occupied Rooms | Percent Change | Market Occupancy | Average Daily Rate | Percent Change | REVPAR | Percent Change |
| 2007 | 1,020,540 | N/A | 739,892 | N/A | 72.5% | $329.09 | N/A | $238.59 | N/A |
| 2008 | 905,565 | -11.3% | 672,835 | -9.1% | 74.3 | 341.85 | 3.9% | 253.99 | 6.5% |
| 2009 | 1,020,540 | 12.7 | 643,961 | -4.3 | 63.1 | 325.98 | -4.6 | 205.69 | -19.0 |
| 2010 | 1,054,120 | 3.3 | 747,757 | 16.1 | 70.9 | 320.87 | -1.6 | 227.62 | 10.7 |
| 2011 | 1,149,385 | 9.0 | 861,245 | 15.2 | 74.9 | 326.35 | 1.7 | 244.54 | 7.4 |
| CAAG[26] | 3.0% | | 3.9% | | | -0.2% | | 0.6% | |
| Source: Smith Travel Research | | | | | | | | | |

47.     As noted in the preceding table, the annual supply of the properties in this analysis has fluctuated over the five year historical period, increasing by an average annual rate of 3.0 percent. The Royal Hawaiian closed in June 2008 to undergo an approximately $85 million renovation and upon completion reopened in January 2009, which led to an 11.3 percent decrease in available rooms in 2008, and a 12.7 percent increase the following year. In 2010 with the fall opening of the Subject, annual supply increased 3.3 percent and a further 9.0 percent the following year as the Subject's 353 guestrooms were annualized into the market. Aggregate market occupancy has fluctuated over the period,

---

[23] 2011 AAA Four Diamond Ratings, available at http://www.aaa.biz/Travel_Information/Diamonds/Awards/2011/4D_Lodgings_011411.pdf.

[24] Rooms sold divided by rooms available. Occupancy is always displayed as a percentage of rooms occupied.

[25] Room revenue divided by rooms sold, displayed as the average rental rate for a single room.

[26] Calculated Average Annual Growth

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 21 of 70

reaching a low of 63.1 percent in 2009, in the midst of the global recession. More recently, however, trends have been increasingly positive. The market occupancy increased to 70.9 percent in 2010 and to 74.9 percent the following year as leisure travel and visitor spending rebounded significantly.

48.  While occupancy has fluctuated during the five-year period, average daily rate has remained essentially flat, reaching a high point of $341.85 in 2008 and then declining 4.6 percent the following year during the height of the recession, and a further 1.6 percent in 2010 as hoteliers continued to incentivize travel in a successful effort to build occupancy levels. However, last year rate trends began to turn positive as the market experienced a 1.7 percent increase. Therefore, over the five-year period the RevPAR for the competitive market has increased at an annual rate of 0.6 percent, but is well positioned to surpass pre-recession levels by year's end.

## Projected Performance of the Competitive Supply

49.  The competitive market is at or near stabilization, meaning that it is unlikely to grow significantly in terms of occupancy or ADR beyond the rate of inflation. Stabilization tends to take between 3 and 5 years for a new hotel. The JW Marriott Ihilani, Waikiki Parc, and Halekulani have operated under their existing flags since 1999, 1988, and 1984, respectively. The Kahala and Moana Surfrider, although of more recent vintage compared to the oldest hotels in the mix, are nevertheless stabilized, having been operating under their existing affiliations since March 2006 and May 2007, respectively. And although the Royal Hawaiian underwent a significant renovation and came under its existing flag in Jan 2009, the hotel is unlikely to be experiencing significant ramp-up because it has been operating since 1959 and is perceived to be a historical rather than a new product.

50.  Market data further supports that the competitive market is at or near stabilization. As noted in the table on the preceding page, the Market's 2011 RevPAR is approaching a return to peak 2008 levels and projected to exceed the 2008's RevPAR of $253.99, and therefore in industry terms, is considered to be at or near stabilization.

51.  The competitive market ended 2011 with an occupancy level of 74.9 percent. This figure represented a period high for the market as it returned to pre-downturn levels. From our knowledge of the long-term market and historical cyclical patterns, we anticipate that the market will increase slightly to 75.0 percent in 2012, and stabilize at this level in 2013 and beyond. While it is likely that the market could exceed or fall short of this level in individual years, due to the cyclical seasonal patterns and weekday versus weekend trends in the market, it is unlikely that the market will exceed the 75.0 percent level over the long term.

52.  We have estimated that the average daily rate of the competitive market will increase 6.0 percent in 2012 to $342.00. Given the economic recovery and the fact that the market is at or near stabilization, hoteliers are anticipated to continue to push average daily rates. As such, we have estimated future average rate growth at just above inflationary levels between 2013 and 2015 and at 3.0 percent thereafter. Our estimates of average daily rate

U.S. Bankruptcy Court - Hawaii  #11-02371  Dkt # 835  Filed  03/29/12  Page 22 of 70

growth were based upon our understanding of the competitive market, the individual hotels, and forecasts prepared by PKF Hospitality Research (PKF-HR) using historical data provided by STR and economic data from Moody's.

53.    It should be noted that the PKF-HR's forecast is for a large sampling of Oahu hotels including limited- and full-service hotels at all price points. Therefore, while the trends cannot be extrapolated directly to the Subject's competitive set of high-end and luxury hotels, it is a useful point of reference and a test of reasonableness. One such trend noted was that average daily rates for the entire Oahu sample increased by 10.0 percent and RevPAR increased by 13.8 percent as compared to increases of 1.7 and 7.4 percent, respectively for the competitive set. Therefore in projecting growth rates for the competitive set going forward we considered the projected trends of the Oahu hotels, but moderated the growth rates to reflect the recent past performance of the competitive set.

| | Market Performance of Oahu Hotels | | | | | |
|---|---|---|---|---|---|---|
| Year | Market Occupancy | Percent Change | Average Daily Rate | Percent Change | REVPAR | Percent Change |
| 2011 | 80.9% | 3.5% | $165.01 | 10.0% | $133.48 | 13.8% |
| 2012 | 80.4 | -0.6 | 178.52 | 8.2 | 143.48 | 7.5 |
| 2013 | 80.8 | 0.5 | 188.23 | 5.4 | 152.09 | 6.0 |
| 2014 | 81.3 | 0.6 | 198.59 | 5.5 | 161.47 | 6.2 |
| 2015 | 81.6 | 0.3 | 208.32 | 4.9 | 169.91 | 5.2 |
| 2016 | 81.0 | -0.7 | 214.21 | 2.8 | 173.55 | 2.1 |

Sources: Forecasted Hotel Data - PKF Hospitality Research, Historic Hotel Data - Smith Travel Research

54.    The following table illustrates the projected performance of the competitive market.

| | Projected Market Performance of the Competitive Supply | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Annual Supply | Percent Change | Occupied Rooms | Percent Change | Market Occupancy | Average Daily Rate | Percent Change | REVPAR | Percent Change |
| 2012 | 1,149,385 | 0.0% | 862,000 | 0.1% | 75.0% | $342.00 | 4.7% | $256.49 | 4.9% |
| 2013 | 1,149,385 | 0.0 | 862,000 | 0.0 | 75.0 | $357.00 | 4.6% | 267.74 | 4.4% |
| 2014 | 1,149,385 | 0.0 | 862,000 | 0.0 | 75.0 | $371.00 | 3.9% | 278.24 | 3.9% |
| 2015 | 1,149,385 | 0.0 | 862,000 | 0.0 | 75.0 | $386.00 | 3.9% | 289.49 | 4.0% |
| 2016 | 1,149,385 | 0.0 | 862,000 | 0.0 | 75.0 | $397.00 | 2.8% | 297.74 | 2 8% |
| CAAG | 0.0% | | 0.0% | | | 3.8% | | 3.8% | |

Source: PKF Consulting USA

## SUBJECT HOTEL MARKET ANALYSIS

### Historical Performance of the Subject

55.    There is limited relevant data concerning the Subject's historical performance. The Subject opened on September 28, 2010, and the Debtor ousted Marriott from management less than a year later, on August 28, 2011.   As shown in the following table, after only a few months of operation, by year-end 2010 the Subject posted an occupancy of ██ percent and an average daily rate of $██, equating to a yield[27] of

---

[27] A RevPAR (Yield) Index measures a hotel's fair market share of their segment's (competitive set, market, submarket, etc.) revenue per available room. If a hotel is capturing its fair market share, the index will be 100; if

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed   03/29/12   Page 23 of 70

approximately ▪ percent. Through the first seven months of 2011 when Marriott still managed the property, and notwithstanding the impact of the tsunami in Japan and resulting decrease in Japanese tourism in Hawaii (discussed below), as well as the disruption of the widely publicized litigation brought by the Owners, the Subject was able to increase both its occupancy and average daily rates levels, and in doing so, ▪▪▪▪▪ its yield to ▪ percent of the competitive set.

| Historical Market Performance of the Subject Hotel | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year | Annual Supply | Occupied Rooms | Occupancy Percentage | Market Penetration[28] | Average Daily Rate | REVPAR | Yield |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## Future Performance of the Subject

56.     In projecting the Subject's future performance, it is vital to understand the concept of a hotel's "ramp-up."[29] For the first few years following a hotel's opening, it is common for a hotel's rate and occupancy to be significantly lower than the rate and occupancy that the hotel will ultimately achieve. It is typical for a hotel to gradually ramp-up its occupancy and average room rate levels over a period of 3-5 years as it builds a loyal base of business and moves towards capturing business from multiple market segments. As greater levels of occupancy are realized, hotels are then able to begin to reduce or cease introductory discounting strategies and can begin to raise average daily rates in line with the value proposition and satisfaction delivered to its guests. At that point, the hotel reaches "stabilization" and is unlikely to grow occupancy and average daily rate over the long term except in accordance with inflation.

57.     In addition, it is also important to understand that it is normal for hotels to experience a "shakeout" during the initial ramp-up period. During this time a hotel experiences the typical trial and error processes that are common with opening of a large and complicated lodging facility. Common themes of the shakeout period would include adjusting the operations of the hotel to market demands and responding to changing or unanticipated conditions present in the competitive marketplace. These fluctuations in strategies,

---

capturing less than its fair market share, a hotel's index will be less than 100; and if capturing more than its fair market share, a hotel's index will be greater than 100.

[28] "Penetration" represents a percentage of a property's "fair share" that it achieves during a set period of time. A hotel's "fair share" is defined as the number of available rooms divided by the total supply of available rooms in the competitive market. Factors indicating the property would possess competitive advantages suggest a market penetration in excess of 100 percent of its fair share, while competitive weaknesses are reflected in penetration less than 100 percent.

[29] A hotel's ramp-up is defined as the period from opening until it reaches a stabilized level of operations expressed in terms of RevPAR, NOI or both. From opening to stabilization occupancy, average daily rate, and revenues generally grow from increased levels of patronage; expenses typically decline on a percentage basis as only the incremental operating costs increase, and there are a high degree of fixed expenses in the operations of a hotel.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 24 of 70

staffing, revenues, and expenses are to be expected as it finds its optimal operational level.

58.     While the speed and length of a hotel's ramp-up vary by its location, number of guestrooms, number and quality level of other hotels in the trade area, economic conditions, and a host of other factors, hotel properties typically build occupancy and then average daily rate levels over a period of *years*, not months, as they are able to effectively establish the property. Accordingly, it is not realistic or rational to judge a hotel's future performance based on the occupancy and average daily rate realized during less than one year after its opening, which is the extent of the historical data available here when Marriott was managing the property.

59.     To further emphasize this point we note data provided by Marriott regarding occupancy and RevPAR of the ▮ most recently-opened ▮▮▮▮ properties, and ▮▮▮▮ ▮▮▮, during their first year of operation. The data show that the Subject has performed on par with other high-quality Marriott branded hotels during their first year of operation, in terms of both growth in occupancy and growth in RevPAR. This data is consistent with our experience, which has borne out the fact that many successful luxury properties experience relatively low ADR and RevPAR for a year or even several years after opening.

60.     In addition to the fact that there is little available data for the Subject due to its less than one year of operations, it would be particularly irrational to judge the Subject's expected future performance based on the period between September 2010 through August 2011 because the Subject experienced several extraordinary or one-time events during that period. These include:

- The most severe economic recession in decades. The recession resulted in a severe decrease in tourist traffic to Hawaii in 2009, which only began to recover in 2010, adversely affecting the Subject's ability to book business prior to opening and depressing its rate and occupancy figures at opening. Between 2008, when the market was its peak, and 2010, when the Subject opened, the RevPAR of the competitive set dropped over 13 percent.[30]

- Repeated construction delays that interfered with the pre-opening marketing of the Subject. The Subject was originally slated to open in January 2009,[31] which was moved to July 2009,[32] which was later delayed to December 15, 2009 or February 23, 2010, followed by more delays to April 20, 2010 and later June 22, 2010, and then July 27, 2010, followed by September 21, 2010,[33] which was delayed even

---

[30] RevPAR change for the competitive market for the two-year period from year-end 2008 of $241.79 to $213.01 by year-end 2010

[31] MHS00080306 – Marriott Pro Forma date March 3, 2007

[32] "7-28-08 Corp Groth Cmte Submission"

[33] "1-16-09 Corp Groth Cmte Submission"

U.S. Bankruptcy Court - Hawaii  #11-02371  Dkt # 835  Filed  03/29/12  Page 25 of 70

further. In actuality, the Hotel reopened as The Waikiki EDITION on September 28, 2010, although even at this date, some aspects of the Hotel were not yet completed in accordance with the terms of the management agreement.[34] Wholesalers and groups require much more certainty as to a new property's opening date before making commitments, and it is very likely that these repeated delays were a factor in reducing demand during the first year the Subject was open. The inability to establish a clear opening date and the continued delays was one factor that negatively impacted the Subject. Performance can be compromised when Tour and Travel operators are unable to personally inspect the hotel on behalf of their clients or when they see a construction site rather than a finished hotel in the course of such an inspection. Similarly, initial performance can be compromised when corporate meeting planners and those planning to celebrate social events such as weddings or birthdays are unable to tour the Subject prior to opening and/or are reluctant to contract business at the hotel given the high degree of uncertainty. I understand that there is some dispute between the parties as to whether all of these events were the fault of the Owners (who were responsible for construction) or in part attributable to marketing strategies or other actions by Marriott, but for purposes of my report that is not relevant – the point is that regardless of the cause, the Subject's ability to book group and transient business due to repeated opening delays undoubtedly dampened first-year performance, which is another reason why the Subject's long-term prospects should not be based on the first year data.

