UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re | Case No. 11-02371 |
| --- | --- |
| M WAIKIKI LLC, | (Chapter 11) |
| Debtor. | DECLARATION OF DAMIAN MCKINNEY |

## DECLARATION OF DAMIAN MCKINNEY

I, DAMIAN MCKINNEY, declare under penalty of perjury, that:

1. I am the manager of eRealty Fund, LLC, which is the Manager of Debtor M Waikiki LLC ("Debtor" of "M Waikiki"). I submit this Declaration on behalf of debtor M Waikiki LLC ("Debtor") in connection with the estimation of Proof of Claim No. 79 (the "Claim"), filed by Marriott Hotel Services, Inc. and Marriott International, Inc. (together, "Marriott"). I have personal knowledge of the facts stated in this Declaration, except for those facts stated on information and belief and, as to those facts, I am informed and believe them to be true.

B. **Background Of The Debtor**

2. Debtor is a Hawaii limited liability company with its principal place of business located in San Diego, California. It is a special purpose entity that was formed to acquire, and whose principal asset is, the luxury hotel property now known as The Modern Honolulu (f/k/a The Waikiki EDITION), located at 1775

1

Ala Moana Boulevard, Honolulu, Hawaii 96815 (the "Hotel"). The Hotel is eighteen stories and includes 353 rooms and 22,200 square feet of meeting space.

C. **Debtor's Acquisition Of The Hotel And Conversion To A Lifestyle Property**

3. I and other investors purchased the Hotel in July 2006, for approximately REDACTED million to renovate the property. (*See* EDITION/Marriott Hotel Waikiki, Hawaii Investment Summary, dated October 1, 2008, at 2. A true and correct copy of the Investment Summary is attached hereto as Exhibit ("Ex.") A.)[1]

4. We acquired the Hotel with the intention of redeveloping the property as a destination lifestyle hotel. "Lifestyle" is the term often used to describe a growing niche of luxury hotel properties that cater to guests who want a complete hotel "experience," and not just a place to sleep. These boutique, lifestyle hotels are usually associated with designer decor, high-quality amenities, above-average service and superior attention to detail.

5. In late 2006, we ceased the operations of the Hotel (which was then operated as a Renaissance) to prepare for the renovation, and began the renovation

---

[1] Debtor, in part, financed the acquisition and renovation of the Hotel. On July 12, 2006, Debtor issued a promissory note to Nomura Credit & Capital, Inc. (which was thereafter assigned to Nomura CRE CDO Grantor Trust, Series 2007-2 and is presently held by Wells Fargo Bank, National Association ("Wells Fargo") in consideration of $114,900,000 with an original maturity date of August 9, 2008, and which is secured by a senior mortgage on the Hotel.

2

in Spring of 2007. After completion of the renovation, the Hotel reopened as the Waikiki EDITION on or about September 28, 2010.

### D. Marriott Announces Its New Lifestyle Brand Developed In Conjunction With Ian Schrager.

6. In June 2007, I reviewed a press release issued by Marriott International, Inc. ("Marriott") where Marriott publicly announced that it had entered into an agreement with Ian Schrager to develop a new brand of lifestyle hotels. J.W. Marriott, Jr., Chairman and CEO of Marriott, emphasized the large-scale nature of the brand, and the joint involvement of Marriott and Schrager to make it successful:

7. These hotels will be an excellent complement to the Marriott portfolio of brands and allow us to use our global platform and ability to execute to create something completely new, different and original – the first truly global branded boutique lifestyle hotel on a large scale. We expect the brand to set the standard for decades to come. . . The scale of this brand requires the reach, resources and expertise of a global player like Marriott, while the innovation necessary calls for the experience and originality of the category's most accomplished entrepreneur, Ian Schrager.

