NELIGAN FOLEY, LLP
PATRICK J. NELIGAN, JR.
   Texas State Bar No. 14866000
   Admitted *Pro Hac Vice*
JAMES P. MUENKER
   Texas State Bar No. 24002659
   Admitted *Pro Hac Vice*
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301

KLEVANSKY PIPER, LLP
A Limited Liability Law Partnership
SIMON KLEVANSKY   3217-0
ALIKA L. PIPER        6949-0
NICOLE D. STUCKI    9151-0
   841 Bishop Street, Suite 1707
   Honolulu, Hawaii 96813
Telephone: (808) 536-0200
Facsimile: (808) 237-5758
E-Mail: sklevansky@kplawhawaii.com
apiper@kplawhawaii.com; nstucki@kplawhawaii.com

ATTORNEYS FOR DEBTOR

BICKEL & BREWER
WILLIAM A. BREWER III
   Texas State Bar No. 02967035
   Admitted *Pro Hac Vice*
MICHAEL S. GARDNER
   Texas State Bar No. 24002122
   Admitted *Pro Hac Vice*
1717 Main Street, Suite 4800
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1014
E-Mail: wab@bickelbrewer.com; mgardner@bickelbrewer.com

SPECIAL LITIGATION COUNSEL FOR DEBTOR

| | |
|---|---|
| In re<br><br>M WAIKKI LLC,<br><br>    Debtor. | Case No. 11-02371<br>(Chapter 11)<br><br>**DECLARATION OF JAMES E. HALLSTROM, JR.; EXHIBIT "A" (DIRECT TESTIMONY REGARDING THE MARRIOTT WAIKIKI EDITION CLAIM)**<br><br>[REDACTED]<br><br>Hearing Date: April 3, 2012<br>Time:<br><br><br>Judge: Hon. Robert J. Faris<br><br>Related Docket No. 542 |

## DECLARATION OF JAMES E. HALLSTROM, JR.

JAMES E. HALLSTROM, JR. declares, under penalty of perjury, that:

1.     I am the President of The Hallstrom Group, Inc. (THG), and have been retained to serve as an expert regarding issues addressed in the attached "Direct Testimony Regarding the Marriott Waikiki Edition Claim" (the "THG Report").

2.     A true and correct copy of the THG Report is attached hereto as Exhibit "A".

3. The statements and opinion contained therein are based on my personal knowledge, experience, work conducted under my supervision by other THG professionals, and from the list of materials reviewed as set forth in the THG Report.

4. The statements reflect my findings and opinion, and I would so testify if called upon to do so.

5. The purpose of our assignment, as set forth on page 4 of the THG Report, was to ascertain whether the Hotel RevPAR would reach the 90 percent of the competitive set Revenue Index Threshold during the six-year period from 2012 through 2017. This entailed a four-step study process:

1. Analysis of historic, current and anticipated (near to mid-term) ADR, occupancy and RevPAR trends in the relevant market sectors.
2. Forecast of ADR, occupancy and RevPAR levels for the hotels comprising the Competitive Set during the six-year projection period.
3. Forecast of ADR, occupancy and RevPAR levels for the Waikiki Edition Hotel during the six-year projection period.
4. Comparison of Competitive Set[1] and the Hotel forecasts.

6. My primary conclusions, as set forth on pages 2-3 of the THG Report, are as follows:

- Waikiki tourism is in a recovery phase following the 2008-2010 recession, with continuing major growth expected in 2012 in regards to total visitor days and expenditures, and hotel ADR and occupancy, following a strong 2011.

---

[1] The competitive set, agreed to by the parties, is comprised of six specific Oahu hotels: Royal Hawaiian, Moana Surfrider, Halekulani, Ihilani, Waikiki Parc, and Kahala Resort.

- The Marriott management contract defined competitive set of the Waikiki Edition is primarily comprised of the finest hotels on Oahu, several of which have recently completed, or are in the process of completing, extensive renovations. Although hit hard by the recession, this group demonstrated meaningful recovery in 2011, and is expected to show similar, above long-term average market gains in 2012. The set is not anticipated to return to stabilized operating levels until mid-decade.

- The Waikiki Edition is a high-quality, upscale, urban-oriented hotel. However, it is not beach/ocean-front, has some locational, physical, and marketing limitations, and was flagged by a new brand that has yet to establish itself. The Hotel is expected to achieve above general-market gains in ADR and occupancy as it completes it ramping-up over the next three years.

- The Waikiki Edition RevPAR will not reach the 90 percent of the identified competitive set RevPAR threshold.

I, James E. Hallstrom, Jr., do declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: Honolulu, Hawaii, March 23, 2012.

_____
JAMES E. HALLSTROM, JR., MAI, CRE