- The Japanese tsunami in March 2011. A significant portion of guests in Oahu come from Japan. Just as the global economy was beginning to recover (at least partially), the tsunami in Japan reduced the number of flights from Japan to Hawaii and had a negative impact on occupancy in the market as a whole, putting downward rate pressure on the market as a whole. Even if the Subject did not rely on Japanese business, its competitive hotels in the luxury segment – Halekulani and Kahala – depend heavily on Japanese business; downward pressure on the rates of those hotels would necessarily impact the Subject's ability to grow rate as well.

- The onset of litigation and the attendant negative publicity in May 2011. The highly publicized lawsuit filed by the Debtor certainly presented an obstacle to the Subject's initial growth. A member of the Marriott management team reported that the sales and marketing staff found that other hotels were selling against the Subject using the litigation as their main weapon. Another Marriott executive reported that the Hotel was not invited to join the Signature Travel Network because of uncertainty generated by the litigation. Signature is a network of 6,000 travel agents who book luxury travel experiences for their clients. Signature would have been a valuable sales channel that would have allowed the Hotel to reach significantly more customers.

- The Debtor's takeover of the Hotel on August 28, 2011. The Subject showed marked improvement in its financial performance over the first seven months of 2011. The Subject's occupancy had increased from ███ percent in January to ███ percent in July,

---

[34] "9-28-2010 Authority to Open Letter"

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 26 of 70

and RevPAR had increased from ▮ in January to ▮ in July.[35] The Debtor's takeover of the Subject prevented this ramp-up from continuing under Marriott's management.

61. The combined effect of these factors cannot be overstated. The global recession was devastating to the hotel industry and luxury hotels in particular. Just as portions of the economy were beginning to recover, the tsunami hit, dealing a blow to Japanese tourism and putting downward rate pressure on the local market; less than three months later the Subject faced significant negative publicity as a result of the lawsuit. The much publicized lawsuit and takeover of the Hotel made national headlines including publications such as *USA Today*, W*all Street Journal*, and *Washington Post*. Further, the lawsuit filing only eight months from the Hotel's opening and the forceful ouster of Marriott a mere three months later, were actions of great severity, and nearly unheard of in the industry. As a result, and based on my decades of experience in the industry, it would truly be irrational and contrary to accepted practice to base a forecast of the Subject's performance on the first year of its operation.

62. Had the Owners not ejected management in August 2011, we would by now have approximately one year's worth of performance data of the Subject following the tsunami, under Marriott's stewardship. Even that would be limited data, as it would be preferable to evaluate the Subject after 2-3 years of normal operation under Marriott management, uninterrupted by construction delays, a global recession, a tsunami, and adverse publicity from litigation, and taking into account changes to strategies that are typical during the first several years of operation. Due to the Owner's ejection of Marriott, however, we cannot evaluate 2-3 years of operation under Marriott management. Under these circumstances, the most relevant objective data to evaluate are the performance of the competitive set and a comparison of the attributes of the Subject to the competitive set – a well established industry methodology sometimes referred to as the market approach.

63. In that regard, it should be noted that the Subject was highly regarded by leading industry critics such as Travel & Leisure Magazine (which listed the Subject among the "Best New Hotels 2011") and the American Automobile Association (AAA), which awarded the Subject a prestigious Four-Diamond ranking soon after its opening. Only four percent of AAA inspected hotels receive this prestigious recognition and even less do so only two months after opening. The Subject also received significant exposure through other media, including: NBC's "Today" show, *Vogue Australia*, *Los Angeles Times*, cover of *Elle Magazine* and numerous spots on Access Hollywood, Entertainment Today, TMZ, and Extra. The Subject also received favorable reviews from guests in internet websites such as TripAdvisor, Expedia, and Yelp, and was accepted into Virtuoso, one of the industry's leading luxury travel companies (currently among the Subject's competitive set, only the Halekulani, Kahala, and the Royal Hawaiian are affiliated with Virtuoso). Upon its entry into Virtuoso's travel network, the Vice President of Hotels, Destinations & Tours for Virtuoso stated to the press that, "The Waikiki Edition brings a completely

---

[35] MHS00033597

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 27 of 70

new look and feel to Hawaii. ... It appeals to the sensibilities of a client who's looking for a lifestyle that mirrors his everyday style and comfort level.... We felt The Waikiki Edition offered something different."[36] Notwithstanding these reviews and positive market perception, the Subject was never given a chance to ramp up under normal circumstances, and under Marriott's management, for a sufficient period of time.

64. Our market demand analysis for the subject includes an analytical tool referred to as a penetration rate or fair share index, which is frequently used to measure the relative market position of a property, including its strengths and weaknesses in the competitive market. If a property were operating at the same occupancy level as the market, it would capture demand at the same ratio that it comprised of the supply. This relationship would be expressed as a penetration rate of 100 percent. A property with material competitive advantages would be expected to penetrate its market at a rate in excess of 100 percent, whereas a hotel with competitive disadvantages would be expected to achieve penetration levels lower than 100 percent.

65. The actual penetration of each market segment by the Subject may deviate from fair market share for the following reasons:

- The competitive advantages or disadvantages of the hotel versus the competition, taking into consideration such factors as location, room rate structure, chain affiliation, quality of management, marketing efforts, and image;

- The characteristics, composition, and needs of each market segment;

- The constraint on demand captured due to capacity constraints during certain periods of the week or times of the year; and,

- Management decisions concerning target markets.

**Overall Penetration**

66. Estimated occupancy levels for the Subject have been projected on the basis of a market penetration analysis. As noted above, this methodology of projecting a hotel's future performance is well-established. It is an accepted method in the industry that is used for normal business purposes, planning, and investment.

67. The Subject enjoys a number of strengths within the competitive market, including its unique and attractive design resulting from a new and extensive renovation; high level of service; location close to the Ala Moana Center, the Hawaii Convention Center, and Downtown Honolulu; Morimoto signature restaurant and Crazybox nightclub, both of which opened to positive reviews and attract a youthful market segment; two dedicated pool venues; and one of the largest ballrooms in Oahu. Another significant selling point of the hotel is that all 353 guestrooms have ocean views and more than two thirds of the rooms have at least one lanai. The Subject is also uniquely positioned in the market. No

---

[36] http://www.travelagentcentral.com/oahu-and-honolulu/waikiki-edition-joins-virtuoso-28967.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 28 of 70

other hotel in its competitive set offers a luxury product together with the stylish aesthetic of an Ian Schrager design.

68. Thus, we find 74 percent occupancy – just below the average of 75 percent for the competitive set – to be reasonable in the long term due to the features, facilities, and amenities offered. As shown on the table on the following page, after achieving an occupancy of approximately ██ percent in 2011, the Subject's occupancy is anticipated to increase to 64 percent in 2012, further to 70 percent in 2013, and stabilize at 74 percent in 2014.

**Average Daily Rate and Yield for the Subject**

69. Our estimates for the Subject are based on the average rates achieved by the competitive set, coupled with consideration of relative advantages and disadvantages of the Subject property as discussed herein.

70. At year-end 2011 the average daily rate of the competitive set (not including the Subject) was approximately $335 and individual hotels ranged from the low $200's to the high $400's. The competitive market currently consists of two classes of hotels: very good or high quality hotels and luxury hotels. The hotels in the competitive set are identified as below.

| Positioning of the Hotels in the Competitive Supply | |
| --- | --- |
| High-Quality Hotels | Luxury Hotels |
| JW Marriott Ihilani Ko Olina | Royal Hawaiian |
| Waikiki Parc Hotel | Kahala Resort |
| Moana Surfrider, A Westin Resort | Halekulani |

71. Given the facilities and amenities described within this Report and the intended luxury positioning[37] of the Subject, we are of the opinion that the Subject's average daily rate should be superior to the very good or high quality hotels. The Subject is well-positioned relative to these hotels given its unique branding and style, all ocean view rooms, and first class food and beverage facilities including one of Oahu's largest ballrooms, Morimoto signature restaurant, and Crazybox nightclub. Those hotels do not offer the same luxury product, and two of those hotels are significantly larger. Further, although ongoing and in certain case significant renovations (Royal Hawaiian $70 million and Kahala Resort $52 million) have been undertaken at the properties in the competitive set, the subject's quality level is considered to be at least equal to, or better than the average of its competitors. However, we still anticipate that the Subject's average daily rate will not be superior to the Kahala and Halekulani, which are iconic properties and benefit from beachfront locations, premiere service, a very loyal repeat clientele. The Subject is located very close to the beach, but not on the beach. It also lacks bathtubs, which is an important amenity to some Japanese clientele.

---

[37] A hotel's positioning within the market is simply defined as the set of attributes that set the brand apart from competitors. A hotel's positioning within the market takes into account, among other things, its location, physical attributes, quality of design, available facilities and amenities, level of service, etc.

U.S. Bankruptcy Court - Hawaii #11-02371 Dkt # 835 Filed 03/29/12 Page 29 of 70

72. Based on the aforementioned, we project that the Subject property would likely achieve an average daily rate of $262.00 in 2012. This is approximately $80.00 lower than the forecasted competitive market average in 2012, and representative of the Subject's positioning as newly reopened and repositioned resort early in its ramp-up. In 2013 as the Subject establishes itself in the competitive market, average daily rate is anticipated to increase 14.0 percent in 2014 and 10.0 percent the following year. These estimates are based on the actual and projected performance of the competitive hotels and the Subject's unique attributes relative to the competitive set, and its anticipated ramp-up. In 2016 and each year thereafter rate is anticipated to increase by 3.0 percent. This results in a stabilized ADR of $346.00 in 2012 dollars, similar to the overall market average, and above the high-quality hotels, similar to the Royal Hawaiian, but below the Halekulani and Kahala Resort.

73. We find this stabilized rate and positioning to be reasonable – and conservative – given the Subject's facilities, amenities and orientation within the market. The Subject is a well-located, first-class resort hotel that opened to positive reviews. As noted above, its initial operating performance was unfortunately and negatively affected by construction delays which made marketing and pre-selling the hotel more difficult, a deep economic recession that significantly affected rate and occupancy in the competitive set, the tsunami, and lastly by the very public announcement of litigation concerning the hotel. Even given these challenges the Subject was able to continue to improve its operations on a monthly basis and therefore begin to ramp-up.

74. The following table sets forth our estimate of average room rate, occupancy levels, and the resulting rooms revenue for 2012 through 2016. As shown in the far right column (Revenue Yield) of the following table, the Subject's projected RevPAR performance is anticipated to stabilize just below its competitive set, achieving a level of 97 percent of the market average.

| Projected Market Performance of the Subject Hotel | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Annual Supply | Percent Change | Occupied Rooms | Percent Change | Occupancy Percentage | Market Penetration | Average Daily Rate | Percent Change | REVPAR | Revenue Yield |
| 2012 | 128,845 | 0.0% | 82,500 | 14.0% | 64.0% | 85% | $262.00 | 14.3% | $167.76 | 65% |
| 2013 | 128,845 | 0.0 | 90,200 | 9.3 | 70.0 | 93 | 301.00 | 15.0 | 210.72 | 79 |
| 2014 | 128,845 | 0.0 | 95,400 | 5.8 | 74.0 | 99 | 343.00 | 14.0 | 253.97 | 91 |
| 2015 | 128,845 | 0.0 | 95,400 | 0.0 | 74.0 | 99 | 378.00 | 10.0 | 279.88 | 97 |
| 2016 | 128,845 | 0.0 | 95,400 | 0.0 | 74.0 | 99 | 389.00 | 3.0 | 288.03 | 97 |
| CAAG | | 0.0% | | 3.7% | | | | 10.4% | 14.5% | |
| Source: PKF Consulting | | | | | | | | | | |

## SUMMARY OF MANAGEMENT FEES THAT MARRIOTT WOULD HAVE RECEIVED

75. Our analysis assumes that Marriott continued to manage the Subject uninterrupted through the natural expiration of the 50-year management agreement on August 31, 2060. In order to project the management fees that Marriott would have earned over the life of this contract, it is necessary to estimate the revenues and expenses of the Subject for each

U.S. Bankruptcy Court - Hawaii  #11-02371  Dkt # 835  Filed  03/29/12  Page 30 of 70

year remaining in the term of the contract. As detailed below, the management fees include two components:

- Base management fees: a defined percentage of total hotel revenue. The base management fees do *not* depend on expenses or profitability. The majority of Marriott's foregone management fees are base management fees. I project that Marriott would have earned a total of $204,292,870 in base management fees over the life of the management agreement. Discounted to present value, that amount is equal to $34,461,429.

- Incentive management fees: a percentage of operating profit above a certain threshold. The incentive management fees depend on expenses as well as revenue. I project that Marriott would have earned a total of $72,618,917 in incentive management fees over the life of the contract. Discounted to present value, that is equal to $580,371.

76. The following section sets forth in detail the projected revenues, expenses, and resulting net operating income for the Subject. It is important to re-emphasize that the expenses forecasted below, as well as net operating income, are not relevant to the lost base management fees, which are based solely on gross revenue.[38] To calculate the base management fees to which Marriott would be entitled involves simply multiplying gross revenues by 3.0 percent from the opening date until the end of fourth fiscal year, 3.5 percent in fiscal years five through eight, and 4.0 percent in fiscal year nine and each year thereafter. The total is then discounted to present value using a discount rate I discuss below.

## STATEMENT OF ESTIMATED ANNUAL OPERATING RESULTS

77. In order to calculate the revenues that the Subject would have earned (and thus the base management fees that Marriott would have received), as well as the expenses that the Subject would have incurred (allowing me also to calculate the incentive management fees Marriott would have received), I developed a model operating statement for a stabilized year for the Subject. A "stabilized year" illustrates the hotel's performance as if it were at a typical or stabilized occupancy today, after any anticipated real growth in room rate, with all revenues and expenses expressed in current value (2012) dollars. It is important to note that the stabilized year does not represent any one point in time, nor is it meant to do so. The stabilized year denotes the point at which a property has reached a stabilized level of operation and from which all operating revenues and expenses are anticipated to grow at 3.0 percent, or the generally accepted level of inflation over the long-term. The inflationary levels used herein are consistent with CPI increases over the long-term, as well as hotel average daily rate data as provided by Smith Travel Research detailing the long-run average rate growth of the United States lodging market to be 2.8

---

[38] The earnings stream from operations after the deduction of real estate taxes, insurance, and ground rent (if applicable), but before the deduction of interest, depreciation, amortization, and taxes on income which vary from owner to owner.