8. In their press release, Marriott and Schrager identified twenty-two "gateway cities" throughout the world which, they announced, would be the first locations of the new lifestyle-branded hotels (Honolulu was not among the cities

U.S. Bankruptcy Court - Hawaii    #11-02371    Dkt # 841-1    Filed 03/29/12    Page 3 of 18

mentioned). Marriott and Schrager also announced that they expected to have five hotel deals by the end of 2007, and 100 hotels operating in the chain by 2017. (*See* Marriott/Schrager joint press release dated June 14, 2007, a true and correct copy of which is attached hereto as Ex. B.)

9. I also read another press release in January 2008, wherein Marriott announced that its new lifestyle brand would be called "Edition," and trumpeted that it had agreements in place with developers for the first nine lifestyle hotels, which were to be located in Paris, Madrid, Costa Rica, Miami, Chicago, Washington D.C., Los Angeles (2), and Scottsdale. Again, Honolulu was not listed. *See* Marriott press release dated January 29, 2008, a true and correct copy of which is attached hereto as Ex. C.) In the press release, Marriott and Schrager continued to emphasize the expansive and global nature of the new chain:

> Messrs. Schrager and Marriott will report their progress to a group of lodging industry leaders this evening at a gathering in Beverly Hills. The partners will reveal that interest among developers has been enthusiastic beyond their expectations and that they are in advanced discussions involving 20 more hotels with as many as 30 agreements in prime locations expected by the end of 2008. . . . "As this announcement indicates, Edition will be truly global," Mr. Schrager said. "The reaction among the development community underscores the strength of the concept, reflects the breadth and diversity we anticipated, and demonstrates the industry's understanding of the untapped market we will reach."

4

### E. Marriott Sells Debtor On The Edition Brand

10. I and the other investors contacted Marriott to inquire if Marriott would have an interest in managing the Hotel. Marriott was interested, and set about to convince us to affiliate the Hotel with the Edition brand. Marriott represented to us that it would put its full wherewithal behind the development of the Edition brand and the Hotel. Marriott assured us that it had assembled an elite team of talented and experienced senior executives dedicated to the development and promotion of the new brand and the oversight of Hotel operations. Importantly, Marriott represented that several Edition hotels would open prior to the Hotel (thereby giving birth to the Edition "chain" of hotels), and that the momentum created from those openings and the accompanying media blitz would make the Hotel a great success.[2]

11. In addition, Marriott provided us with projections for the first year of Hotel operations (the "March 2008 Projections"), in which it predicted REDACTED

REDACTED

---

[2] Much later, when it became apparent that no other Edition hotel would open prior to the Hotel in Waikiki, Marriott stated that the Hotel would be the beneficiary of a media blitz for the Edition brand by promoting the Hotel as the initial Edition by utilizing the large kick-off campaign budget for the benefit of the Hotel.

5

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 841-1   Filed 03/29/12   Page 5 of 18

> REDACTED

during its first year. (*See* Proposed Edition Waikiki Developer Scenario, dated March 26, 2008, at 3, a true and correct copy of which is attached hereto as Ex. D.)

12. Marriott also represented that Ian Schrager would be personally involved in the physical design and operational development of the Hotel. That involvement, including Schrager's attendance at key design meetings, would ensure that the Hotel had all the elements of style for which Schrager had become known and which were necessary for the success of the Hotel. We would not have agreed to brand the Hotel as an Edition without Marriott's assurances regarding the personal involvement of Schrager in the development of the Hotel.

13. In reliance on Marriott's representations, we agreed to brand the Hotel as an Edition. Thus, on July 9, 2008, M Waikiki LLC and Marriott entered into two separate agreements: (1) a Management Agreement, by and between Marriott as Manager and M Waikiki as Owner ("Management Agreement"); and (2) a Design and Technical Services and Pre-Opening Agreement among, M Waikiki, Marriott, and I.S. International, LLC (the "TSA"). (True and correct copies of the Management Agreement and TSA are attached hereto as Exs. E and F, respectively.)