U.S. Bankruptcy Court - Hawaii  #11-02371  Dkt # 835  Filed  03/29/12  Page 31 of 70

percent for the period from 1988 through 2011. We realize that in the mid- to long-term the hotel market and the Subject will experience fluctuations in operations as the economy expands and contracts as part of a normal business cycle. Therefore, rather than attempting to predict the exact operating results on a year by year basis, our stabilized projections represent a reasonable average over the long-term.[39]

78.  The model operating statement employs the methodology set forth in the *Uniform System of Accounts for Hotels*, recommended by the American Hotel and Motel Association and utilized throughout the industry, and has been used in the classification of income and expenses for this appraisal. In conformity with this system of account classifications, only direct operating expenses are charged to the operating departments of the Subject. The general overhead items that are applicable to operations as a whole are classified as deductions from income and include administrative and general expenses, marketing expenses, utility costs, and property operations and maintenance. Additional costs for management fees, fixed charges, which include real estate taxes and insurance, and reserves for replacement are deducted to derive the net operating income.

79.  Data from the following sources have been considered, as well as other materials and information concerning the attributes of the Subject discussed elsewhere in our report.

  • Comparable data from five hotels in the United States and from PKF Consulting's *Trends in the Hotel Industry* survey (referred to as Comparables "A", "B", "C", "D", and "E"). All of the comparables are high-quality or luxury hotels located in Hawaii, and two of the hotels are part of the Subject's competitive set.

  • Historical and projected performance of the Subject including: Marriott preopening Pro Forma dated August 26, 2009, partial year 2010 actual performance, 2011 budget prepared January 27, 2011, 2011 forecast prepared August 2, 2011, and Marriott Pro Forma prepared June 28, 2011.

80.  While primary reliance was placed on the historical performance of the comparables, we also reviewed the Subject's limited historical performance as well as Marriott pro forma statements which were prepared by Marriott's Feasibility Department at various dates between August 26, 2009 and August 2, 2011. Our understanding of the Marriott pro formas is that they were prepared under different sets of assumptions and that they were prepared during different points in the economic cycle and reflect conditions in the Hawaiian hotel market that varied over time as the economy contracted and then began to rebound. We did not place our reliance on any one statement, but instead reviewed them generally to assist our understanding of the anticipated operation of Subject and our discussions with representatives of Marriott. We understand in particular that the

---

[39] The financial modeling program utilized in our analysis of the Subject's estimated operating performance rounds certain numbers, but to a statistically insignificant degree. At times this includes the minute, compound rounding of two or more figures, and therefore throughout this report certain figures may not foot. There is no inherent bias in the built-in rounding calculation; certain revenue or expense figures may be rounded up, while other revenue or expense figures may be rounded down.

U.S. Bankruptcy Court - Hawaii  #11-02371  Dkt # 835  Filed  03/29/12  Page 32 of 70

Feasibility Department prepared two pro formas in June 2011. The first, a "worst case" scenario prepared on June 24, 2011, assumes that the Hotel's future performance will match its historic performance – that is, that the ADR (as measured in real dollars) will not increase beyond the ADR realized in 2011. For the reasons we discuss below, we consider the "flat" ADR assumptions in the June 24 pro forma to be unreasonable and unrealistic.

81.     As shown in the following table, the Subject was able to increase its RevPAR steadily, from $⬛ opening to $⬛ in July 2011 before the management contract was terminated, including especially strong performance in the last month available, even in the face of the negative publicity surrounding the ongoing litigation. While the factors for the Subject's steadily improving performance are difficult to isolate, at least some of the successful ramp-up can be attributed to the fact that the property was open and fully marketable and the activities that might have occurred during the pre-opening phase (property tours, advance sales, placement in tour guides and travel publications) were able to be completed in earnest once the uncertainty was lifted and the Subject actually opened. Given the lead time necessary to generate advance business, it is reasonable to assume that some of the sales efforts undertaken in October 2010 began to yield results by the Spring of 2011.



| The Waikiki EDITION | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Historical Monthly Performance | | | | | | | | | |
| | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
| Occupancy ADR RevPAR | | | | | | | | | | |
| Source: Smith Travel Research | | | | | | | | | |

82.     As noted above, each of the comparable hotels that was used as the primary basis for our analysis is a high-quality or luxury hotel in Hawaii. While these financial comparables do include hotels from the Subject's STR competitive set, the set of five financial comparables is not exclusively comprised of competitive set hotels. The operating results presented herein are actual results achieved, which were obtained from our Trends® in the Hotel Industry database.

83.     Our composite of comparable properties is made up of five hotels considered comparable with the Subject, due to their location, size, market orientation, and hotel affiliation. The properties range in size from 252 to 528 guest rooms. For reasons of confidentiality, we cannot disclose the identity of the comparable hotels, but we have produced the underlying data. All five properties are of comparable positioning located within a relative proximity to the Subject. The following pages present the historical performance of the comparable hotels. We note that the expenses of the comparable hotels are indicated on a ratio basis to protect the confidential nature of the information and that each ratio is expressed as a function of total revenues, except for Departmental Expenses. Departmental Expenses are a function of the revenue center, e.g., Rooms Expense is indicated as function of only Rooms Revenue.

84.     As noted in the background section of this Report, Trends® in the Hotel Industry is an annual compilation of unit-level hotel financial statements. Since 1936, PKF has

collected year-end operating statements from thousands of hotels across the nation. From these statements, our Firm extracts 200 specific revenue and expense items and then puts the data into a uniform format to ensure equitable benchmarking. The Trends® database is the oldest and most comprehensive source of hotel financial information in the United States.  The summary financial statements presented on the following two pages were obtained from hotel properties that contributed to the Trends® database.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 34 of 70



U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 35 of 70



PKF Consulting USA -- P a g e | 36

## ESTIMATE OF DEPARTMENT REVENUE AND EXPENSES

### Rooms Revenue and Expenses

#### Rooms Revenue

85.   Rooms revenue is based on the number of occupied rooms multiplied by the average daily room rate for each respective year as presented in this Report. As discussed above, we have estimated the stabilized average rate of the hotel to be $346.00, stated in 2012 dollars. Also as discussed above, stabilized occupancy is estimated at 74.0 percent. Therefore, gross rooms revenue in a representative year is calculated as follows:

**353 rooms x 365 days x 74% occupancy x $346.00/day = $33,008,000[40] (Rounded)**

86.   The following table summarizes the average daily room rates, occupancies, and rooms revenues estimated for the first ten years of our projection (stated in nominal dollars):

| | Estimated Rooms Revenue | | |
|---|---|---|---|
| Year | Average Daily Rate | Annual Occupancy | Rooms Revenue |
| 2012 | $262.00 | 64.0% | $21,675,000 |
| 2013 | 301.00 | 70.0 | 27,150,000 |
| 2014 | 343.00 | 74.0 | 32,722,000 |
| 2015 | 378.00 | 74.0 | 36,061,000 |
| 2016 | 389.00 | 74.0 | 37,212,000 |
| 2017 | 401.00 | 74.0 | 38,255,000 |
| 2018 | 413.00 | 74.0 | 39,400,000 |
| 2019 | 425.00 | 74.0 | 40,545,000 |
| 2020 | 438.00 | 74.0 | 41,899,000 |
| 2021 | 451.00 | 74.0 | 43,025,000 |

#### Rooms Expense

87.   Rooms expense consists of salaries and wages, employee benefits, commissions, contract cleaning, guest transportation, laundry and dry cleaning, linen, operating supplies, reservation costs, uniforms, contract services, and other items related to the rooms department.

88.   The comparable hotels present rooms expenses ranging from ▮▮▮▮ to ▮▮▮▮ per occupied room (POR), with ratios to rooms revenue ranging from ▮▮▮ percent to ▮▮▮ percent. The Subject's POR expense ranged from a projected level of ▮▮▮ to ▮▮▮ in its first partial year of operation. We estimate that the Subject's stabilized rooms expense will be $90.00 per occupied room. This is within the range of comparables on a per occupied room and ratio to room revenue basis, consistent with the Subject's intended luxury level of service, and representative of a stabilized level of operation at the Subject.

---

[40] As noted in the introduction to this section, the financial model may round some figures imprecisely, but to a statistically insignificant degree.

U.S. Bankruptcy Court - Hawaii #11-02371 Dkt # 835 Filed 03/29/12 Page 37 of 70

| Rooms Expense | | |
|---|---|---|
| | Per Occupied Room | Ratio to Rms Revenue |
| Comparables | | |
| ███████ | ███████ | ███████ |
| Subject Stabilized Year | $90.00 | 26.0% |

## Food & Beverage Revenue and Expense

89. ***Food and Beverage revenue*** is typically generated by the sale of meals to both hotel guests and also outside patrons in the restaurant; lounge; room service; banquet revenues, including banquet room and audio/visual rental income; and other associated revenues.

90. The Subject offers the Morimoto signature restaurant, Crazybox nightclub, multiple bars and lounges, a high-energy destination pool and bar, and a second swimming pool with poolside service. In addition, there is room service and banquet revenue generated by the hotel's function space, which includes the third largest ballroom in the state. It is important to note that the Subject's food and beverage projections do not include Morimoto as it is a leased operation.

91. The comparable hotels' food and beverage revenue ranged from ██████ to ██████ per occupied room. We estimate that food and beverage revenues for the Subject will be approximate ██████ per occupied room, or ██████ in a stabilized year. Our estimate takes into account that the Subject will benefit from its large ballroom, popular nightclub, and room service, but given the leased Morimoto restaurant, the Subject's food and beverage revenues will be on the lower end of the comparables. Based on the Subject's facilities, we find our food and beverage revenue estimate to be reasonable as it is within the range of the comparables on POR and on a total revenue basis.

| Food & Beverage Revenue | | |
|---|---|---|
| | Total Amount | Per Occupied Room |
| Comparables | | |
| ███████ | ███████ | ███████ |
| Subject Stabilized Year | $12,402,000 | $130.00 |

92. ***Food and beverage expense*** includes the cost of food and beverages, payroll and related expenses, and other items such as laundry, linen, china, glassware, silverware, uniform costs, supplies, and other miscellaneous items. The comparable hotels had a food and beverage expense ranging from ███ to ███ percent with a weighted average of ███ percent ratio to food and beverage revenue. Based on the Subject's historical and projected expense levels and that of the comparables, we have estimated food and

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 38 of 70

beverage expenses for the Subject at ███ percent of food and beverage revenues in a representative year, which reflects the quality of food anticipated to be served at the Subject, as well as the cost of food, and is consistent with other Hawaii resorts. This number is slightly below the weighted average because the Subject's food and beverage outlets largely generate revenues from alcohol and the less costly food typically served at a bar as opposed to a high-end restaurant.



| Food & Beverage Expense | |
|---|---|
| | Ratio to F&B Rev. |
| Comparables | |
| Subject Stabilized Year | 85.0% |

## Spa Revenue and Expense

### Revenue

93.     Revenues from the Spa Department are derived from services rendered including massage, specialized treatment room usage, retail products sold at the spa, and other services. The spa at the Subject hotel is approximately 2,700 square feet and includes four treatment rooms and four manicure/pedicure stations. Based on the historical and projected revenues of the Subject and the national average of spas with revenue less than $1 million annually, we estimate spa revenue at $7.00 POR in a representative year of operation, or approximately $668,000 annually.

### 2010 Average Dollars Per Spa

| Revenue / Expense Category | Hotel Spas By Total Spa Revenue | | | | | |
|---|---|---|---|---|---|---|
| | Spa Revenue Greater Than $3 Million | Change From Prior Year | Spa Revenue $1 Million to $3 Million | Change From Prior Year | Spa Revenue Less Than $1 Million | Change From Prior Year |
| Total Spa Department Revenue | $ 4,091,323 | -2.5% | $ 1,763,911 | -14.3% | $ 622,631 | -1.9% |
| Total Cost of Goods Sold | $ 187,018 | 6.3% | $ 115,107 | -5.5% | $ 62,097 | 0.3% |
| Gross Operating Profit | $ 3,904,305 | -9.4% | $ 1,648,803 | -14.7% | $ 560,434 | -2.2% |
| Labor Costs | | | | | | |
| Salaries, Wages, and Bonuses | $ 1,599,615 | -6.7% | $ 769,776 | -1.0% | $ 296,215 | -3.4% |
| Payroll Related Expenses | $ 426,869 | -19.9% | $ 260,960 | -1.5% | $ 82,184 | -4.6% |
| Total Labor Costs | $ 2,026,482 | -9.8% | $ 1,030,736 | -1.1% | $ 378,399 | -3.7% |
| Total Operating Expenses | $ 645,680 | -0.3% | $ 227,317 | -9.6% | $ 83,155 | 1.2% |
| Total Labor and Operating Expenses | $ 2,674,162 | -7.7% | $ 1,258,053 | -2.8% | $ 461,554 | -2.8% |
| Department Income (Loss) | $ 1,230,142 | -13.1% | $ 390,750 | -38.9% | $ 96,880 | 1.0% |

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 39 of 70

94. ***Spa department expenses*** include salaries and wages, employee benefits, operating
equipment, and other expenses specifically related to the operation of the spa. According
to the preceding table average departmental spa income is 15.9 percent (Department
Income $98,880 divided by Total Spa Department Revenue $622,531). Therefore, we are
of the opinion that on a stabilized level, the subject hotel will run its spa department at
85.0 percent on an expense to revenue ratio basis or approximately $568,000 annually.

## Other Operated Departments

### Other Operated Departments Revenue

95. ***Other Operated Departments*** can vary significantly among the comparable properties
and the Subject depending on the nature of the additional revenue generators. Other
operated department revenue is typically generated from guest laundry,
telecommunications, business center, health spa, and/or other recreational amenities.
Historically, the comparable properties have ranged from ▮▮▮ to ▮▮▮. The Subject
hotel offers valet parking, retail outlet, business center, fitness center, and pay-per-view
movies. The Subject's other operated departmental income is anticipated to be primarily
derived from valet parking and retail sales. Therefore, in a stabilized year we estimate
that the Subject will realize other operated departments revenue of $14.00 per occupied
room. While significantly lower than many of these comparables it is important to
understand that the comparables may have extensive golf courses, spas and other revenue
generating departments that are captured in the other operated departments line item.



### Other Departments Expense

96. Historically, the other departments expense of the comparable properties has ranged from
▮▮▮ percent to ▮▮▮ percent. Incorporating the anticipated increased costs associated
with the Subject's facilities and operations, we estimate an expense ratio of 90.0 percent
in a representative year to be an appropriate approximation of the Subject's other
operated departments expense. The Subject is anticipated to be at the upper end of the
range given its more limited other operated departmental revenues.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 40 of 70



**Other Operated Departments Expense**

| | Ratio to O.O.D. Rev. |
|---|---|
| Comparables | |
| Subject Stabilized Year | 90.0% |

### Rentals and Other Income

97.    Rentals and other income generally reflects the net revenues associated with the rental of offices and stores, concessions, commissions, cash discounts earned, forfeited advance deposits, service charges, interest income, and other. This line item varies highly in amount and is specific to the revenue sources of the individual hotels.