6

### F. Marriott's Financial And Operational Mismanagement Of The Hotel

14. Marriott failed miserably in its duty to act as a reasonable and prudent operator of the Hotel.

15. From the opening of the Hotel in September 2010 through August 2011, under Marriott's management, the Hotel lost over REDACTED (*See* Waikiki Edition Profit Loss Statement for the year-ended December 31, 2010, dated January 5, 2011, and Waikiki Edition Profit & Loss Statement for the period ended July 2011, dated August 3, 2011, true and correct copies of which are attached hereto as Exs. G and H, respectively.)

16. Moreover, Marriott failed to operate the Hotel with a goal towards achieving long-term profitability. Indeed, Marriott has demonstrated a wholesale inability to understand (or a profound disregard of) the fundamentals of the budgeting, planning, revenue-management, and cost control processes as they relate to the Hotel.

#### 1. Budget Failures

17. In August 2009, Marriott submitted a new first-year projection (the "August 2009 Projection"). The August 2009 Projection, which was issued after Debtor signed on to affiliate the Hotel with the Edition brand, REDACTED

REDACTED

7

REDACTED

REDACTED (*See* Executive Summary Proposed Conversion of the Yacht Harbor Tower to a 353-Room Edition, Approved Pro Forma, prepared by Marriott International, a true and correct copy of which is attached hereto as Ex. I.)

18. In anticipation of an opening date of September 21, 2010, Marriott submitted a partial Business Plan for the fourth quarter of 2010 (the "2010 Q4 Business Plan"). Marriott's 2010 Q4 Business Plan REDACTED profit line item, but projected total revenue for those three months in the amount of RDACTED (*See* Waikiki Edition Stub Year Projections 2010, dated July 9, 2010, a true and correct copy of which is attached hereto as Ex. J.)

19. Despite the slide in its projected revenue and profits since its March 2008 Projection, Marriott's actual performance as Hotel manager for the fourth quarter of 2010 was dramatically worse than predicted in its 2010 Q4 Business Plan. Not only did Marriott lose nearly $3.9 million of Debtor's money in a mere three months of operation, it under-performed the Hotel's "competitive set" – the six hotels against which the Hotel's performance is compared pursuant to the Management Agreement – by a remarkable margin.

## 2. Marriott Failed To Develop A Chain of Edition Hotels

20. A fundamental element underlying the entirety of Marriott's duties and responsibilities under the Management Agreement was, from the inception of the parties' contractual relationship, the existence of a "chain" of Edition Hotels. Indeed, Section 1.02 of the Management Agreement expressly required Marriott to operate the Hotel "as part of the Edition Hotel System" – defined as the "chain of full-service boutique hotels operated and managed by Marriott" or its affiliates under the "Edition Hotels" name.

21. Prior to its entry into the Management Agreement, Marriott made several representations regarding its commitment to develop the Edition "chain." For example, by press release dated January 29, 2008, Marriott announced that it had "reached agreements with developers for the first nine of what eventually could be more than 100 Edition hotels in markets around the globe. Under the agreements, Edition hotels are now planned for Paris, Madrid, Costa Rica, Miami, Washington, Chicago and Scottsdale, Ariz. Los Angeles is slated to open two properties."

22. Indeed, in June 2010, it was reported that:

> Bill Marriott and Ian Schrager have remained largely mum about the [Edition] brand since February 2009 . . . [P]lanned debut projects in Washington DC and Miami had stalled due to dried-up financing . . . It seemed a bit odd to some hotel industry watchdogs that Waikiki – which didn't even warrant a place on Edition's initial

9

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 841-1   Filed 03/29/12   Page 9 of 18

2008 list of dream cities for its properties – was suddenly a front runner for the brand's first hotel. (*See* "Marriott readying EDITION luxury boutique hotel brand for Waikiki debut this fall," *Hawai'i Magazine.com* (June 15, 2010), a true and correct copy of which is attached hereto as Ex. K.)

23. Contrary to Marriott's representations, there is no Edition chain of hotels. Marriott has failed to open any of the Edition hotels which were to be located in Paris, Madrid, Costa Rica, Miami, Chicago, Washington, D.C., Los Angeles, and Scottsdale. In fact, to date, Marriott has branded only one other hotel as an Edition – a 77 room hotel in Istanbul, Turkey, which commenced operation in April 2011.