98.    In terms of rentals and other income the comparable properties ranged from ███ to ███ per occupied room. We estimate that the rentals and other income line item for the Subject will equate to $10.00 per occupied room in a representative year. This income is anticipated to be derived primarily from cancellation fees and other minor miscellaneous sources. We note that are projected amount is similar to the average on per day basis of the comparables reporting rentals and other income, which is reasonable given that they are generally considered to be similar in class to the Subject.

**Rentals and Other Income**

| | Per Occupied Room | Per Day |
|---|---|---|
| Comparables | | |
| Subject Stabilized Year | $10.00 | $2,614 |

## Undistributed Operating Expenses

99.    Undistributed operating expenses are those expenses associated with the general operation of a hotel. These expenses include administrative and general, marketing, utility costs, and property operations and maintenance. These expenses are relatively unaffected by fluctuations in occupancies and room rates. Due to the fixed nature of these expenses, they are examined as dollar amounts per available room (PAR).

### Administrative and General

100.    This category includes the salary and wages of the general manager and office staff, cash overages and shortages, credit card commissions, bad debt expense, security, data processing costs, accounting payroll expense, and professional fees.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 41 of 70

101.   The administrative and general expense of the comparable hotels ranges from ▮▮▮▮ to ▮▮▮▮ per available room and ▮▮ percent to ▮▮ percent on a ratio to total revenue basis. We have estimated an administrative and general expense of $11,000 per available room for the Subject in a representative year, or 8.0 percent of total revenues in a stabilized year. This is within the range the range of comparables both on a ratio to total revenue and on a per available room basis, and takes into account our understanding of Marriott management standards.

| Administrative and General | | |
|---|---|---|
| | Per Available Room | Ratio to Total Rev. |
| Comparables | | |
| Subject Stabilized Year | $11,000 | 8.0% |

### Marketing

102.   This account is charged with all costs incurred in the connection with the creation and maintenance of the image of the hotel and the development, promotion, and furtherance of business whether paid for in cash or in hotel trade. This includes the cost of print advertising, the printing of brochures, salaries, wages, and benefits associated with sales and marketing personnel, and other costs associated with sales and promotional programs.

103.   Marketing expenses for the comparable hotels ranged from ▮▮▮▮ to ▮▮▮▮ PAR with a weighted average of ▮▮▮ PAR. In a representative year of operation we estimate that the Subject will incur a marketing expense of $9,500, or 6.9 percent of total revenues. This is within the range the range of comparables both on a ratio to total revenue on a per available room basis, although on the higher end of the range, as it takes into account the EDITION brand marketing fee equal to 1.5 percent of total revenues. Given that the Subject is still relatively new to the market, we have anticipated additional marketing expenditures on top of the $9,500 PAR during the first four years of the projection period, which range from a high of approximately $700,000 in 2012 and declining to approximately $350,000 in 2015. At that time the Subject will be stabilized and thus marketing expenditures are anticipated to level off at a more normalized level.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 42 of 70



| Marketing | | |
|---|---|---|
| | Per Available Room | Ratio to Total Rev. |
| Comparables | | |
| Subject Stabilized Year | $9,500 | 6.6% |

## Property Operations and Maintenance

104. This category includes the maintenance of the building, grounds and landscape, electrical and mechanical equipment, salaries, wages, and benefits of the engineering department staff, refrigeration, operating supplies, cleaning, waste removal and uniforms.

105. The comparable hotels indicated property operations and maintenance ranging from ▮▮▮ to ▮▮▮ PAR with a weighted average of ▮▮▮ PAR. Property operations and maintenance expenditures for the Subject are estimated to be approximately $4,500 PAR, which while slightly outside of the range of the comparables on a ratio basis, is representative of the Subject's efficient high-rise design and compact 1.64 acre site area. Therefore it is reasonable to anticipate that the Subject's expense in this department will be less than its comparables, many of which have sprawling layouts.

| Property Operation and Maintenance | | |
|---|---|---|
| | Per Available Room | Ratio to Total Rev. |
| Comparables | | |
| Subject Stabilized Year | $4,500 | 3.8% |

## Utilities Expense

106. Energy expenses are generally particular to the location, climate, and type of hotel structure. Utility expense includes electricity, gas, water and sewer charges. These are property and utility district specific. Historically, the comparables have achieved utilities expenses of ▮▮▮ to ▮▮▮ per available room. The Subject's energy and utility expenses are estimated to be approximately $6,000 PAR in a representative year of operation or 4.4 percent of total revenues. The estimated expense for the Subject property is within the range of comparables in terms of a per available room basis and within the range on a ratio to total revenue basis. Further the subject is anticipated to be at the lower end of the range given that the restaurant lease tenant is required to pay its portion of utilities expense.

U.S. Bankruptcy Court - Hawaii  #11-02371  Dkt # 835  Filed  03/29/12  Page 43 of 70

| Utility Costs | | |
|---|---|---|
| | Per Available Room | Ratio to Total Rev. |
| Comparables | ████ | ████ |
| Subject Stabilized Year | $6,000 | 4.4% |

## Fixed Charges

### Management Fees

107.    Based on the terms of the management agreement we have utilized a base management fee of 3.0 percent in 2012 escalating to 4.0 percent by 2019.  The incentive management fee is defined as 25 percent of the available cash flow following an owner's priority return equal to the sum of $19,425,000.

### Property Taxes

108.    The property is assessed by the City and County of Honolulu. Properties are assessed every year on October 1 for the following tax year, based on market value as concluded to by the state appraisers. The tax year runs from January 1 to December 31, and includes two payments. Any hotel sales are considered by the Assessor when assessing all properties in the market. Since real estate taxes are property specific, we have taken into account the property actual taxes and those forecast for the Subject to derive a PAR amount of $2,200 PAR in a representative year.

| Property Taxes | | |
|---|---|---|
| | Per Available Room | Ratio to Total Rev. |
| Subject | | |
| 2010 Actual | 1,997 | 4.7% |
| 2011 Budget (1/27/2011) | 2,214 | 2.2% |
| 2011 Forecast (8/2/2011) | 2,214 | 3.1% |
| Subject Stabilized Year | $2,200 | 1.6% |

## Insurance

109.    Included in this category are insurance premiums relating to general and building and contents insurance. Based on our review of properties similar in nature to the Subject, as well as recent budgeted and forecast  cost levels at the Subject, we have estimated the insurance expense at $2,300 per available room. This falls within the range of comparables and was based on the overall development cost of the hotel and takes into account the subject's high-energy public facilities such as the Crazybox nightclub. Further, it should be noted that our estimate was also based on insurance estimates made by Marriott.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 44 of 70



| Insurance | |
|---|---|
| | Per Available Room |
| Comparables | |
| Subject Stabilized Year | $2,300 |

## Equipment Leases

110. Included in this category are the short term leases of office equipment such as printers, copiers, telephone systems, or software required for normal business operations. Based on the Subject's actual recent forecast performance we have estimated equipment leases to be $20 per available room.

| Equipment Leases | | |
|---|---|---|
| | Per Available Room | Ratio to Total Rev. |
| Subject | | |
| Subject Stabilized Year | $20 | 0.0% |

## Reserve for Replacement (*FF&E Reserve*)[41]

111. We have deducted a percentage of the total revenue from each year of the projection period to provide a reserve fund to cover the replacement of short and long lived building components, including furniture, fixtures, and equipment and other structural repairs. The management agreement defines the reserve as 1.0 percent of gross revenues from the opening date until the end of the first fiscal year, 2.0 percent of gross revenues in fiscal year two, 3.0 percent of gross revenues fiscal years three through five, 4.0 percent of gross revenues in fiscal years six through ten, and 5.0 percent of gross revenues in each fiscal year thereafter. Based on the terms of the management agreement we have utilized a reserve for replacement of 2.3 percent escalating to 5.0 percent by 2021 for the Subject.

---

[41] Per Section 12 of the management agreement - FF&E "shall mean furniture, furnishings, fixtures, soft goods, case goods, decorative items, signage, audio/video systems, kitchen appliances, refrigerators, minibars, and equipment, including front desk and back-of-the-house computer equipment, but shall not include fixed asset supplies of software". Section 5.02.B of the management agreement explains how the FF&E reserve is to be accounted and used.

U.S. Bankruptcy Court - Hawaii  #11-02371  Dkt # 835  Filed  03/29/12  Page 45 of 70

**The Waikiki EDITION**
Representative Year of Operation

| | Stated in 2012 Dollars | | | |
|---|---|---|---|---|
| Number of Units: | 353 | | | |
| Number of Annual Rooms Available: | 128,845 | | | |
| Number of Rooms Occupied: | 95,400 | | | |
| Annual Occupancy: | 74.0% | | | |
| Average Daily Rate: | $346.00 | | | |
| Revenue Per Available Room: | $256.19 | | | |
| | Amount | Ratio | Per Room | P.O.R. |
| Revenues | | | | |
| Rooms | $33,008,000 | 68.2% | $93,507 | $346.00 |
| Food & Beverage | 12,402,000 | 25.6% | 35,133 | 130.00 |
| Spa | 668,000 | 1.4% | 1,892 | 7.00 |
| Other Operated Departments | 1,336,000 | 2.8% | 3,785 | 14.00 |
| Rentals and Other Income | 954,000 | 2.0% | 2,703 | 10.00 |
| Total Revenues | 48,368,000 | 100.0% | 137,020 | 507.00 |
| Departmental Expenses | | | | |
| Rooms | 8,586,000 | 26.0% | 24,323 | 90.00 |
| Food & Beverage | 10,542,000 | 85.0% | 29,864 | 110.50 |
| Spa | 568,000 | 85.0% | 1,609 | 5.95 |
| Other Operated Departments | 1,202,000 | 90.0% | 3,405 | 12.60 |
| Total Departmental Expenses | 20,898,000 | 43.2% | 59,201 | 219.06 |
| Departmental Profit | 27,470,000 | 56.8% | 77,819 | 287.95 |
| Undistributed Expenses | | | | |
| Administrative & General | 3,883,000 | 8.0% | 11,000 | 40.70 |
| Marketing | 3,354,000 | 6.9% | 9,501 | 35.16 |
| Property Operation and Maintenance | 1,589,000 | 3.3% | 4,501 | 16.66 |
| Utility Costs | 2,118,000 | 4.4% | 6,000 | 22.20 |
| Total Undistributed Operating Expenses | 10,944,000 | 22.6% | 31,003 | 114.72 |
| Gross Operating Profit | 16,526,000 | 34.2% | 46,816 | 173.23 |
| Base Management Fee | 1,935,000 | 4.0% | 5,482 | 20.28 |
| Fixed Expenses | | | | |
| Property Taxes | 777,000 | 1.6% | 2,201 | 8.14 |
| Insurance | 812,000 | 1.7% | 2,300 | 8.51 |
| Equipment Leases | 7,000 | 0.0% | 20 | 0.07 |
| Total Fixed Expenses | 1,596,000 | 3.3% | 4,521 | 16.73 |
| Net Operating Income | 12,995,000 | 26.9% | 36,813 | 136.22 |
| FF&E Reserve | 2,418,000 | 5.0% | 6,850 | 25.35 |
| Net Operating Income After Reserve | $10,577,000 | 21.9% | $29,963 | $110.87 |
| Source: PKF Consulting USA | | | | |

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 46 of 70

## ESTIMATED ANNUAL OPERATING RESULTS

112.  The previous analysis provided for the income and expenses incurred in the operation of the Subject in the representative year. In the following analysis, we provide estimated income and expenses for the Subject during each year. Our estimate of the performance for the Subject in the representative year is used as a basis for our analysis, considering the effects of inflation, business development, and varying occupancy.

### Inflation

113.  To portray price level changes during the holding period, we have assumed an inflation rate of 3.0 percent throughout the projection period. This rate reflects the current long-term outlook for the future movement of prices and is consistent with the inflation rates of the 2000's. It should be noted that inflation is caused by many factors and unanticipated events and circumstances can affect the forecast rate. Therefore, the estimated operating results computed over the projection period can vary from the actual operating results, and the variations may be material. Our chosen annual inflation factor is intended only to portray an expected long-term trend in price movements over the projection period rather than of a point in time.

114.  Further as noted previously, the inflationary levels used herein are consistent with CPI increases over the long-term, as well as hotel average daily rate data as provided by Smith Travel Research detailing the long-run average rate growth of the United States lodging market to be 2.8 percent for the period from 1988 through 2011.

### Operating Revenues and Expenses during the Holding Period

115.  Operating revenues and expenses for the Subject are projected using a computer model developed by PKF Consulting especially for use in hotel appraisal analysis. The estimated operating revenues and expenses are based on the same assumptions used to develop our stabilized year projection. Each item, however, is adjusted to reflect the varying impact of the fixed and variable component of each, i.e., the proportion of each that is affected by variations in occupancy. In addition, each item is adjusted for inflation as previously discussed.

### Statement of Estimated Annual Operating Results during the Holding Period

116.  The estimated annual operating results for the Subject from January 1, 2012 to December 31, 2021 are presented on the following pages. This forecast is based on the preceding stabilized year estimate, adjusted to reflect effects of inflation and the impact of fixed and variable components of each revenue and expense item.

117.  A ten-year projection period is utilized in order to reflect a hotel's annual performance and a typical investment holding period, and thus is common practice within the industry. For all hotels, by the tenth year it is anticipated that a hotel will have reached a stabilized level of operations and at that time the revenues and expense will increase by inflation unless otherwise noted. (Note that in leap years the Subject's room count is identified as

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 47 of 70

354 instead of 353 as it annualizes the total rooms available on an annual basis and there are an additional 353 rooms available for rent (129,198)).