24. Not only did Marriott fail to establish a chain of Edition hotels, but beginning in March 2011, only six months after the Hotel opened, the leadership responsible for developing the Edition brand left Marriott to join a competing company as the Edition brand collapsed, including Dan Flannery, the Managing Director of Edition Hotels, Yoav Gery, the former head of Development and Owner Relations for Edition, Kate Harth, Edition's Vice President of Sales, and Josh Fluhr, Edition's Senior Vice President of Operations.

### 3. Pre-Opening Delays

25. Marriott also failed to perform its pre-opening obligations in an efficient and business-like manner. For example, the TSA provided that "Ian Schrager shall personally be involved in the design, concepting and direction of the

10

U.S. Bankruptcy Court - Hawaii    #11-02371    Dkt # 841-1    Filed 03/29/12    Page 10 of 18

Hotel and shall be available for key design meetings in connection therewith."[3] Schrager, however, failed to devote his attention to the Hotel, despite our repeated requests for his attention. Eventually, Schrager abandoned Edition and Debtor to create a competing hotel brand. As a result, we incurred over [REDACTED] [REDACTED] which more than doubled the initial budget of [REDACTED] and was well in excess of the final pre-opening proposed budget of [REDACTED] – a proposed budget to which we objected and did not approve.. (*See* Pre-Opening Expense Invoice, dated March 21, 2010, a true and correct copy of which is attached hereto as Ex. L.) As just one example, Marriott and Schrager LLC spent a staggering [REDACTED] for the Hotel's opening party, despite initially budgeting only [REDACTED] (*See* Waikiki Edition Hotel Profit and Loss Statement by Department LTD through March 28, 2011, a true and correct copy of which is attached hereto as Ex. M.)

   **4.** <u>**Marriott Failed To Pre-Sell The Hotel Or Drive Occupancy Thereafter.**</u>

  26. Marriott also failed to undertake appropriate pre-opening promotion and advertising, or to formulate effective marketing, public relations and sales strategies. The Hotel's sales and marketing team also had no effective yield strategy – *i.e.*, strategy for obtaining the highest occupancy at optimal room rates. Those failures, which included a lack of understanding of the competitive

---

[3] *See* TSA §4.2.

11

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 841-1   Filed 03/29/12   Page 11 of 18

Hawaiian hotel market or market for lifestyle hotels,[4] compared with unrealistically high room prices, led to the Hotel's abysmal occupancy rates compared to the other Waikiki luxury hotels. From October through December 2010, the Hotel's occupancy rates were 30%, 28% and 37%, respectively, compared to the average occupancy rates of the hotels in its competitive set of 74%, 69% and 72%. (*See* Waikiki Edition December 2010 STAR Report at Tab 9, a true and correct copy of which is attached hereto as Ex. N.)

27. The Hotel opened with precious few bookings that has plagued the Hotel's operations and financial performance from the outset. Indeed, during the first three months of 2011, the Hotel's RevPAR was less than 50% of its competitive set. (*See id.* at Tab 2)

28. After the opening, Marriott failed to focus on important business segments, such as the Japanese market, refused to provide us with access to the marketing power of its Hawaiian cluster of hotels, and failed to focus on group business which was tailor-made for the Hotel's large and luxurious ballroom. As a

---

[4] Marriott failed to provide senior management to the Hotel that had any experience in the Hawaiian market or with lifestyle hotels. Kate Harth, for instance, Vice President of Marketing and Sales for Edition, was Marriott's Area Director of Sales for Ritz Carlton in New York. Harth possessed limited experience and familiarity with sales channels pertinent and critical to marketing and sales generation for hotels in Hawaii or for luxury, lifestyle hotels. Similarly, Mark Aldridge, the Hotel's Director of Sales and Marketing, was the Director of Sales and Marketing at London Marriott Hotel Grosvenor Square, a full service, city-center hotel. Aldridge had no experience with the Hawaiian hotel market or with lifestyle hotels. Michael Rock, the Hotel's initial General Manager, was a 25-year career employee of Marriott who had no experience with the Hawaiian hotel market or with lifestyle hotels.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 841-1   Filed 03/29/12   Page 12 of 18

result, after 10 months of operation, the Hotel's occupancy and rates were far lower than those of its competitive set. For the period January through July 2011, the Hotel's RevPAR was only 47% of the competitive set. (*See* Waikiki Edition July 2011 STAR Report at Tab 2, a true and correct copy of which is attached hereto as Ex. O.)