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 48 of 70

| The Waikīkī EDITION Projected Operating Results Calendar Years | 2012 | | 2013 | | 2014 | | 2015 | | 2016 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Number of Units: | 354 | | 353 | | 353 | | 353 | | 354 | |
| Number of Annual Rooms Available: | 129,198 | | 128,845 | | 128,845 | | 128,845 | | 129,198 | |
| Number of Rooms Occupied | 82,730 | | 90,200 | | 95,400 | | 95,400 | | 93,660 | |
| Annual Occupancy: | 64.0% | | 70.0% | | 74.0% | | 74.0% | | 74.0% | |
| Average Daily Rate: | $262.00 | | $301.00 | | $343.00 | | $378.00 | | $389.00 | |
| Revenue Per Available Room: | $167.76 | | $210.72 | | $253.97 | | $279.88 | | $288.03 | |
| Competitive Set RevPAR | $259.49 | | $273.74 | | $287.24 | | $298.49 | | $306.74 | |
| | Amount | Ratio | Amount | Ratio | Amount | Ratio | Amount | Ratio | Amount | Ratio |
| **Revenues** | | | | | | | | | | |
| Rooms | $21,675,000 | 61.9% | $27,150,000 | 64.5% | $32,722,000 | 66.8% | $36,061,000 | 68.2% | $37,212,000 | 68.2% |
| Food & Beverage | 10,755,000 | 30.7% | 12,078,000 | 28.7% | 13,157,000 | 26.8% | 13,552,000 | 25.6% | 13,997,000 | 25.7% |
| Spa | 559,000 | 1.7% | 650,000 | 1.5% | 708,000 | 1.4% | 730,000 | 1.4% | 754,000 | 1.4% |
| Other Operated Departments | 1,158,000 | 3.3% | 1,301,000 | 3.1% | 1,417,000 | 2.9% | 1,459,000 | 2.8% | 1,507,000 | 2.8% |
| Rentals and Other Income | 827,000 | 2.4% | 929,000 | 2.2% | 1,012,000 | 2.1% | 1,042,000 | 2.0% | 1,077,000 | 2.0% |
| Total Revenues | 34,994,000 | 100.0% | 42,108,000 | 100.0% | 49,016,000 | 100.0% | 52,844,000 | 100.0% | 54,547,000 | 100.0% |
| **Departmental Expenses** | | | | | | | | | | |
| Rooms | 8,016,000 | 37.0% | 8,603,000 | 31.7% | 9,109,000 | 27.8% | 9,382,000 | 26.0% | 9,677,000 | 26.0% |
| Food & Beverage | 9,702,000 | 90.2% | 10,503,000 | 87.0% | 11,184,000 | 85.0% | 11,519,000 | 85.0% | 11,884,000 | 84.9% |
| Spa | 492,000 | 85.0% | 553,000 | 85.1% | 602,000 | 85.0% | 620,000 | 84.9% | 641,000 | 85.0% |
| Other Operated Departments | 1,042,000 | 90.0% | 1,171,000 | 90.0% | 1,275,000 | 90.0% | 1,314,000 | 90.1% | 1,357,000 | 90.0% |
| Total Departmental Expenses | 19,252,000 | 55.0% | 20,830,000 | 49.5% | 22,170,000 | 45.2% | 22,835,000 | 43.2% | 23,559,000 | 43.2% |
| **Departmental Profit** | 15,742,000 | 45.0% | 21,278,000 | 50.5% | 26,846,000 | 54.8% | 30,009,000 | 56.8% | 30,988,000 | 56.8% |
| **Undistributed Expenses** | | | | | | | | | | |
| Administrative & General | 3,894,000 | 11.1% | 3,999,000 | 9.5% | 4,119,000 | 8.4% | 4,243,000 | 8.0% | 4,382,000 | 8.0% |
| Marketing | 4,035,000 | 11.5% | 4,145,000 | 9.8% | 4,091,000 | 8.3% | 4,051,000 | 7.6% | 3,785,000 | 6.9% |
| Property Operation and Maintenance | 1,593,000 | 4.6% | 1,636,000 | 3.9% | 1,685,000 | 3.4% | 1,736,000 | 3.3% | 1,793,000 | 3.3% |
| Utility Costs | 2,124,000 | 6.1% | 2,182,000 | 5.2% | 2,247,000 | 4.6% | 2,314,000 | 4.4% | 2,390,000 | 4.4% |
| Total Undistributed Operating Expenses | 11,646,000 | 33.3% | 11,962,000 | 28.4% | 12,142,000 | 24.8% | 12,324,000 | 23.3% | 12,350,000 | 22.6% |
| **Gross Operating Profit** | 4,096,000 | 11.7% | 9,316,000 | 22.1% | 14,704,000 | 30.0% | 17,685,000 | 33.5% | 18,638,000 | 34.2% |
| **Base Management Fee** | 1,050,000 | 3.0% | 1,263,000 | 3.0% | 1,519,000 | 3.1% | 1,850,000 | 3.5% | 1,909,000 | 3.5% |
| **Fixed Expenses** | | | | | | | | | | |
| Property Taxes | 779,000 | 2.2% | 800,000 | 1.9% | 824,000 | 1.7% | 849,000 | 1.6% | 876,000 | 1.6% |
| Insurance | 814,000 | 2.3% | 836,000 | 2.0% | 861,000 | 1.8% | 887,000 | 1.7% | 916,000 | 1.7% |
| Equipment Leases | 7,000 | 0.0% | 7,000 | 0.0% | 7,000 | 0.0% | 8,000 | 0.0% | 8,000 | 0.0% |
| Total Fixed Expenses | 1,600,000 | 4.6% | 1,643,000 | 3.9% | 1,692,000 | 3.5% | 1,744,000 | 3.3% | 1,800,000 | 3.3% |
| **Net Operating Income** | 1,446,000 | 4.1% | 6,410,000 | 15.2% | 11,493,000 | 23.4% | 14,091,000 | 26.7% | 14,929,000 | 27.4% |
| **FF&E Reserve** | 787,000 | 2.2% | 1,263,000 | 3.0% | 1,519,000 | 3.1% | 1,717,000 | 3.2% | 2,182,000 | 4.0% |
| **Net Operating Income After Reserve** | $659,000 | 1.9% | $5,147,000 | 12.2% | $9,974,000 | 20.3% | $12,374,000 | 23.4% | $12,747,000 | 23.4% |
| Source: PKF Consulting USA | Full Year of Operation | | | | | | | | | |

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 49 of 70

**The Waikiki EDITION**
Projected Operating Results
Calendar Years

|  | 2017 Amount | 2017 Ratio | 2018 Amount | 2018 Ratio | 2019 Amount | 2019 Ratio | 2020 Amount | 2020 Ratio | 2021 Amount | 2021 Ratio |
|---|---|---|---|---|---|---|---|---|---|---|
| Number of Units: | 353 | | 353 | | 353 | | 354 | | 353 | |
| Number of Annual Rooms Available: | 128,845 | | 128,845 | | 128,845 | | 129,198 | | 128,845 | |
| Number of Rooms Occupied: | 95,400 | | 95,400 | | 95,400 | | 95,660 | | 95,400 | |
| Annual Occupancy: | 74.0% | | 74.0% | | 74.0% | | 74.0% | | 74.0% | |
| Average Daily Rate: | $401.00 | | $413.00 | | $425.00 | | $438.00 | | $451.00 | |
| Revenue Per Available Room: | $296.91 | | $305.80 | | $314.68 | | $324.31 | | $333.93 | |
| Competitive Set RevPAR: | $315.94 | | $325.42 | | $335.18 | | $345.23 | | $355.59 | |
| **Revenues** | | | | | | | | | | |
| Rooms | $38,255,000 | 68.2% | $39,400,000 | 68.2% | $40,545,000 | 68.2% | $41,899,000 | 68.2% | $43,025,000 | 68.2% |
| Food & Beverage | 14,377,000 | 25.6% | 14,809,000 | 25.6% | 15,253,000 | 25.7% | 15,753,000 | 25.7% | 16,182,000 | 25.7% |
| Spa | 774,000 | 1.4% | 797,000 | 1.4% | 821,000 | 1.4% | 848,000 | 1.4% | 871,000 | 1.4% |
| Other Operated Departments | 1,548,000 | 2.8% | 1,595,000 | 2.8% | 1,643,000 | 2.8% | 1,697,000 | 2.8% | 1,743,000 | 2.8% |
| Rentals and Other Income | 1,106,000 | 2.0% | 1,139,000 | 2.0% | 1,173,000 | 2.0% | 1,212,000 | 2.0% | 1,245,000 | 2.0% |
| Total Revenues | 56,060,000 | 100.0% | 57,740,000 | 100.0% | 59,435,000 | 100.0% | 61,409,000 | 100.0% | 63,066,000 | 100.0% |
| **Departmental Expenses** | | | | | | | | | | |
| Rooms | 9,954,000 | 26.0% | 10,252,000 | 26.0% | 10,560,000 | 26.0% | 10,891,000 | 26.0% | 11,203,000 | 26.0% |
| Food & Beverage | 12,221,000 | 85.0% | 12,587,000 | 85.0% | 12,965,000 | 85.0% | 13,376,000 | 84.9% | 13,755,000 | 85.0% |
| Spa | 658,000 | 85.0% | 678,000 | 85.1% | 698,000 | 85.0% | 721,000 | 85.0% | 741,000 | 85.1% |
| Other Operated Departments | 1,393,000 | 90.0% | 1,435,000 | 90.0% | 1,478,000 | 90.0% | 1,527,000 | 90.0% | 1,568,000 | 90.0% |
| Total Departmental Expenses | 24,226,000 | 43.2% | 24,952,000 | 43.2% | 25,701,000 | 43.2% | 26,515,000 | 43.2% | 27,267,000 | 43.2% |
| Departmental Profit | 31,834,000 | 56.8% | 32,788,000 | 56.8% | 33,734,000 | 56.8% | 34,894,000 | 56.8% | 35,799,000 | 56.8% |
| **Undistributed Expenses** | | | | | | | | | | |
| Administrative & General | 4,501,000 | 8.0% | 4,637,000 | 8.0% | 4,776,000 | 8.0% | 4,932,000 | 8.0% | 5,066,000 | 8.0% |
| Marketing | 3,888,000 | 6.9% | 4,004,000 | 6.9% | 4,124,000 | 6.9% | 4,260,000 | 6.9% | 4,376,000 | 6.9% |
| Property Operation and Maintenance | 1,842,000 | 3.3% | 1,897,000 | 3.3% | 1,954,000 | 3.3% | 2,018,000 | 3.3% | 2,073,000 | 3.3% |
| Utility Costs | 2,455,000 | 4.4% | 2,529,000 | 4.4% | 2,605,000 | 4.4% | 2,690,000 | 4.4% | 2,764,000 | 4.4% |
| Total Undistributed Operating Expenses | 12,686,000 | 22.6% | 13,067,000 | 22.6% | 13,459,000 | 22.6% | 13,900,000 | 22.6% | 14,279,000 | 22.6% |
| Gross Operating Profit | 19,148,000 | 34.2% | 19,721,000 | 34.2% | 20,275,000 | 34.1% | 20,994,000 | 34.2% | 21,520,000 | 34.1% |
| Base Management Fee | 1,962,000 | 3.5% | 2,079,000 | 3.6% | 2,377,000 | 4.0% | 2,456,000 | 4.0% | 2,523,000 | 4.0% |
| **Fixed Expenses** | | | | | | | | | | |
| Property Taxes | 900,000 | 1.6% | 927,000 | 1.6% | 955,000 | 1.6% | 986,000 | 1.6% | 1,013,000 | 1.6% |
| Insurance | 941,000 | 1.7% | 969,000 | 1.7% | 999,000 | 1.7% | 1,031,000 | 1.7% | 1,059,000 | 1.7% |
| Equipment Leases | 8,000 | 0.0% | 8,000 | 0.0% | 9,000 | 0.0% | 9,000 | 0.0% | 9,000 | 0.0% |
| Total Fixed Expenses | 1,849,000 | 3.3% | 1,904,000 | 3.3% | 1,963,000 | 3.3% | 2,026,000 | 3.3% | 2,081,000 | 3.3% |
| Net Operating Income | 15,337,000 | 27.4% | 15,738,000 | 27.3% | 15,935,000 | 26.8% | 16,512,000 | 26.9% | 16,916,000 | 26.8% |
| FF&E Reserve | 2,242,000 | 4.0% | 2,310,000 | 4.0% | 2,377,000 | 4.0% | 2,610,000 | 4.3% | 3,153,000 | 5.0% |
| Net Operating Income After Reserve | $13,095,000 | 23.4% | $13,428,000 | 23.3% | $13,558,000 | 22.8% | $13,902,000 | 22.6% | $13,763,000 | 21.8% |

Source: *PKF Consulting USA*

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 50 of 70

## PERFORMANCE TEST

118.    I understand that the Debtor has suggested that Marriott would not pass its "performance test" under the management agreement, which gives the owner the option to terminate the agreement if in any two consecutive fiscal years following the fifth full fiscal year: (i) operating profit is less than the performance termination threshold ; and (ii) the revenue index of the hotel is less than the revenue index threshold (less than 90 percent of the RevPAR of the competitive set).

119.    Our projections show that Marriott would not have any difficulty passing the performance test as reiterated in the table below.

| Projected RevPAR Comparison | | | |
|------|------|------|------|
| Year | Market | Subject | Subject % |
| 2012 | $259.49 | $167.76 | 65% |
| 2013 | 273.74 | 210.72 | 79% |
| 2014 | 287.24 | 253.97 | 91% |
| 2015 | 298.49 | 279.88 | 97% |
| 2016 | 306.74 | 288.03 | 97% |
| 2017 | 315.94 | 296.91 | 97% |
| 2018 | 325.42 | 305.80 | 97% |
| 2019 | 335.18 | 314.68 | 97% |
| 2020 | 345.23 | 324.31 | 97% |
| 2021 | 355.59 | 333.93 | 97% |

120.    We project that the Subject's RevPAR will be above 90 percent of the competitive set beginning in 2015 and each year thereafter. This is, of course, not a surprising outcome. Given the analysis we have conducted comparing the Subject to its competitive set, we are of the opinion that the Subject's average daily rate should be superior to the high-quality hotels in the Subject's competitive set but below the Kahala and Halekulani. The Subject is well-positioned relative to the former hotels given its unique branding and style, all ocean view rooms, and first class food and beverage facilities including one of Oahu's largest ballrooms, Morimoto signature restaurant, and Crazybox nightclub. And the Subject is at a slight disadvantage relative to the Kahala and Halekulani due to their historic reputations, beachfront locations, premiere service, and loyal repeat clientele. For these reasons it is not surprising that the Hotel would end up at with a RevPAR index of 97 percent.

121.    Because the Subject would pass the RevPAR element of the performance test, it is unnecessary for the Subject also to pass the performance termination threshold element of the test. Both must be failed for the Subject to fail. Nevertheless, I have examined the performance termination threshold as well. The threshold is defined in the management agreement as an amount equal to ninety percent of $19,425,000, or $17,482,500. However, the management agreement also states that the threshold must be equitably adjusted downward because Marriott does not manage the Subject's restaurant.[42] Specifically, the threshold initially contemplated was "based on the assumption that Manager will manage and operate all of the food and beverage outlets at the Hotel." If any food and beverage outlet is leased, the contract requires that the threshold be

---

[42] Section 11.27 of the management agreement.