29. Marriott overcompensated for its failure to sell rooms by dumping rates and relying heavily on military, government and Marriott Rewards deep discount business, segments not consistent with the luxury orientation that Debtor envisioned for the Hotel.

30. On January 27, 2011, Marriott issued its 2011 Business Plan for the Hotel. That plan forecast a net operating profit for the Debtor in 2011 of only $1.1 million. Yet, once again, Marriott dramatically overestimated its ability to perform. In actuality, the Hotel suffered $2.2 million in losses in Q1 alone.

## G. <u>Marriott Refuses To Cooperate With Debtors To Stem Losses.</u>

31. The Hotel's performance continued to deteriorate, and under-perform its competitive set by a considerable margin. In the face of mounting losses, I tried for months to work with Marriott to create a more sustainable model for the Hotel. Marriott, however, refused to reduce the Hotel's variable costs to align them more appropriately with the Hotel's low occupancy rates.

13

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 841-1   Filed 03/29/12   Page 13 of 18

32. I communicated with Marriott repeatedly and candidly informed it that we could not sustain such losses and continue funding the negatives, especially in a market where the Hotel's competition was outpacing the Hotel by a wide margin. So concerned was I about Marriott's lack of performance and the future viability of our business that I arranged a meeting in Las Vegas with Marriott's President, Arne Sorenson, and its Global Officer of Brand Management, Ken Rehmann. During the meeting, which took place on May 17, 2011, Messrs. Sorenson and Rehmann agreed that serious changes in the way Marriott was operating the Hotel needed to be implemented immediately in order to save the Hotel from insolvency. (Attached hereto as Exs. P and Q are true and correct copies of the letter from me to Arne Sorenson, dated May 20, 2011, and a letter from Kenneth Rehmann to me, dated May 24, 2011, respectively.) In hindsight, however, it appears that those senior Marriott executives were merely there to placate me because Marriott in fact made no subsequent effort to implement any changes in the way the Hotel was being managed.

## H. Debtor Issues A Notice Of Default To Marriott.

33. On May 26, 2011, based upon Marriott's failure to operate the Hotel as a reasonable and prudent operator, as it was contractually required to do under the Management Agreement, I provided Marriott with a notice of default. (A true and correct copy of the Notice of Default is attached hereto as Ex. R.) Debtor also

14

filed a lawsuit against Marriott and others in the Supreme Court of the State of New York arising out of their mismanagement of the Hotel. It is my understanding that the state court action was subsequently removed to the United States District Court for the Southern District of New York.

I. **The Hotel Heads For Insolvency**

34. By July of 2011, we were quickly running out of faith in Marriott's ability to properly manage the Hotel. Prior to making any effort to remove Marriott as manager, however, we retained REH Capital Partners, LLC ("REH") a renowned real estate and hospitality advisory firm, to help us assess the continued viability of the Hotel under Marriott's management. Frank Nardozza, the Chairman of REH, and his partner Paul Garity, visited the property, analyzed the market, including the performance of the hotels in our competitive set, and analyzed the Hotel's performance. Mr. Nardozza advised us that Marriott had grossly mismanaged the Hotel from both a financial and operational perspective. In fact, I recall Mr. Nardozza concluding that, on a scale of 1 to 10, with 10 being the worst, the Hotel was an 8. Mr. Nardozza told me, among other things, that Marriott had mispositioned the Hotel in the market, the Hotel's main sources of revenue was derived from deeply discounted business segments, such as government contracts and Marriott Rewards customers, and that the Hotel's expenses were grossly out of line with the hotels in our competitive set. Mr.