U.S. Bankruptcy Court - Hawaii #11-02371 Dkt # 835 Filed 03/29/12 Page 51 of 70

"equitably reduced to account for the fact that Gross Revenues, Operating Profit and Available Cash Flow will not include some or all of the revenues generated by such food or beverage outlet." Accordingly, although we project net operating income to be less than the performance termination threshold at the contract's initial levels, this does not account for the requisite equitable reduction. I have not analyzed what an equitable reduction would be.

## PROJECTED MARRIOTT BASE MANAGEMENT FEES

122.     Based on the preceding analysis we have calculated the total revenues over the ten year period from 2012 through 2021.

| Summary of Estimated Annual Revenues | |
|---|---|
| Year | Total Revenue |
| 2012 | $34,994,000 |
| 2013 | 42,108,000 |
| 2014 | 49,016,000 |
| 2015 | 52,844,000 |
| 2016 | 54,547,000 |
| 2017 | 56,060,000 |
| 2018 | 57,740,000 |
| 2019 | 59,435,000 |
| 2020 | 61,409,000 |
| 2021 | 63,066,000 |

123.     In the 11th year (2022) and each year thereafter for the duration of the management agreement, revenues are projected to increase at 3.0 percent and net operating income is calculated at a rate of 22.0 percent of total revenues. Based on the foregoing, the following table presents the anticipated base management fees for the remainder of the management agreement.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 52 of 70

| | | Summary of Estimated Marriott Base Management Fees | |
|---|---|---|---|
| Year | Total Revenue | Marriott Base Management Fee[43] | Base Management Fee Revenue |
| 2012 | $34,994,000 | 3.0% | $1,049,820 |
| 2013 | 42,108,000 | 3.0% | $1,263,240 |
| 2014 | 49,016,000 | 3.1% | $1,531,750 |
| 2015 | 52,844,000 | 3.5% | $1,849,540 |
| 2016 | 54,547,000 | 3.5% | $1,909,145 |
| 2017 | 56,060,000 | 3.5% | $1,962,100 |
| 2018 | 57,740,000 | 3.6% | $2,093,075 |
| 2019 | 59,435,000 | 4.0% | $2,377,400 |
| 2020 | 61,409,000 | 4.0% | $2,456,360 |
| 2021 | 63,066,000 | 4.0% | $2,522,640 |
| 2022 | 64,958,000 | 4.0% | $2,598,320 |
| 2023 | 66,907,000 | 4.0% | $2,676,280 |
| 2024 | 68,914,000 | 4.0% | $2,756,560 |
| 2025 | 70,981,000 | 4.0% | $2,839,240 |
| 2026 | 73,110,000 | 4.0% | $2,924,400 |
| 2027 | 75,303,000 | 4.0% | $3,012,120 |
| 2028 | 77,562,000 | 4.0% | $3,102,480 |
| 2029 | 79,889,000 | 4.0% | $3,195,560 |
| 2030 | 82,286,000 | 4.0% | $3,291,440 |
| 2031 | 84,755,000 | 4.0% | $3,390,200 |
| 2032 | 87,298,000 | 4.0% | $3,491,920 |
| 2033 | 89,917,000 | 4.0% | $3,596,680 |
| 2034 | 92,615,000 | 4.0% | $3,704,600 |
| 2035 | 95,393,000 | 4.0% | $3,815,720 |
| 2036 | 98,255,000 | 4.0% | $3,930,200 |
| 2037 | 101,203,000 | 4.0% | $4,048,120 |
| 2038 | 104,239,000 | 4.0% | $4,169,560 |
| 2039 | 107,366,000 | 4.0% | $4,294,640 |
| 2040 | 110,587,000 | 4.0% | $4,423,480 |
| 2041 | 113,905,000 | 4.0% | $4,556,200 |
| 2042 | 117,322,000 | 4.0% | $4,692,880 |
| 2043 | 120,842,000 | 4.0% | $4,833,680 |
| 2044 | 124,467,000 | 4.0% | $4,978,680 |
| 2045 | 128,201,000 | 4.0% | $5,128,040 |
| 2046 | 132,047,000 | 4.0% | $5,281,880 |
| 2047 | 136,008,000 | 4.0% | $5,440,320 |
| 2048 | 140,088,000 | 4.0% | $5,603,520 |
| 2049 | 144,291,000 | 4.0% | $5,771,640 |
| 2050 | 148,620,000 | 4.0% | $5,944,800 |
| 2051 | 153,079,000 | 4.0% | $6,123,160 |
| 2052 | 157,671,000 | 4.0% | $6,306,840 |
| 2053 | 162,401,000 | 4.0% | $6,496,040 |
| 2054 | 167,273,000 | 4.0% | $6,690,920 |
| 2055 | 172,291,000 | 4.0% | $6,891,640 |
| 2056 | 177,460,000 | 4.0% | $7,098,400 |
| 2057 | 182,784,000 | 4.0% | $7,311,360 |
| 2058 | 188,268,000 | 4.0% | $7,530,720 |
| 2059 | 193,916,000 | 4.0% | $7,756,640 |
| 2060 | 199,733,000 | 4.0% | $5,326,213[46] |

[43] Calculated per section 1.03.B and Section 11.13.D of the of the management agreement and amended per Section 4 of the first amendment to management agreement. As a point of reference the Subject is not projected to surpass the net operating threshold to increase the base fee to 4.0 percent in earlier time periods as detailed in amended management agreement.

[44] We have utilized the Subject's 2011 Forecast, which includes actual operating performance through July 2011, and Marriott's projected performance for the remaining five months of the year.

[45] For the purposes of the damage calculation management fee revenues in 2011 are calculated at (4/12) of annual revenues representing the months of September, October, November, and December.

U.S. Bankruptcy Court - Hawaii  #11-02371  Dkt # 835  Filed  03/29/12  Page 53 of 70

124.    Based on the net operating income projections for the Subject, we have calculated the potential incentive management fees owed to Marriott by Debtor. It should be noted, however, that our projections understate the potential incentive management fees owed because we have not equitably reduced the amount of the Owner's Priority to account for the lease of the restaurant to a third party manager.[47]

---

[46] For the purpose of the base management fee calculation, revenues in 2060 are calculated at (8/12) of annual revenues representing the first eight months the year and the expiration of the 50-year management contract on or about September 2060.

[47] Section 11.27 of the management agreement.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 54 of 70

| Summary of Estimated Marriott Incentive Management Fees | | | |
|---|---|---|---|
| Year | Projected NOI | NOI Threshold | NOI After Owner's Priority | Incentive Fee @ 25.0% |
| 2012 | $659,000 | $ 19,425,000 | ($18,766,000) | N/A |
| 2013 | 5,147,000 | 19,425,000 | ($14,278,000) | N/A |
| 2014 | 9,974,000 | 19,425,000 | ($9,451,000) | N/A |
| 2015 | 12,374,000 | 19,425,000 | ($7,051,000) | N/A |
| 2016 | 12,747,000 | 19,425,000 | ($6,678,000) | N/A |
| 2017 | 13,095,000 | 19,425,000 | ($6,330,000) | N/A |
| 2018 | 13,428,000 | 19,425,000 | ($5,997,000) | N/A |
| 2019 | 13,558,000 | 19,425,000 | ($5,867,000) | N/A |
| 2020 | 13,902,000 | 19,425,000 | ($5,523,000) | N/A |
| 2021 | 13,763,000 | 19,425,000 | ($5,662,000) | N/A |
| 2022 | 14,176,000 | 19,425,000 | ($5,249,000) | N/A |
| 2023 | 14,601,000 | 19,425,000 | ($4,824,000) | N/A |
| 2024 | 15,039,000 | 19,425,000 | ($4,386,000) | N/A |
| 2025 | 15,490,000 | 19,425,000 | ($3,935,000) | N/A |
| 2026 | 15,955,000 | 19,425,000 | ($3,470,000) | N/A |
| 2027 | 16,434,000 | 19,425,000 | ($2,991,000) | N/A |
| 2028 | 16,926,000 | 19,425,000 | ($2,499,000) | N/A |
| 2029 | 17,434,000 | 19,425,000 | ($1,991,000) | N/A |
| 2030 | 17,957,000 | 19,425,000 | ($1,468,000) | N/A |
| 2031 | 18,496,000 | 19,425,000 | ($929,000) | N/A |
| 2032 | 19,051,000 | 19,425,000 | ($374,000) | N/A |
| 2033 | 19,623,000 | 19,425,000 | $198,000 | $49,500 |
| 2034 | 20,212,000 | 19,425,000 | $787,000 | $196,750 |
| 2035 | 20,818,000 | 19,425,000 | $1,393,000 | $348,250 |
| 2036 | 21,442,000 | 19,425,000 | $2,017,000 | $504,250 |
| 2037 | 22,086,000 | 19,425,000 | $2,661,000 | $665,250 |
| 2038 | 22,748,000 | 19,425,000 | $3,323,000 | $830,750 |
| 2039 | 23,431,000 | 19,425,000 | $4,006,000 | $1,001,500 |
| 2040 | 24,134,000 | 19,425,000 | $4,709,000 | $1,177,250 |
| 2041 | 24,858,000 | 19,425,000 | $5,433,000 | $1,358,250 |
| 2042 | 25,603,000 | 19,425,000 | $6,178,000 | $1,544,500 |
| 2043 | 26,372,000 | 19,425,000 | $6,947,000 | $1,736,750 |
| 2044 | 27,163,000 | 19,425,000 | $7,738,000 | $1,934,500 |
| 2045 | 27,978,000 | 19,425,000 | $8,553,000 | $2,138,250 |
| 2046 | 28,817,000 | 19,425,000 | $9,392,000 | $2,348,000 |
| 2047 | 29,681,000 | 19,425,000 | $10,256,000 | $2,564,000 |
| 2048 | 30,572,000 | 19,425,000 | $11,147,000 | $2,786,750 |
| 2049 | 31,489,000 | 19,425,000 | $12,064,000 | $3,016,000 |
| 2050 | 32,434,000 | 19,425,000 | $13,009,000 | $3,252,250 |
| 2051 | 33,407,000 | 19,425,000 | $13,982,000 | $3,495,500 |
| 2052 | 34,409,000 | 19,425,000 | $14,984,000 | $3,746,000 |
| 2053 | 35,441,000 | 19,425,000 | $16,016,000 | $4,004,000 |
| 2054 | 36,504,000 | 19,425,000 | $17,079,000 | $4,269,750 |
| 2055 | 37,599,000 | 19,425,000 | $18,174,000 | $4,543,500 |
| 2056 | 38,727,000 | 19,425,000 | $19,302,000 | $4,825,500 |
| 2057 | 39,889,000 | 19,425,000 | $20,464,000 | $5,116,000 |
| 2058 | 41,086,000 | 19,425,000 | $21,661,000 | $5,415,250 |
| 2059 | 42,319,000 | 19,425,000 | $22,894,000 | $5,723,500 |
| 2060 | 43,588,000 | 12,950,000 | $16,108,667 | $4,027,167[48] |

## DISCOUNT RATE

125.   We have projected the future base and potential incentive management fees owed to Marriott by Debtor for each year or portion thereof per the management agreement from September 2011 through August 2060. As these projected figures are in future value dollars it is necessary to discount these fees at market rate to reflect the time value of money and the risk inherent in any projection.

---

[48] For the purpose of the incentive management fee calculation, revenues in 2060 are calculated at (8/12) of annual revenues representing the first eight months the year and the expiration of the 50-year management contract on or about September 2060.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 55 of 70

126.    It is important to note that there is not one "correct" discount rate that is applied to management contracts to determine the current value. Choosing an appropriate discount rate for valuing management contracts is subjective and the appropriate rate can vary widely depending on the circumstances. The discount rate selected must accurately reflect the risks associated with the future projected management fee stream. Relevant factors include, for example, the length of the contract, its terminability, the type of fee stream and associated risks, the strength or weakness of the local hotel market, the stage of a property (e.g., pre-construction vs. after opening) and its specific attributes, and experience of management. Here, the contract is relatively long at 50 years; however, given the nature of the performance test, Marriott's ability to cure any deficiency twice in any fifteen year period, and the fact that management cannot be terminated upon sale of the hotel, the management agreement was unlikely to be terminated lawfully over the course of the contract. Further, the Hawaii hotel market in general and Oahu specifically is considered to be the second highest performing Metropolitan Statistical Area in the United States after New York City.

127.    Additionally, Marriott's significant experience and success as a manager of hotels reduces the risk in our projections. Marriott has been one of the largest and most successful managers of hotels in the business for decades. It has successfully managed brands at every level of service, including in the luxury segment with The Ritz-Carlton and Bulgari brands. Its corporate infrastructure, platforms, and programs are renowned in the hospitality industry. And it has significant experience in the Hawaii market specifically, with numerous hotels on Oahu and the other Hawaiian islands as well.

128.    Although The Waikiki EDITION is part of a new brand being rolled out by Marriott, that does not affect our choice of discount rate. Our projections do not depend upon the success of the EDITION brand generally. Rather, they reflect the quality and unique attributes of the Subject and its place in the greater Waikiki market. Based on these attributes, described above, it is reasonable to conclude that the Subject would achieve the projections we set forth above regardless of whether it is part of a successful EDITION brand, so long as its market positioning as a luxury lifestyle hotel under the greater Marriott brand umbrella remains unchanged. Significantly, the two leading hotels in the competitive set, the Kahala and the Halekulani, are not branded. These are very successful properties whose performance has not been at all dependent on the success of a larger brand. However, if the EDITION brand does achieve significant success, the Subject will likely perform even better than our projections suggest. In this sense our projections are conservative. Moreover, we already know that the Subject has received very favorable reviews and been well-received by the market, included in the Virtuoso luxury travel network, and rated a Four Diamond hotel by AAA; we are not projecting revenue streams for a property that has yet to open.

129.    Based on our understanding of the management agreement between Debtor and Marriott and the foregoing analysis and methodology, we have selected discount rates for both the base and incentive management fees. Our selection of discount rates was based on our knowledge of investor involvement in the hotel industry and the factors mentioned herein.