15

U.S. Bankruptcy Court - Hawaii    #11-02371    Dkt # 841-1    Filed 03/29/12    Page 15 of 18

Nardozza advised that Marriott had breached the Management Agreement because Marriott did not come close to operating the Hotel "as a reasonable and prudent operator," the standard of care required of Marriott pursuant to the Management Agreement. Mr. Nardozza also advised me that, if left unabated, Marriott's management of the Hotel would continue to result in losses to me and the other investors.

35. Again, however, prior to engaging any efforts to remove Marriot as manager of the Hotel, we renewed our efforts to get Marriott to implement the changes required to steer the Hotel away from insolvency. Thus, in early August 2008, I again met with Arne Sorenson and Ken Rehmann – this time in Los Angeles – to discuss the imminent and urgent need for Marriott to reduce expenses, generate revenue, and cover some of the operating losses we suffered under its management. Again, Messrs. Sorenson and Rehmann expressed a desire to resolve the issues.

36. On August 9, 2011, just days after that meeting, we provided Marriott, at its request, a proposed amendment to the Management Agreement that offered a realistic plan to address our issues. (Attached hereto as Ex. S is a true and correct copy of the proposed Third Amendment To Management Agreement.) We again relayed our sense of urgency because the Hotel was rapidly heading towards insolvency.

16

37. The following day, Marriott acknowledged receipt of our proposal and reiterated its desire to resolve the issues with the Hotel. Unfortunately, that was the last we heard from Marriott – no response to our proposal ever came.

**J.  Debtor Terminates The Management Agreement And Marriott's Agency Arising Thereunder.**

38. In August 2011, Debtor's secured debts to Wells Fargo and the Davidson Trust matured. Wells Fargo declined to enter into a forbearance agreement or extend the maturity date without a substantive paydown of its debt, which we were unable to do so long as Marriott continued to operate the Hotel. Thereafter, Wells Fargo declared a default under the Senior Loan.

39. Moreover, in late-August 2011, Marriott updated its 2011 Hotel forecast to increase the projected loss, before debt service, for the remainder of 2011 from $1.2 million to over $1.9 million, including $500,000 of additional costs. These losses were simply not sustainable by us.

40. Because of Marriott's utter failure to prudently manage the Hotel, our business was on the brink of total failure. After repeated efforts to resolve matters with Marriott failed, we concluded that a change in manager had to be made if it were to preserve its equity in the Hotel. Accordingly, on August 28, 2011, we terminated Marriott as our agent and manager of the Hotel, and installed Modern Management Services, LLC ("Modern Management"), an affiliate of Aqua Hotels & Resorts, as the interim Hotel manager. (Attached hereto as Exs. T and U,

17

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 841-1   Filed 03/29/12   Page 17 of 18

respectively, are true and correct copies of the letters from me to Arne Sorenson and to the night manager or manager on duty of the Hotel, both dated August 28, 2011.) The Hotel is now called The Modern Honolulu.

K.  **Debtor Is Forced To Seek Bankruptcy Protection.**

41. On August 30, 2011, Marriott filed an Application for Temporary Restraining Order ("TRO") against M Waikiki LLC in the New York State Court seeking to be reinstated as manager of the Hotel. On August 31, 2011, the New York State Court granted the TRO ordering reinstatement of Marriott as manager of the Hotel.

42. Given the substantial, ongoing operating losses at the Hotel under Marriott's management, the maturity of M Waikiki LLC's secured debts and our inability to further fund the ongoing losses or restructure our debt outside of bankruptcy, we believed that allowing Marriott to resume operating the Hotel would result in the liquidation of the Hotel and our business. Accordingly, on August 31, 2011, we filed for relief under chapter 11 of the Bankruptcy Code in this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 24, 2012

                                            DAMIAN MCKINNEY

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 841-1   Filed  03/29/12   Page 18 of 18