130.    A discount rate reflects the overall rate of return expected by the investor, weighing the relative risk of the investment in relation to other investment vehicles and the perceived risk of each component in the operation of the facility. In order to estimate an appropriate

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 56 of 70

discount rate for the Subject, one source of information we reviewed was to examine three professional investor surveys that report discount rates for hotel investments. The results are presented in the following table.

| | Overall Discount Rate | |
|---|---|---|
| | Average | Range |
| PKF Consulting USA *Hospitality Investment Survey 2011* Full-Service Hotels | 11.6% | 9.0 – 15.0% |
| PricewaterhouseCoopers (PwC) Real Estate Investor Survey Third Quarter 2011 National Luxury/Upper-Upscale Lodging Segment | 10.6% | 9.0 - 14.0% |
| Real Estate Research Corporation Real Estate Report Winter 2012 All Hotels | 10.6% | 8.0 – 15.0% |

131.  It is important to note that the discount rates reflected above represent an investment in real estate, with all its associated risks. As discussed later in this section, the *base management fee is considered to be far less risky* from an investor viewpoint, as base fees are calculated on total revenues and are not subject to the fixed and variable costs of operating a hotel on a daily basis, fluctuations in property values, and the many other risks attendant to owning an asset.

132.  In addition to the above, PricewaterhouseCoopers (PwC) also tracks investor information regarding the national net lease market. Net leases are considered to be similar to the Marriott management contract in question as credit tenants pay the expenses associated with ownership, with the investor receiving a percentage of revenues. However, it is important to note that the discount rates noted in the following table are an aggregate of various types of real estate, not only hotels, although in general the risk involved is a function of the quality of the asset, not the class of real estate.

| | Overall Discount Rate | |
|---|---|---|
| | Average | Range |
| PricewaterhouseCoopers (PwC) Real Estate Investor Survey Fourth Quarter 2011 National Net Lease Market | 8.2% | 7.0 - 9.0% |

133.  In addition to investor surveys, we have also reviewed information regarding Marriott's internal investment parameters, and specifically the required hurdle rates[49] associated with entering into new management contracts. According to Marriott's internal records, from 2005 to 2010 the base fee hurdle rate ranged from ██ percent to ██ percent, with an average of ██ percent for the six-year period.

---

[49] The minimum rate of return on a project or investment required by a manager or investor. In order to compensate for risk, the riskier the project, the higher the hurdle rate.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 57 of 70



| Marriott International Historical Hurdle Rates | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 | 2009 | Draft 2010 | Average |
| Lodging Owned | % | % | % | % | % | % | % |
| Base/Franchise Fees | % | % | % | % | % | % | % |
| Inventive Management Fees | | | | | | | |



The Marriott hurdle rate is based on an ███████████ and ███████, including the █████████ from both a ██ and ███████ standpoint, and takes into account certain key points of data such as the ████████████ and the ████████ ███████████████. As would be expected, Marriott appropriately has established a █████ hurdle rate – between ██ and ███ – for the base management fees, which are less risky than overall lodging investments.

We have also gathered publicly available effective capitalization and discount rate information on three major hotel management companies, including Marriott.

| Calculation of Hotel Company Capitalization and Discount Rates | | | |
|---|---|---|---|
| | Marriott | Hyatt | Starwood |
| Stock Price as of 9/1/2011 | $27.10 | $33.63 | $43.35 |
| Shares Outstanding 2011 | 350,100,000 | 168,761,751 | 195,913,400 |
| Market Cap as of Third Quarter 2011 | $9,487,710,000 | $5,675,457,686 | $8,492,845,890 |
| 2011 Net Operating Income | $198,000,000 | $113,000,000 | $487,000,000 |
| Capitalization Rate | 2.1% | 2.0% | 5.7% |
| 2011 Dividend per share | $0.3875 | $0.00 | $0.50 |
| Annual Dividend | 1.4% | 1.2% | 1.2% |
| Adjusted Capitalization Rate | 3.5% | 3.1% | 6.9% |
| Assumed Inflation | 3.0% | 3.0% | 3.0% |
| Effective Discount Rate | 6.5% | 6.1% | 9.9% |

134. We find the aforementioned discount rates from both a lodging and lease investment perspective to be reasonable and applicable. As shown, the discount rate associated with lease payments is less than that quoted for an investment in real property given that there is less risk involved as revenues or payments are made to lessor (or in this case Marriott) before any income or profits are distributed to the owner of the real property. In investment terms, the order in which distributions are made is referred to as a "waterfall." Given the terms of the management contract in this case, and using the waterfall analogy, Marriott is considered to be closer to the crest (the point at the top of a waterfall where the stream first begins its descent) than the Debtor. Therefore, payments to Marriott are considered to be less risky than payment to Debtor and a discount rate lower than quoted in the hotel investment surveys, but within the range of the lease surveys is appropriate to discount the future income management fee stream.

135. Using a similar analogy, the incentive fee is considered to be less certain than the base management fee and the real property, because it is only paid after meeting a certain NOI threshold and the owner's preferred return (which in theory includes debt service), and therefore more risky and warranting of a higher discount rate. In terms of investment, the incentive management fee most closely resembles an equity return. In terms of cash disbursement the equity investor does not get paid until all hotel expenses are paid and ownership achieves its specified return. Thus the discount rate used to reflect the value of the incentive management fee should closely resemble the leverage return an investor would seek on the project.

U.S. Bankruptcy Court - Hawaii #11-02371 Dkt # 835 Filed 03/29/12 Page 58 of 70

136. As noted, separate discount rates are appropriate for each fee stream to account for the different risk associated with each. The base management fee is calculated solely based on gross revenues. It does not depend upon expenses or upon profitability. Accordingly, it is deemed to be relatively safe. We conclude that the ███ percent hurdle rate Marriott uses for base management fees is entirely reasonable. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. To accurately reflect the leveraged return an investor would seek on the project, we have applied a rate of 13.5 percent to the incentive management fee stream.

## WORKING CAPITAL

137. In this Report we have referenced damages to Marriott in the form of unpaid "working capital" loans. According to documents we reviewed, these damages are material. As we understand it, this figure also includes certain pre-opening expenses as well, which are further described in the immediately following paragraph. We were not involved in the calculation of these amounts, but a claim for working capital loans is fully consistent with our experience in the industry and our understanding of the management agreement. According to the terms specified in the management agreement, working capital is defined as the "…funds that are used in the day-to-day operation of the business of the hotel, including, without limitation, amounts sufficient for the maintenance of change and petty cash funds, amounts deposited in operating bank accounts, receivables, amounts deposited to payroll accounts, prepaid expenses and funds required to maintain inventories, less accounts payable and current liabilities." Put simply, working capital can be described as the capital required to ensure the continued operation of a hotel property. The management agreement places on the owner the obligation to "advance any additional funds (over and above those required pursuant to the Technical Services Agreement) necessary to maintain Working Capital at levels reasonably determined by Manager to be necessary to satisfy the needs of the Hotel as its operation may from time to time require."

138. Typically for a successful, mature hotel, the revenues generated by operations are sufficient to meet the working capital needs of the hotel. However, for a new hotel it is especially important to have sufficient working capital so that the property will be able to cover its expenses for the initial ramp-up period as it establishes itself in the marketplace and builds its base of business. Further, it is not only common for newly opened full-service hotels to incur operating losses during the first year, a significant amount of expenses are incurred before the hotel even opens. Prior to opening, the management company must hire the hotel's senior level executives, create a website, begin to market the hotel, set up payroll and purchasing systems, train all hotel employees, and, often, host a grand opening party. As all of these expenses are vital to the future success of a hotel property, it is standard practice for hotels similar to the Subject to have adequate working capital funded by the owner, especially during the pre-opening phase and first year of operation. Marriott's claim for working capital not funded by the owner is thus consistent with standard industry practice and with the owner's obligations under the management agreement. Although as noted herein, we have not been asked to expound

U.S. Bankruptcy Court - Hawaii  #11-02371  Dkt # 835  Filed  03/29/12  Page 59 of 70

on the outstanding loan balance owed to Marriott by Debtor as part of our damages calculation.

## AVOIDED COSTS

139.     As it relates to the above damages estimate, there are certain minimal costs associated with Marriott's management of the Hotel that should be deducted. These costs are the incremental costs (not fixed costs) associated with managing the Hotel that would be avoided in the future if Marriott is not managing the Hotel. The minimal nature of these incremental costs is to be expected, as it is typical for an owner to bear all or nearly all of the cost associated with managing a hotel.

140.     In conducting a damages analysis, it is customary to deduct from a management company's expected income only those costs that are actually shed when the management company is no longer managing the hotel. Marriott's fixed costs remain fixed at the same level irrespective of whether Marriott is managing the Subject.

141.     Based on my interviews with Marriott personnel, review of deposition transcripts, and review of the Management Agreement, it appears that the only non-reimbursable costs incurred by Marriott in connection with managing the Hotel are for Central Office Services. Most of these Services appear to be fixed costs such as the cost for corporate personnel in Marriott's headquarters and the EDITION brand office. The only non-reimbursable variable cost appears to be the cost of periodic travel by senior staff to evaluate hotel operations and provide technical and operational services. It was estimated by Marriott that for a hotel such as the Subject, this would include a team of three to four people visiting the hotel three of four times a year. Based on actual travel costs to fly from the New York or Washington D.C. area to Honolulu, Hawaii, as well as pay for meals and other incidental items, it was estimated that the total cost would be $75,000 annually. Therefore, conservatively we have estimated Marriott's avoided costs from not managing the Subject to be $100,000 annually. This figured was inflated at 3.0 percent annually and discounted at 7.5 percent to current value dollars. Based on the result of this calculation, we have estimated that Marriott's avoided costs are $1,988,493, which we have deducted from our final damage conclusion as detailed in the table on the following page.

## CONCLUSIONS

142.     For the reasons discussed above, we conclude that the damages owed to Marriott solely due to lost base management fees and incentive management fees,[50] amount to the following in today's dollars:

---

[50] In addition to the fact that the amounts below do not include working capital loans and other damages that we understand Marriott has separately calculated, as noted above we also have conservatively estimated damages by not including any amounts related to the 1.5% marketing fee payable to Marriott. Nor have we, for purposes of this estimation hearing, calculated interest on amounts due to Marriott.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 60 of 70

| Conclusion of Impact | |
|---|---:|
| Total Base Management Fees | $204,292,870 |
| Discount Rate | 7.5% |
| Discounted Value | $34,461,429 |
| | |
| Total Incentive Management Fees | $72,618,917 |
| Discount Rate | 13.5% |
| Discounted Value | $580,371 |
| | |
| Total Owed to Marriott | $35,041,800 |
| | |
| Avoided Costs | ($1,988,493) |
| | |
| **Total Present Value of Damages** | **$33,053,307** |

143.   As noted earlier, we reserve the right to update our analysis and this Report should we be provided additional relevant documentation or information.

**FEES**

144.   I bill $450 per hour for professional services in this matter while staff billing rates range from $70 per hour to $325 per hour.

**SIGNATURE**

I completed this Report on March 24, 2012.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*PKF Consulting USA*

By  Bruce Baltin
       Senior Vice President

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 61 of 70

**EXHIBIT 1 – CURRICULUM VITAE**

## QUALIFICATIONS OF
## BRUCE BALTIN
## SENIOR VICE PRESIDENT

**PROFESSIONAL HISTORY**

Present

PKF Consulting USA
Senior Vice President, Los Angeles, California

Prior

Partner, Pannell Kerr Forster
Management Advisory Services

Lecturer in Hotel Administration at the
University of Nevada, Las Vegas

Sheraton Corporation - Operations Analyst and
Assistant to the Senior Vice President,
Operations

**AREAS OF SPECIAL
COMPETENCE**

Economic, financial, and operational analysis and organizational and
general consulting for the hospitality and related service industries;
economic analysis, market demand studies and development
consulting for all phases of the real estate industry; litigation support,
general business planning, and valuation

**MAJOR PROJECTS AND
EXPERT TESTIMONY**

- Asset advisory services relative to operations, market position and management company issues for institutional and other hotel owners

- Representative of Trustee appointed by the Government of Japan in connection with operations oversight, refinancing and disposition of the Kahala Mandarin Hotel in Oahu, Hawaii

- Consultation, due diligence, market demand studies, valuations and operations reviews conducted for a major California Bank in connection with actual and potential debt restructures, foreclosures, bankruptcies, deeds in lieu relative to a number of hotel properties

- Market demand studies, financial analysis and consultation to the City of Los Angeles in connection with JW Marriot and the Ritz-Carlton hotels at Los Angeles Live, adjacent to the Los Angeles Convention Center

- Market demand studies, financial analysis and consultation to the Port of San Diego in connection with the development of the San Diego Bayfront Hilton Hotel adjacent to the San Diego Convention Center

- Consultation, analysis and expert testimony relative to management contract issues involving the Kaanapali Beach Hotel, in Maui and Lodge at Koele and Manele Bay Hotels on Lanai, Hawaii

- Market demand analysis, appraisal, development consulting for major resort hotels in Hawaii, California and Arizona

- Market demand studies and development consultation relative to Peninsula Beverly Hills and Montage Hotels in Laguna Beach and Beverly Hills

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed 03/29/12   Page 62 of 70

- Preparation of financial projections utilized by Southern California Olympic Organizing Committee in support of the successful bid for the 1984 Olympic Games
- Market demand analysis, financial projections and ongoing consultation relative to the repositioning of the Beverly Hilton Hotel
- Consultation services to private companies and public entities relative to the structuring of leases and management contracts for hotels and food and beverage facilities
- Long-term consulting engagements with several municipalities and private sector clients to provide advice on design, financial and management structure for major hotels
- Market demand analysis and development consulting relative to a variety of mixed-use complexes
- Market demand and revenue analysis for the city of Anaheim relative to the development and ongoing planning for the Anaheim Resort Area
- Studies and/or consultation to the cities of Ventura, Newport Beach, Long Beach and others relative to Tourism Development planning

**EDUCATION**

Cornell University, Bachelor of Science in Hotel Administration

**PROFESSIONAL MEMBERSHIPS**

International Society of Hospitality Consultants
American Institute of Certified Public Accountants
American Hotel-Motel Association
Urban Land Institute
California Travel Association
Orange County Tourism Council

**PROFESSIONAL ACTIVITIES**

Adjunct Associate Professor – University of Southern California, Sol Price School of Public Policy – Teaches Course in Hotel Development for the Masters of Real Estate Development Program

Previous Lecturer - University of Nevada, Las Vegas; California Polytechnic University at Pomona; Los Angeles Valley Junior College; and University of California of Los Angeles Extension Division

Member of the Executive Committee and former Chair of the Board of Advisors for the Collins School of Hospitality Management at Cal Poly Pomona

Formerly Member of the Chairman's Economic Advisory Council of the Los Angeles Chamber of Commerce

Formerly, Member of the Forecasts and Projections Task Force and Management Advisory Services Executive Committee of the American Institute of Certified Public Accountants

Member of Chancellor's Hospitality Industry Advisory Board – California State University System

Member of the Board of Directors of the Orange County Tourism Council

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 63 of 70

**EXHIBIT 2 – TESTIMONY EXPERIENCE OF BRUCE BALTIN**

## 1995 through January 2012

*Burton Way Hotels, Ltd., et al. vs. Four Seasons Hotels Limited*
**United States District Court**
Case No. 11-cv-00303-PSG (PLAx)
Deposition Testimony
2012

*Marina Pacific Hotel & Suites v. PCL Construction Services, et al.*
Mediation Testimony
2011

*LB 4 Fish, LLC, et al. vs. Developers Diversifies Realty Corporation, et al.*
**Los Angeles Superior Court**
NC 039083
Trial and Deposition
2008

*Bann- Shiangliza Yu vs. ATMI Design, et al.*
**Orange County Superior Court**
Case No. 04CC00683
Deposition Testimony
2009

*O2 Development LLC v 607 South Park, LLC et al.*
**Los Angeles Superior Court**
Case No. BC 336095
Deposition Testimony
2009

*Stanley M. Bloom vs. City of Huntington Beach, et. al.*
**California Superior Court – Orange County**
Deborah Chodos
Case No. 671306
Deposition
April 1998

*William Weinberg vs. Skadden, Arps, Slate, Meagher and Flom;*
*Frank Rothman and Darrell J. Hieber*
**California Superior Court – Los Angeles County**
BC 138 855
Deposition

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed   03/29/12   Page 64 of 70

*Sullivan, Workman & Dee*
*Pamela Gruber, an individual and David Gruber, an individual, et al.*
**United States Bankruptcy Court – Los Angeles, California**
BC 136 465
Deposition
December 1997

*Jeffer, Mangels, Butler & Marmaro*
*Warner Palms Ltd, a California Limited Partnership vs. Winegardner & Hammons, Inc. an Ohio*
*Corporation; and David Prewitt, an individual and Does 1-20 inclusive*
**American Arbitration Association**
Los Angeles, California
Case No. LC 042 295
Testimony
July 1998

*Micros Ingram vs. Sheraton Grand Torrey Pines*
**American Arbitration Association**
San Diego, California
Testimony
July 1998

*Gibson, Cho & Thurston*
**United States Bankruptcy Court**
Central District of California
Case No. LA-91-51635-TD
Testimony
November 1995

*Ramji and Kokila Patel, Debtors*
**United States Bankruptcy Court**
Central District of California
Case No. LA-94-51635-TD
Testimony

*Kennerson, Schwartz, Semerdjian & Haile LLP*
**San Diego County Hall of Justice, Division 70**
Sunil Thadani vs. Higgins, et al.
Deposition
February 2001

*Rodney T. Lewin*
**California Superior Court – County of Los Angeles**
Souferin, et al adv. Banafsheha, et al.
Case No. BC 152020
Deposition
April through July 2000

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 65 of 70

*Cooley Godward, LLP*
**California Superior Court – County of San Mateo**
Alden vs. Crowell (Half Moon Bay)
Deposition
October 1999

*Palmieri, Tyler, Weiner Wilhelm & Waldron LLP*
**California Superior Court – County of Orange**
State of California and City of Anaheim vs. JWM Family Enterprises, L.P.
OCSC Case Nos. 76 80 01 and 80 60 20
Deposition
January through May 2000

*Jackson & Lewis*
**California Superior Court – County of Los Angeles**
LACRA vs. Time Clock Sales and Service Company
Case No. BC192362
LACRA vs. Table Linen, Inc.
Case No. BC192366
Deposition
August through October 1999

*Berliner, Zisser, Walter & Gallegos*
**Denver, Colorado**
Holtze Executive Village, Denver, CO
Testimony/Deposition
August 1999

*Jeffer, Mangels, Butler & Marmaro LLP*
**California Superior Court – Los Angeles County**
PBA vs. Krad Associates, LLC
Case No. TC 010027
Deposition
August 1999

*Irell & Manella LLP*
**Santa Barbara Superior Court**
Geyser vs. Excel Legacy Corporation
Case No. 01038577
Deposition/Trial Testimony
March 2002

*Greenberg & Bass*
**Los Angeles Superior Court**
Outrigger Lodging Services adv. H. Roger Wang, et al
Case No. BC 191 044
Deposition
March 2002

Bacara Resort & Spa (ADCO Group) vs. Various Insurance Companies

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 66 of 70

Deposition
2005

*Procopio Cory Hargraves & Savitch*
**Superior Court of the State of California, County of San Diego**
Pointe San Diego Residential Community L.P. e al vs. W.W.I. Properties, et al
Case No. 726145
Deposition

*Smyth Family Trusts*
**Circuit Court of the First Circuit, State of Hawaii**
Smyth vs. HWB 2507 Kalakaua, LLC et al
Civil No. 02-1-0199-01-GWBC
Deposition

*Schreiber & Schreiber, Inc.*
**Superior Court of California, County of Los Angeles**
Gaster Family Limited Partnership vs. Colonial Hotel, LLC
Case No. SC 069 404
Deposition/Trial
2005

*Poindexter & Doutre, Inc.*
**Los Angeles Superior Court (South District)**
Jeffrey C. Stone, Inc. dba Summit Builders vs. The D'Orsay International Partners, et al
Case No. NC 034431
Deposition/Testimony at Arbitration

*McDougal and Associates*
**Victorville Superior Court**
Green Tree Capital, L.P. vs. Schroeder, et al
Case No. VCVVS 034327
Deposition

*County of Santa Barbara – Bacara Hearing*
**Superior Court of California, County of Santa Barbara**
Coordination Proceeding Special Title
Case No. CORD 4327
Deposition

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 67 of 70

# EXHIBIT 3 – DOCUMENTS REVIEWED AND CONSIDERED

| Item | Pages | Format | Description |
|---|---|---|---|
| Financial Statements | | | |
| MHS00072071 | 9 | PDF | Waikiki EDITION Budget by Month 2011 FINAL 1-27-11 |
| MHS00033597 | 1 | PDF | Jul 11 Forecast-actual |
| MHS00000023 | 12 | PDF | Marriott Feasibility – Preliminary pro forma 6/24/11 |
| Final P&L - October | 54 | EXCEL | |
| Final P&L Nov | 72 | EXCEL | |
| P&L Final - Dec - full | 67 | EXCEL | |
| P&L - Jan - Final | 68 | EXCEL | |
| P&L - Final Feb | 123 | EXCEL | |
| P&L March - Final | 83 | EXCEL | |
| P&L Final - April | 104 | EXCEL | |
| P&L Final - May | 93 | EXCEL | |
| Final P&L_June | 94 | EXCEL | |
| Final P&L_July_v2 | 86 | EXCEL | |
| MHS00632024 | 7 | PDF | Lead Log 8-24-11 |
| MHS00595703 | 1 | EXCEL | Pro Forma (6/28/11) |
| MHS00595730 | 1 | EXCEL | Pro Forma (6/24/11) |
| MHS00008944 | 2 | PDF | 2011 Worst Case Scenario vs Budget Vs Pro Forma |
| MHS00008947 | 3 | PDF | Forecast Comparison |
| MHS00035926 | 8 | PDF | Marriott Feasibility Summary Report & Pro Forma (8/26/09) |
| MHS00036235 | 25 | PDF | Marriott Feasibility Full Report & Pro Forma (8/26/09) |
| MHS00055031 | 2 | PDF | Bridge to Pro Forma (2010 Pro Forma to 2011 Budget) |
| MHS00080248 | 8 | PDF | Marriott Feasibility Summary Report & Pro Forma (1/8/09) |
| MHS00080259 | 9 | PDF | Revised Pro Forma - Stub Year (6/11/08) |
| MHS00080280 | 9 | PDF | Revised Pro Forma (5/19/08) |
| MHS00080303 | 6 | PDF | Pro Forma (3/26/08) |
| MHS00080459 | 1 | PDF | Revised Pro Forma (1/22/09) |
| MHS0159926 | 5 | PDF | Bridge to Pro Forma |
| MHS00630129 | 20 | PDF | MI Hurdle Rates 2010 09 Final |
| MHS00629784 | 15 | PDF | UBS Report April 2009 |
| MHS00630074 | 5 | PDF | Financial comparables |
| | | | |
| STR Reports | | | |
| October 2010 | 19 | EXCEL | |
| November 2010 | 19 | EXCEL | |
| December 2010 | 19 | EXCEL | |
| January 2011 | 19 | EXCEL | |
| February 2011 | 19 | EXCEL | |
| March 2011 | 19 | EXCEL | |
| April 2011 | 19 | EXCEL | |
| May 2011 | 19 | EXCEL | |
| June 2011 | 19 | EXCEL | |
| July 2011 | 19 | EXCEL | |
| MHS00630058 | 16 | PDF | Oahu Market Performance |

U.S. Bankruptcy Court - Hawaii  #11-02371  Dkt # 835  Filed  03/29/12  Page 68 of 70

## Property Info/Marketing/Management

| ID | | | Description |
|---|---|---|---|
| MHS00620740 | 46 | PP | The Waikiki EDITION 2011 Marketing Plan (Nov. 2010) |
| MHS00229060, MHS00361763 | 37 | EXCEL | 2011 Business Plan – The Waikiki EDITION |
| MHS00622171 | 37 | PDF | Yelp! |
| MHS00622155 | 16 | PDF | Trip Advisor |
| MHS00622141 | 14 | PDF | Expedia |
| MHS00602082 | 19 | PDF | Sales Update 6/8/2011 |
| MHS00173513 | 1 | PDF | AAA 4 Diamond Award |
| MHS00609106 | 54 | PDF | 2011 PDP Meeting |
| MHS00454106 | 35 | PDF | Owners Meeting (12/22/2010) |
| MHS00609089 | 14 | PDF | Sales Update 5/5/2011 |
| MHS00609288 | 4 | PDF | Sales Update 7/18/2011 |
| MHS00609292 | 12 | PDF | Sales Update 7/11/2011 |
| MHS00628537 | 34 | PDF | 2009 Marketing Plan |
| MHS00152628 | 2 | PDF | |
| MHS00631743 | 1 | EXCEL | Luxury Opening Year Performance Data 3-21-12 |
| MHS00620577 | 25 | PDF | Sales Update 6/29/2010 |
| MHS00629983 | 2 | PDF | |
| MHS00629985 | 5 | PDF | |

## Construction Related

| ID | | | Description |
|---|---|---|---|
| MHS00632500 | 1 | PDF | Waikiki Edition Hotel Schedule Revision 8/28/08 |
| MHS00630461 | 3 | PDF | Development Schedule |
| MHS00630459 | 2 | PDF | |
| MHS00630458 | 1 | PDF | |
| MHS00630456 | 2 | PDF | |
| MHS00632531 | 3 | PDF | |
| MHS99632525 | 6 | PDF | |

## Other

| ID | | | Description |
|---|---|---|---|
| MHS00630079 | 5 | PDF | Hotel occupancy: Is the three-year stabilization assumption justified? |
| MHS00630084 | 1 | PDF | Hotel Horizons: Oahu |
| MHS00632418 | 5 | PDF | |
| MHS00632602 | 1 | PDF | RERC Real Estate Report |
| MHS00632603 | 1 | PDF | Hospitality Investment Survey |
| MHS00632604 | 1 | PDF | PKF 2011 Hotel Spa Report |
| MHS00632605 | 1 | PDF | National Luxury/Upper-Upscale Lodging Segment |
| MHS00632606 | 1 | PDF | National Net Lease Market |
| MHS00604820 | 10 | PDF | Competitive Overview 6/11 |
| MHS00454106 | 35 | PDF | Owner's Meeting Dec. 22, 2010 |
| Marriott 10-K (excerpts) | 3 | PDF | |
| Hyatt 10-K (excerpts) | 3 | PDF | |
| Starwood 10-K (excerpts) | 3 | PDF | |
| Calculation of Hotel Company Capitalization and Discount Rates | 3 | PDF | |

## Legal Documents

| ID | | | | |
|---|---|---|---|---|
| Waikiki Complaint | 27 | PDF | | 5/26/2011 |
| Marriott Proof of Claim | 36 | PDF | | 1/3/2012 |
| M Waikiki LLC v. Marriott (Signed | 31 | PDF | | 8/1/2011 |

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 69 of 70

Motion to Dismiss

| | | | | |
|---|---|---|---|---|
| M Waikiki LLC v Marriott (Affirmation and Exhibits) | 219 | PDF | | 8/2/2011 |
| #057 Marriott's Opposition to Debtor's Mtn to Reject | 145 | PDF | | 9/7/2011 |
| #11 Motion to Reject Management Agreement with Marriott | 14 | PDF | | 9/1/2011 |
| W Edition Management Agmt | 100 | PDF | | 7/9/2008 |
| 9-28-2010 Authority to Open Letter | 38 | PDF | | 9/28/2010 |
| 6-21-2010 Notice of Substantial Completion Date | 1 | PDF | | 6/21/2010 |
| W Edition Second Amendment to Management Agreement | 4 | PDF | | 11/16/2010 |
| MHS00632520 | 5 | PDF | 1-16-09 Hotel Dev Cmte Resubmission | |
| MHS00632501 | 19 | PDF | 7-21-08 Corp Growth Cmte Submission | |
| W Edition First Amendment to Management Agreement | 5 | PDF | | 3/13/2009 |
| 3-2-12 - M Waikiki - Jacobsohn - Compressed | 52 | PDF | Deposition | |
| 3-1-12 - M - Young - Compressed | 52 | PDF | Deposition | |
| 3-15-12 - Waikiki - Rock - Rough - Compressed | 93 | PDF | Deposition | |
| 3-15-12 - Jacobsohn - Rough | 65 | PDF | Deposition | |
| 3-14-12 - M Waikiki - Miller - Rough - Compressed | 89 | PDF | Deposition | |
| 3-15-12 - Waikiki - Young - Rough - Compressed | 27 | PDF | Deposition | |
| 3-21-12 - M Waikiki - Rehmann - Rough - Compressed | 98 | PDF | Deposition | |
| Statement of Kenneth Rehmann | | PDF | Declaration | |
| Statement of Catherine Young | | PDF | Declaration | |
| Statement of Tim Miller | | PDF | Declaration | |
| Statement of Roula McCann | | PDF | Declaration | |

From Debtor

| | | |
|---|---|---|
| MWAIKIKI00037206 | 6 | PDF |
| DFT121342 | 67 | PDF |
| Debtor Reorganization Plan | 121 | PDF |
| DFT011688 | 1 | PDF |
| DFT010628 | 4 | PDF |
| MWAIKIKI00066093 | 135 | PDF |
| DFT007794 | 31 | PDF |

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 835   Filed  03/29/12   Page 70 of 70