# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF HAWAII

In re

**M WAIKIKI LLC,**

Debtor.

**Case No. 11-02371**
(**Chapter 11**)

**DECLARATION OF
FRED KLEISNER**

## DECLARATION OF FRED KLEISNER

I, FRED KLEISNER, declare under penalty of perjury, that:

1.     I am a senior advisor, CEO (retired) at Morgans Hotel Group, a publicly traded hospitality company that owns, operates, acquires, develops and redevelops boutique hotels in the United States, Europe and The Middle East.  I have personal knowledge of each of the facts stated in this Declaration, except for those facts stated on information and belief and, as to those facts, I am informed and believe them to be true.

2.     I submit this Declaration on behalf of debtor M Waikiki LLC ("Debtor") in connection with the estimation of Proof of Claim No. 79 (the "Claim"), filed by Marriott Hotel Services, Inc. and Marriott International, Inc. (together, "Marriott").

1

# I.

## ASSIGNMENT AND SCOPE OF WORK

3.      I have been retained by the law firm of Bickel & Brewer, on behalf of Debtor, to review and provide expert analysis with respect to, among other things, the financial performance of the hotel formerly known as the Waikiki EDITION (the "Hotel" or "Waikiki Edition") under Marriott's management.

4.      In addition to relying upon my 48 years of extensive experience in the hospitality industry, I have reviewed a number of documents in this case, including:  (1) the Management Agreement between Debtor and Marriott, dated July 9, 2008 (the "Management Agreement"); (2) the Proof of Claim filed by Marriott; (3) the Affidavit of Catherine Young, sworn to on August 29, 2011, that accompanied and was made part of the Proof of Claim; (4) the memorandum and pro forma prepared by Dana Jacobsohn, a Vice President in Marriott's Development, Planning & Feasibility Group, dated June 24, 2011; (5) the pro forma prepared by Dana Jacobsohn, dated June 28, 2011; (6) financial statements of the Hotel; (7) financial statements of Marriott; (8) Smith Travel Research reports showing the revenue ("RevPAR") performance of Waikiki Edition compared to the hotels with which the Hotel competes;  (9) critiques of the Hotel's former General Manager, (10) the Marketing and Public Relations budget for the hotel, prepared, by the Ian Schrager Company ("ISC") some time in 2008 or 2009

2

(it is undated), (11) the Waikiki Edition Sales and Marketing overview (undated) assumed to have been prepared mid year 2009; (12) the 2010 pre opening stub year 2010 marketing budget as ultimately approved and delineated by source of funding into that which was provided by Marriott (International, Inc.), that which was provided by American Express Cooperative funds, and that which was provided by the Hotel itself (the owners); the recap of the 2010 grand opening party expenses totaling approximately REDACTED REDACTED (13) the 2010 Post Opening Marketing Budget; (14) the undated and assumed as Q1/Q2 2011 Sales Action Plan; (15) the June 8, 2011, Sales Update; (16) the July 11, 2012 Sales Update; (17) the July 18, 2011 Sales Update; and (18) the deposition transcripts of Cathy Young, Dana Jacobsohn, Michael Rock, Tim Miller and Kenneth Rehmann. I have visited The Modern Hotel Honolulu, reviewed the hotel physically, and met with all key department heads, those whose were employed at the opening of the hotel, those who were employed at or prior to the hotel's transition, and those hired after transition.

## II.

## PROFESSIONAL EXPERIENCE AND EXPERTISE

5.     I was the Chief Executive Officer of Morgans Hotel Group (NASDAQ: MHGC) from September 2007 to March 2011, a member of its Board of Directors from February 2006 until March 2011, and Chairman of its Audit

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 845   Filed 03/29/12   Page 3 of 41

Committee of the Board from February 2006 until September 2007. From January 2006 to September 2007, I was the Chairman and Chief Executive Officer of Rex Advisors, LLC, a hotel advisory firm. From March 2000 to August 2005, I was the Chief Executive Officer of Wyndham International, Inc. (NYSE: WYN; AMEX: WBR), a hotel company that owned, leased, managed and franchised hotels and resorts in the U.S., Canada, Mexico, the Caribbean and Europe. I also had served as the Chairman of Wyndham International's board from October 13, 2000. From August 1999 to October 2000, I served as President, and from July 1999 to March 2000, I also served as Chief Operating Officer, of Wyndham International. From May 1995 to March 1998, I was President & COO of Westin Hotels and Resorts Worldwide. From March 1998 to August 1999, I served as President and Chief Operating Officer of The Americas for Starwood Hotels & Resorts Worldwide, Inc. (NYSE: HOT).

6.  My experience in the hospitality industry also includes Westin Hotels and Resorts, where I served as President and Chief Operating Officer from 1995 to 1998; Interstate Hotels Company, one of Marriott International's major franchisees, where I served as Executive Vice President and Group President of Operations from 1990 to 1995; The Sheraton Corporation, where I served as Senior Vice President, Director of Operations, North America Division—East from 1985 to 1990; and Hilton Hotels Corp., where for 16 years I served as General Manager

4

of several landmark hotels, including the Waldorf Astoria and the Waldorf Towers in New York, The Capital Hilton in Washington, D.C., The Hilton Hawaiian Village in Honolulu and the Kona Hilton in Kailua-Kona, Hawaii. I have also served as the President and a director of Hard Rock Hotel Holdings, LLC, the owner of the Hard Rock Hotel & Casino in Las Vegas, from October 2007 to March 2011. The State of Nevada Gaming Commission has approved me "as suitable" to hold a gaming license as a director and officer of casino hotels.

7.     In addition, I have served as a director at Innkeepers USA Trust from November 2007 to August 2011, and as a director of Kindred Healthcare, Inc. (NYSE: KND) since April 2009, where I serve on the audit committee and compliance and quality committee. I have also served as a director of Apollo Residential Mortgage, Inc. (NYSE: AMTG) since 2011, where I also serve as a member of the audit and compensation committees of its Board of Directors.

8.     For SEC purposes, I am qualified as a Financial Expert.

9.     I hold a Bachelor of Arts degree in Hotel Management from Michigan State University, completed advanced studies at the University of Virginia and attended The Catholic University of America.

10.     I share my views based on 48 years of experience in hotels, resorts and hospitality management, all in the full-service, high-end space: upscale, upper upscale and luxury segments. My experience includes extensive exposure and

5

supervision of luxury resorts, in general, and in the Hawaiian Islands, including the Hilton Hawaiian Village Waikiki, the Kona Hilton, Colony Resorts Hawaii, all Westin Resorts Hawaii, all of Sheraton Resorts Hawaii, all of Starwood's Luxury Collection Hawaii, and finally, independent resorts in Hawaii. I have an in-depth understanding and appreciation for the history that abounds in the Hawaiian Islands as well as Hawaii's indigenous culture. My studies included the study of Hawaiiana at the University of Hawaii. I also have extensive knowledge of construction and renovations in Hawaii as well as pre-opening of hotels and resorts in the Hawaiian Islands.

11.     In the boutique and lifestyle space, I supervised the openings of the first six W hotels, including the contract negotiations for the W Hawaii; from 1999 to 2001 I was CEO of the first European, Lifestyle Hotel Company, Mal Maison (a wholly-owned subsidiary of Wyndham International, Inc). From 2007 to 2011, was CEO of the Company that was the creator of the boutique concept in the United States, and premier lifestyle hotel owner and operator, Morgans Hotel Group. Morgans has owned and operated hotels solely in the boutique/lifestyle space since 1984.

12.     I understand the uniqueness of the boutique and lifestyle hotel space, as well as the uniqueness of the Hawaiian Islands and the challenges of combining these two levels of uniqueness.

6

## SUMMARY OF FINDINGS

13.     Marriott's strategy for introducing its new Edition brand and subsequent management of the Waikiki Edition hotel in Hawaii was fatally flawed from the outset in every significant respect – from its pre- and post-opening sales and marketing strategy, to its revenue management, to its management of expenses.  It is significant to note that, to this day, Marriott believes that its management of the Waikiki Edition was proper, and that on reflection, it would not do anything differently.  Therefore, there is no reason to believe that the crushing losses the hotel sustained month after month would not have continued had Marriott continued to manage the hotel.  Even if one were to believe that Marriott would have suddenly reversed its course and began to properly manage the hotel, the financial and operational hole it dug for the hotel was simply too big for the hotel to pass the Management Agreement's performance test in years 2016 and 2017.

14.     Marriott's analysis of its management fees and associated expenses and corresponding profitability is also flawed.  Particularly in the case of immature brands, and their affiliation included in management contracts, there is clearly associated direct expenses associated with receiving management fee revenues.  These expenses traditionally run 35-40% of revenue for all full service hotel

U.S. Bankruptcy Court - Hawaii  #11-02371  Dkt # 845  Filed  03/29/12  Page 7 of 41

management contracts, and as much as 50% with regard to contracts associated with immature brands.

## IV.

## FINDINGS AND OPINIONS

### A.    The Opportunity

15.    On its face, Edition Waikiki should have been a win-win for all stakeholders:

- It had the powerful track record of Marriott Hotels & Resorts Worldwide.  Its reservation system, sales and marketing systems typically drive STR (Smith Travel Associates Market Share Reports) Report indices between 110%-140% of fair market share.

- Edition Waikiki has an excellent location, including its adjacency to the beach, convenience to the transportation system, as well as all of the sites and sounds of Waikiki as the premier beachfront resort destination of the world.

- The building has "good bones" and lent itself well to the construction metamorphoses.

- It offered a significant potential for a public relations "WOW".  Marriott had remained on the sidelines while the other major brands developed their boutique/lifestyle brands, and, while, Hawaii was not the perfect place for Marriott to introduce its boutique lifestyle brand (as Marriott's "development

8

committee" was informed), it presented an excellent opportunity to showcase its resort component of the Brand. Hawaii is at the crossroads of the Pacific, an easy reach for the demand generators in Japan, the balance of Asia and Australia. Hawaii is also an easy reach to, and receives huge demand from, Southern California, where Marriott has a well-established image as a major hotel and resort operator. Hawaii has traditionally been one of the few resort destinations that attract high demand all 12 months of the year.

● Marriott's management, branding, marketing and sales support included a seemingly unbeatable addition: the design, taste making and impresario abilities of Ian Schrager were combined with the highly respected operational (including sales and marketing) capabilities of Marriott.

**B.** **The Reality**

     **1.** **The Edition brand and its entrance**

16. There was a strategic need: how could Marriott – synonymous with absolute *consistency, sameness and tradition* – present itself with a brand that is a departure from this model – a brand that is based on *originality, uniqueness* and a *departure* from, and *challenge to tradition*? To use an analogy, how could Marriott move from being the "cola" to being the "un-cola?" Therefore, how, and in what ways, would the Edition brand advantage itself from the best of Marriott's system and management expertise, and at the same time distinguish itself *both*

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 845   Filed  03/29/12   Page 9 of 41

among Marriott's family of brands and the growingly crowded space of boutique/lifestyle brands?

17.     My review of the documents, and my interviews with the current staff of the hotel reflect that, in fact, Edition, as a brand or in the Hawaiian Islands, was not distinguished in any way. Marriott instead allowed Ian Schrager to take over the brand's definition, and this new hotel, without its traditional regard to process, planning, control, and discipline. Schrager's concept of pre-opening marketing was perhaps best characterized as a secret  "a sneak attack." The buyers in the market place were left with a blind offer, combined with "judicious dolling out" the brand's definition. Employees, while well trained by Ritz Carlton trainers, and armed with flash cards outlining the mission and core values of the Brand, were left with the impression that this was not a hotel to be associated wit Marriott, and a hotel to be *disassociated* with Hawaii. The staff interviewed from the opening period stated they were enthused beyond their expectations by the pre opening training and pep rallies, however were let down when they realized the promised flow of significant high end, "jet set",  "South Beach" (Miami, FL) customers did not in fact occur. One interviewee put this in clear terms: " All those pre opening pep rallies and stuff was just a lot of jive! We opened and after the grand opening there was no business". Another said, " After the opening, the hotel was a ghost town".

18. There was no document that I have reviewed that defines the brand or its ethos – *i.e.*, what it means, what its story is, and what it stands for. The phrase "Compelling design, and compelling Food and Beverage venues" does not define any brand. The construction and pre-opening periods were left to the Schrager create a "buzz" and "sneak attack" approach, from a public relations standpoint. These periods represented a significant opportunity to create the "buzz" in all the feeder markets to Hawaii, particularly in Southern California, but that opportunity was squandered. While I have reviewed significant "Buzz" and "Impressions, there were no resultant revenues to validate that this buzz had permeated the feeder markets to Hawaii, and their demand generators.

19. The "classic" Marriott approach would have had guests from all segments of the market segmentation analysis Marriott uses anxious to experience this new offering from the world of Marriott. It would have included both group and transient segments, and each and every one of their sub-segments. It is notable that in light of the Hotel's 22,200 square feet of meeting space, which includes a 15,000 square foot ballroom, a major opportunity was lost in the apparent absence of any strong booking trends from the incentive meeting market. Furthermore, on the transient side, there is little evidence, and marginal success with the high-end travel agent market, particularly demand generators such as Fine Hotels and Resorts by American Express and Virtuoso. AMEX's Fine Hotels & Resorts never

11

included Edition Waikiki, and Virtuoso's limited actual customer delivery came too little and too late. The marketing strength of Marriott should have prevailed on these producers to give Edition trial on a pre opening basis, with reserved blocks and commitments from: group meeting planners, group incentive companies, high end travel consortia, and high end East and West bound wholesalers. *It did not.*

20.    This was Marriott's first venture outside of its comfort zone. The documents reflect various budgets and no timeline for launch, other than a party in Los Angeles, and only limited pre-opening (confidentially shared) property tours to major public relations sources and demand generators.

21.    To this date I have seen no definitive statement as to what the Edition brand stands for. In the lifestyle space, it is not accommodations that are being sold, it is the "Experience." I have seen nothing that tells the story or shares the ethos of what Edition is and why it is different and better than: W, Andaz, Indigo, Mondrian, Standard, Joi de Vie, and a host of independent boutique and lifestyle hotels. To simply say—as does the former GM of the Hotel—that Edition has a compelling design and is combined with the luxury service platform of Ritz Carlton, falls far short of closing the sale with targeted high-end demand generators and buyers who have sought hotels in the lifestyle space since 1984.

REDACTED

REDACTED

22.     I not only saw a dearth of corporate support, but I have also seen no evidence of cross-selling, particularly with the Marriott resorts in Southern California and Arizona, Marriott's resort cluster domestic and internationally, or with Marriott's luxury brand, Ritz-Carlton.   The absence of involvement by Marriott's senior Sales and Marketing leader in Hawaii was apparent in the documents I reviewed and validated from interviews conducted on the property.

23.   My   review   of   Ritz-Carlton's   Global   Sales   Organization communication of April 12, 2010, which is apparently meant to articulate how REDACTED, reflects a process that would result in, at best, treating the Hotel and the Edition brand as a stepchild.  At worst, it would have REDACTED profile corporate sales efforts, and trade shows, but gets in return, a laundry list of REDACTED Edition management.  Note:  one of the signatures of boutique/lifestyle brands is that there are "no name tags, and no badges."

24.     My analysis of the Edition marketing fund reflects an annualized total, including GLS sales and revenue management, for the year 2010 of REDACTED I have seen no other marketing contribution, and, since this coincides with the marketing contribution from Edition Waikiki, I can only conclude that the total marketing of the Edition brand introduction was on the back of the investors in and owners of the Edition Waikiki.  I have reviewed the Edition brand management year-to-date numbers from Marriott International, Inc. and comment as follows:  of REDACTED in salaries, wages, benefits and controllables spent in 2010, REDACTED was spent on a corporate staff who, for the most part, had departed Marriott by March of 2011, and REDACTED was spent for "professional fees and services," presumably as a fee for, and reimbursables to, Ian Schrager for his services.  That leaves a total of funds actually spent on the Edition brand of REDACTED which is wholly inadequate for a multi-billion dollar company introducing a new and dramatically different luxury brand. I have reviewed other documents that recap the budget and actual spend in PR and marketing prior to opening.  They reflect a reduction in the Marriott contribution to advertising to REDACTED a reduction to approximately REDACTED American Express co-op advertising, an absence of the suggested brand partnerships with REDACTED REDACTED etc. The budget analysis reflects the vast majority of expenditures were born directly by the property, approx REDACTED This amount

included, from a budget of REDACTED, a grand opening party, which ultimately totaled REDACTED.

25.     Finally, with regard to combining the Edition brand with its destination and its culture: Marriott has a stellar track record for presenting its brands first and foremost to both unique and international destinations with total cultural pluralism.  Sadly, Edition chose to present itself in Hawaii by immediately rejecting the unique culture of the islands of Hawaii.  This was evidenced when the hourly employees of the hotel informed the new management that they were discouraged from using the traditional welcome and appreciation statements of "aloha" and "mahalo."  While this may seem a small point, having lived in the Hawaiian islands for five years, and having either managed or supervised the majority of the major hotels on Waikiki Beach over the last 40-plus years, the dependence on people for execution and fulfilling guests' expectations is highly pronounced in Hawaii.  I cannot overstate the offense created by rejecting this core of Hawaiian culture. While I understand from the former GM's comments some REDACTED, this attempt obviously failed in the eyes of the staff. This error was pointed out by several staff interviewed that were employed from the opening of the hotel. They indicated they were told they were not allowed to say Aloha or Mahalo or any traditional Hawaiian language salutations, They stated that their impression was that Edition

was not to be associated in any way with the other full service resorts, or luxury brands of Marriott International. They also stated they were told, "We are not Hawaii, and we are different".

26.     The branding strategy may have created "buzz" for Ian Schrager, but it had no significant impact on pre-opening or post-opening sales and corresponding actual delivered revenue.

**2.     Strategy**

27.     While the introduction of the Edition brand was the most extraordinary departure from tradition since Marriott bridged from Hot Shoppes to Marriott Hotels and Inns, Marriott's strategy and execution was flawed out of the gate.  For a brand so unique and deliberately different from Marriott, the history and documents I have reviewed failed to reflect the appropriate top priority focus as the driving force of Edition's introductory strategy. This is particularly true with regard to the Marriott Regional Office in Hawaii.  The funds allocated by Marriott to make this dramatic departure were inadequate from a resource standpoint to ensure success.   Regional sales, both international and domestic, and public relations were all but absent.  Pre-opening sales were driven from New York City (again, approximately 5,000 miles and five time zones away).

U.S. Bankruptcy Court - Hawaii  #11-02371  Dkt # 845  Filed  03/29/12  Page 16 of 41

28.     While the Edition VP for sales and marketing was assigned temporarily to Honolulu until a property DOSM was hired, the supervision was conducted from New York City with intermittent visits from New York.

29.     Marriott had waited until after W, after Indigo, after Andaz, and after Mondrian were established (indeed, it had made an announcement that Renaissance was going to be its contemporary brand), yet I have not seen documentation that articulated what was different and better than those other brands. My review of the public relations documents and pre-opening plans translate into no more definitive statement than Edition will be "Schrager-esque." While Marriott has traditionally formulated well-disciplined, well-funded strategies with its new brands, in this case, Marriott capitulated this disciplined approach to Ian Schrager, who had none. I found no use of Marriott branding synergies, particularly Ritz-Carlton, J.W. Marriott and Marriott Resorts for cross-marketing and cross selling. This could have extended the loyalties of that portion of their brand loyal clientele, who, at the high-end price point, would stand to lose to W, Andaz and the other lifestyle brands.

30.     My review of the documents that represent minutes of presentations to Marriott's Development Committee reflect there was REDACTED

REDACTED

REDACTED

REDACTED I have seen no documentation that this concern was shared with the owners of the Hotel.

31.    I have also seen no evidence that the Hotel, within Marriott's proprietary reservation system. received appropriate and equal favor in reservationists' displays that answer customer requests for broad information on Marriott's general availability in Hawaii, or generally in Waikiki.  Indeed, actual results would indicate otherwise.  The unbelievable horsepower of Marriott's branding, sales and reservation system was able to occupy its 1310-room Waikiki Beach Resort and Spa (owned by Mass Mutual Life, a major Marriott business relationship)  (*also* just off *and across Kalakua Avenue* from, not Waikiki, but Kuhio Beach, the worst public beaches in the Waikiki district.) in year-to-date period 5 to an occupancy rate of 85.6% and a year end 2010 occupancy rate of 88.1%, and *Marriott's remotely located* (north of Pearl Harbor, and approximately 20 miles from Waikiki) J.W. Marriott Ihilani Resort (owned by Goldman Sachs, another major Marriott business relationship) to an occupancy rate at year end 2010 of 67% and year to date 2011 at 65%.  On the other hand, Edition Waikiki, albeit a stub year in 2010, was occupied at 29.5%, hardly the expected result from the "really positive guest and critical response" at opening that Marriott's CEO

references in the March 2012 edition of Hotels Magazine, and year-to-date period 5 at 44.7%.

32.     Every hotel opening strategy results in a pro forma of operations that is intended to reflect the business expectation and financial results that an owner should expect within a reasonable reach.  In new hotels, this is intended to show at what point such a risk investment will show reasonable returns on that investment. In this regard, I have reviewed the analyses of Dana Jacobsohn, dated June 24, 2011, wherein Ms. Jacobsohn lays out a pro forma analysis from 2012 through 2019, and her June 28, 2011 pro forma covering the same period.  It should be noted that the June 24, 2011, document is a complete and well-prepared pro forma which includes the rationalization for its development.   The June 28, 2011 document, on the other hand, appears to contain only one substantive change – an arbitrary revision to the average daily rate ("ADR") for the years 2012, 2013, 2014 and 2015.  My review of these two documents reflects the following: the June 24 pro forma is a thoughtful analysis that results in a pro forma that is backed up by substantive analysis.  Nowhere in this analysis is a suggestion that the analysis is meant to be a "worst case" scenario.  Indeed, it reads as a "real world" analysis by the writer.  While there are limited parts of her analysis I may disagree with, my disagreement would not be substantive.   My analysis of the June 28, 2011 document is that it is an unrealistic presentation of the expected performance of the

U.S. Bankruptcy Court - Hawaii  #11-02371  Dkt # 845  Filed 03/29/12  Page 19 of 41

Hotel.  Unlike the June 24 pro forma, Ms. Jacobsohn's June 28 document contains no discussion of facts or assumption underlying the projections.  Nor have I seen any document that would support those projections, especially the ADR increases in the years 2012, 2013, 2014 and 2015.  A knowledgeable and impartial reader would conclude, as I have, that Ms. Jacobsohn's June 24 preliminary pro form is a properly prepared and reasonable analysis of the years to come to 2020.  The June 28 pro forma presented by Ms. Jacobsohn, in the absence of documents showing a change in the factual support she relied on to prepared the June 24 pro forma, is not, and is likely intended to give Marriott a basis to argue that it would meet the performance test in 2016 and 2017.  I would emphatically note, however, that based on the Hotel's performance in pre-opening and during Marriott's tenure as manager, and no indication that Marriott had changed its pre opening strategy, there is no chance that the performance test in 2016 and 2017, as stipulated in the Management Agreement, would be successfully met.  The Owner's priority dollar return threshold would not be met, nor will the required 90% REVPAR index be achieved as required for success on the manager's part over these two years.  The hole created post opening, combined with no indication of any change in selling approach, or accelerated use of the Marriott system, was far too great a deficit to raise any expectation of recovery.

U.S. Bankruptcy Court - Hawaii  #11-02371  Dkt # 845  Filed  03/29/12  Page 20 of 41

33.     Marriott's pre-opening flow of support from a distance of 5 time zones and approximately 5,000 miles of separation was limited at best.  I have seen no evidence of aggressive pre-sales on the part of Marriott's corporate sales team or the proper assignment of local sales and catering sales staff.  In the case of catering, the management of the hotel held to a service demand that the Hotel would only accept catering events if the client would allow the hotel to conduct "synchronized service, my view: an impossibility in a 10,000 square foot ballroom. Schrager during this period had his attention diluted by the development of his own brands and the purchase of hotels for his own account.  Schrager also had his own hotel team working side by side with Edition's hotel team in New York.  Neither I.S. International, LLC nor Marriott ensured that the necessary photography was given to the wholesale and high end travel agent market so that the Hotel would be included in the 2010 and 2011 travel programs and brochures of these important sources of business.  This should have been communicated to the project managers pursuant to the Technical Services Agreement.

34.     The result of this failed and/or lack of a strategic approach to Edition's brand introduction resulted in the actual numbers reflected for the stub year 2010 and year-to-date 2011 in Dana Jacobsohn's analysis of June 24, 2011. The Hotel was a revenue disaster, and from a financial increment analysis

U.S. Bankruptcy Court - Hawaii  #11-02371  Dkt # 845  Filed 03/29/12  Page 21 of 41

standpoint, was mismanaged as one views the flow from revenue to house profit and to net operating income.

35.    I have reviewed the critiques of the Hotel's former General Manager and believe that it is notable to address the Hotel's achievement – or more properly stated, lack of achievement – in the area of targeted market segment penetration.  I have reviewed all available documents and find no evidence of positive results from the various pre-opening plans meant to delineate the targeted market segments that would yield the price point targeted in the pro forma.  What I would have expected to see is a marketing plan that is segment by segment, in group and transient, that sets out a plan of attack to maximize collectible sales from these segments, and coincident revenues in 2010 and 2011.  In particular, there is in the group segment an absence of strong group based incentive travel, particularly those that rotate from city to city and resort destination to resort destination.  One of the great reasons for affiliating with an international chain with the significant presence and penetration of Marriott is the ability to trade into the Marriott brand loyal incentive group customers' rotation from a center city to resort and from one resort destination to another.  I have seen no plan to prioritize the solicitation of wholesale business, only lamentations in the former General Manager's critique

REDACTED

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 845   Filed  03/29/12   Page 22 of 41

36.    My review of transient business solicitation reflects a lack of understanding and direction relative to the fact that 90% of the high end westbound business is generated from the 17 cities in North America that have non-stop direct flights to Honolulu. Instead, I found an inordinate focus on the Northeast sector, in particular New York, which has but one flight each day from Newark to Honolulu.

37.    The lack of revenue generated from the group and wholesale travel segments given Ian Schrager's attitude towards those segment. According to the Hotel's former Director of Group Sales, Mr. Schrager told her: "I don't do groups at my hotels." In addition, Mr. Schrager apparently did not know what a "wholesale" segment was, and when explained to him he said, "I don't do that either." The current plan of the Hotel targets the delivery of 16,500 Room nights in-group business in 2012, for 2012. Pre bookings from the previous operator should have provided, from the time the sales effort was established, that 60% of this target was on the "books" as of January 1, 2012. This was not the case.

38.    I also see no adequate plan of attack to seize market share and favor from the high-end transient travel counseling entities and further no results that indicate the efforts of the sales staff were anything but failed. I mentioned two of them previously, however there are many. I have seen no plan of attack (or resulting revenue!) to convert Marriott's national corporate contracts for both small business groups and individual leisure travel solicitation. Lastly I see only a failed

23

plan to maximize favor, trial and return from the Japanese market segment, in particular, the Japanese traveler who is 25-35, single or dual income with no children. This segment is into lifestyle hotels and looks for what is hip, cool and high-vibe *and*, importantly, unlike their grandparents, do not reject rooms with showers as opposed to bath tubs. The only reference to market segmentation reflected in the former General Manager's critique is where he outlines management's apathetic reaction to the default segments of deep discounting – *i.e.*, government rates, airline crews, associate/employee rates and Marriott Rewards redemptions. From my interviews on the property, at the time of transition, the top producing markets for the hotel (under Marriott's sales efforts) were:

1. Expedia.com

2. Government/Military Discounts

3. Marriott Reward redemptions (($129.00 rate), and Marriott Associate rates.

39.     This lack of strategy, combined with a reactionary (as opposed to proactive) approach to sales, has resulted in depressed occupancy and, coincident to that, the panic "dumping" of room rates. This is in the face of successful rate and occupancy records of the full service Marriott resorts in Waikiki and on leeward Oahu. The evidence of this is best shown in the STR data reports. In July 2011, M Waikiki was in seventh place out of seven in its competitive set, with an

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 845   Filed  03/29/12   Page 24 of 41

embarrassing achievement of fair market share at 44.8% and a year-to-date of approximately 50%. I note that such statistics exist; however, I have never come into direct contact with a hotel of any quality of facility or location with such a low achievement. One of Marriott's great strength is found in bringing new hotels to stabilization much faster than independents and lesser brand owners. The five year to three-year "ramp up" mentioned by various executives in the documents I have reviewed fails to note the critical low point from which the "ramp up" starts. I therefore reject any speculation or analysis that this "ramp up" would accelerate in the years from 2012 to 2016 – particularly as regards rate. This is reflected in the General Manager' critique date August 2011: REDACTED

REDACTED

REDACTED The hole created by ineffective rate and revenue positioning is simply too low to warrant a projection of recovery that avoids allowing the owners' right of termination after the 2016/17 test period. Marriott hotels traditionally deliver 100%-140% of fair market share, competitive set after competitive set, and destination after destination. As Dana Jacobsohn cites in her June 24, 2011

communication, REDACTED

REDACTED

REDACTED As one of Ms. Jacobsohn's charts show, as reported on the STR report, the overall performance of Edition Waikiki's competitive set <u>excluding</u> Edition reported a year over year increase and year-to-date April 2011 in RevPAR of a *whopping 17.6%*, while Edition Waikiki continued struggling to gain very little in the way of premium buyers, and found itself stuck with default buyers at deep discounts.

### 3. <u>Sales, Public Relations and Marketing</u>

40. I have reviewed the documents titled "Marketing and Public Relations – Edition," attributed to Ian Schrager Company ("ISC) as a proposal; and "The Waikiki Edition, Sales and Marketing Overview," which, while without attribution, looks to be prepared jointly by the Edition staff in New York City, and the pre-opening Hotel management and sales team. Neither report is dated, but I assume, from the content of both that the Schrager proposal was prepared some time between the Summer of 2008 and Summer of 2009, and further that the Overview by the joint Edition teams was prepared in the summer of 2009. There is no indication in either document as to whether or not any of the initiatives or organizational efforts/recommendations were approved or executed.

41.    There are no updates to these documents, other than budget updates I have referenced previously, reflecting the results generated by actions pursuant to their review.   In the absence of any results review or analysis, I have used the actual results as reported in the financial statements, which I have reviewed, and the critiques of the General Manager (January 2011 through July, 2011) prepared each month after the financial statements were completed.   Based on these actual results, I have concluded that, in general, these documents were either ignored, not approved, altered, or executed in a *de minimis* way.

42.    Notwithstanding the preceding general conclusion, the documents should be commented on in specific terms as to their content, whether acted on or not.   The following are my observations:

a.    **"Marketing & Public Relations – Edition":**

43.    This document is a proposal from Schrager that was either presented to Marriott or to the Hotel's owners for approval or to solicit added opportunities from the Edition brand.   The first few pages are inspirational fluff that state two core goals: REDACTED

REDACTED I am familiar with this and the proposal statement, which follows.   It is that which has been often used by Ian Schrager, including strong PR, limited pre-opening advertising, direct mail (usually one "sexy mailer"), and Schrager's personal list of "Movers and Shakers."

27

To this he adds the assurance of REDACTED
REDACTED While the form has many
of the component parts to drive success, its actual substance, execution and results
tell the story of a deficient market plan based on Ian Schrager's "play book" from
New York -- a plan designed to achieve a strong "buzz," but that resulted in *de*
*minimis* revenues. My review of the follow through and the Hotel's results show
that poor follow-up and execution of the pre-opening proposals for driving
immediate revenue and rapid stabilization of returns. Many of the strategies
actually drove failure. I will be specific in my review of both documents.

44. ISC first proposes REDACTED
REDACTED While PR in New York would have little potential impact on the key
demand generators to Hawaii, there could be benefit to the Edition brand, in
general. Other than one CNN interview featuring Mr. Marriott and Ian Schrager
the promised national TV and cable interviews were limited to this.

45. REDACTED I am very familiar
with this firm, having used them in both London and New York City. It has no
track record for driving exposure to Hawaiian hotels, and while it might be very
strong for London Hotels or even New York hotels, I fail to see the potential of this
recommendation. I have not seen confirmation of its results or an outline of what
it accomplished. The same applies to REDACTED who I have used in

28

New York with totally unacceptable results. A local agency recommendation is made, though I've seen no indication that this actually happened, nor the results of it. Reference is made to a "REDACTED" but no REDACTED REDACTED is offered, nor is there an indication of Mr. Schrager's view of a REDACTED .

46.     An advertising budget proposal is included, totaling approximately

REDACTED

REDACTED From subsequent reports these amounts were significantly reduced. Beyond this, I have reviewed the print schedule recommended and fail to see the benefit of spending a significant portion of the proposed budget on the REDACTED REDACTED particularly Southern California. Southern California is from where the key U.S. demand generators emanate.

47.     Furthermore, the heavy exposures in REDACTED warrants only limited budget attention for image advertising. There is little immediate potential benefit to Edition Waikiki from this. The budget for REDACTED REDACTED is warranted, *if* directed to specific issues of each magazine which focus on island vacations. Other than the placement in REDACTED there is no direct benefit to Waikiki Edition in any of the REDACTED

29

REDACTED International markets, (other than Japan, Korea and China—the demand generators to Hawaii), are *de minimis* at best. The online marketing plan, while appropriate, is what an owner would minimally expect from an affiliation with an international family of brands like Marriott.

48.    There is no indication as to the assignment of responsibility for execution, nor is there indication of actual execution and corresponding results. The packages as outlined (those that are not designated REDACTED) are way over-priced and overly directed to the U.S. market.  An effective one stop package directed to the Japanese market would have been appropriate.  It is traditional in luxury hotels in Japan to offer one stop shopping, which is very upscale for weddings.  No attention is given here, and I have been informed that the Hotel, Edition Corporate Sales and Marriott ultimately ignored the Japanese market - a bad decision.

49.    While the REDACTED outlined in the proposal are appropriate, there is no indication as to whether this happened, and to what extent.  In total, the proposal for pre opening Marketing & PR offered by ISC is more for the opening of a New York Hotel than Hawaii, is ill conceived, with no indication of an approval process or timeline for execution, or a measurement of success. Per interviews with the staff of the hotel, none of this happened.

30

### b. The Waikiki Edition Sales and Marketing Overview

50.    I have reviewed the referenced overview, and while I will comment in specific terms as to each component of this plan, I note that this plan and overview, when compared to the actual results and the General Manager's monthly critiques, is dramatically different from the actual actions taken, assignments made and results achieved.

### (1)    Organizational structure of sales staff

51.    In a leisure dependent market that has success found in garnering strong market share in very specific geographic markets (*i.e.*, Southern California and West Coast, U.S., Texas, and Japan, in particular), this organizational approach was failed from the start because it was directed toward targeted buyer market segments, not by geography, but rather to all markets in each geography. Without knowledge of each individual's selling experience, "time in grade," and track record, the wrong organizational structure, wrongly deployed, understandably produced failed results.

52.    The director of group sales was assigned to marginal markets as well as International-Asia/Pacific (which was ultimately, and incorrectly, ignored, particularly Japan).  This individual should have been assigned to California, Texas and incentive producers in the Midwest only – *i.e.*, send your strength to the area of greatest need and potential.   Asia should have had a dedicated, Japanese-

speaking senior sales executive assigned, one who could identify with the 25-35 year old market from Japan. No one was dedicated to the very important wholesale market. It therefore comes as no surprise that the General Manager critiques REDACTED

REDACTED.

(2)    Competitive set analysis

53.    The competitive set analysis was cursory at best, and the decision from this analysis to arbitrarily select two very high-end independents (Halekulani and Kahala) as the key targets in the competitive set was wrong. The strength of the Marriot family of brands should have turned its sights on taking market share from Starwood's Luxury Collection and Westin Products on Waikiki, and the Alii Tower of the Hilton Hawaiian Village (clearly the most vulnerable in the high end providers of accommodations, due to the "factory" image of the Hilton Hawaiian Village). Marriott's brand and loyalty synergies have consistently garnered market share premiums in the target markets that these hotels cater to.

(3)    The Market and Hawaiian Economic analysis

54.    This analysis/prognostication, very simply put, was wrong, as became evident Dana Jacobsohn's Market and Hawaiian Economy, dated 6/24/11. The Waikiki Edition opened to a significantly rebounding Hawaiian economy, and a competitive set that was growing RevPAR at a double-digit pace. The pre-opening

analysis was not only wrong, it took a defeatist approach that identified this expensive new competitor, affiliated with the strongest family of brands on the planet, as "REDACTED"

        (4)   <u>Positioning</u>

55.   The last two bullet points in this portion of the analysis betray the gravest error on ISC, Edition and Marriott's part:  they elected to REDACTED REDACTED. It defies reason why any owner would elect to affiliate with the Marriott organization, branding and management without the inclusion of the brands' significant market share reach. The owners had an expectation that the strength and power of Marriott's branding, sales and marketing would take Edition Waikiki to an explosive and commanding start in its competitive set.  Not only did this not happen, the potential strength and reach of Marriott was rejected by Edition's Corporate and local management.

        (5)   <u>Segment strategies</u>

56.   This is a strategy of "shotgun blasting" the message to all markets, everywhere.  While this in fact was not fully executed, the critical strategy of impacting high-end retail travel agents failed.  For example, American Express rejected Marriott's effort to have the Waikiki Edition featured in Fine Hotels and Resorts.

57.     The entire segment attention to the very important Japanese market was abbreviated in execution and, in fact, failed.

### 4.     **Operations**

58.     Having said all of this, let us assume that the sales of the Hotel are what they are and were what they were.  Management's obligation in operating a hotel or resort is to be certain that once they have determined the customer that is being targeted by the brand, that the customers' expectations are met—that is to say, to provide the customers what they want, need and expect, *and* determine what they are willing to pay for it.  This is particularly true during cyclical downswings in the economy, financial exigencies, or aberrant business trends that call for immediate action on the part of hotel management.  Since I have already stated that all the components for success of the Hotel existed at the beginning of the venture, I can only conclude that the business trends experienced by the Hotel were not caused by any cyclical downswing in the economy, and were certainly aberrant by comparison to Marriott's sister hotels, and its own head-on competition.

59.     These unacceptable results in revenue can and must be acted upon by management through the aggressive flexing of expenses without compromising what *in fact* the *customer* anticipates.  There is clear evidence that little or no effort was made in this regard.  This is reflected in the critiques of the Hotel's former

34

General Manager.  As an example, the July 2011 critique shows that REDACTED

REDACTED

REDACTED        While I recognize the shortfall was driven disproportionably by a

drop in ADR, disciplined managers react quickly to adhere to an *industry*

*benchmark* that would find no greater than a 50% shortfall is acceptable.  In July of

2011, adherence to this benchmark would have meant REDACTED to the owners of

the Hotel.  This is further shown in the year-to-date numbers, where YTD 2011

through July, the negative flow through from revenue shortfall to house profits

shortfall is slightly over REDACTED

60.    Anecdotally, as I read the former General Manager's critiques, I see

examples such as REDACTED

REDACTED                                                                Not only did this

savings have a *de minimis* effect on recouping shortfalls, but further cut back in the

one area I would never cut back in the Hawaiian Islands.  Visitors come for the

tropical beauty of Hawaii and not just sun and fun at the beach.  They can do that

more or just as easily in Kagoshima, Japan or Daytona Beach, Florida.  Visitors

come to Hawaii to REDACTED

REDACTED                                                Thus, not only did

Marriott not control expenses properly, where it did cut, in certain cases they cut in

the *wrong* areas.

61.     In the areas of salaries and wage adjustments, I have seen no evidence in adjustment from the top – that is, reducing the total number of managers required to operate a 353-room lifestyle hotel.  The total number of managers on opening day was, as reported by current staff, 70-80 managers__, and is now 35. The total number of FTEs on opening day was 350, and is now 248. Managers and associates who were on staff from the opening stated they were confused, and given conflicting instructions once the hotel was open because "there were way too many chiefs."  It is not unusual to accomplish the same level of service and attention to detail through the significant elimination of management positions, exempt positions, and sub management positions, *as opposed to* hourly associates. Associates interviewed reported that shortly after the Grand opening party, their hours were cut significantly.

62.     I have reviewed the cost per occupied room in the Rooms Department as well as cost of goods sold in the Food & Beverage Department and see no reference to or evidence of productivity focus—in particular, a focus on reducing the number of work hours per occupied room in the Rooms Department, the total revenue per server shift in the Hotel's outlets.  Success in the hotel business is consistently found through strict adherence to the adage "only what gets measured gets done." In the critiques and financial statements I have reviewed I see a

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 845   Filed  03/29/12   Page 36 of 41

concerning lack of benchmarking for performance. This lack of focus is the key contributor to the unacceptable 75%-plus negative flow through.

63. In the administration of salaries and benefits in times of financial exigencies, benefits must be closely monitored. During this exact financial exigency period at Edition Waikiki, part-time associates were accorded full-time benefits, as were non-spouses as spouses. Not only is that costly, but hotels facing as challenging circumstances as Edition Waikiki would be monitoring full time hours and eliminating benefits from those who fail to qualify as a full-time employee during any monthly pay period. Edition's management failed in this regard.

64. The Hotel planned, opened and operated a destination club on the premises called Crazy Box. The Crazy Box featured an impactful design atmosphere combined with high vibe, high edge electronic dance music with named DJs. It is clear from the resulting issues with the State Liquor Commission, the Honolulu Police Department, the condominium owners and neighbors in the area that the execution of this club was beyond thoughtless to the point of recklessness. Successful clubs are carefully controlled by management. This starts with the "wranglers," who bring the crowd in, and the DJs who select the electronic music. This careful rifle shot targeting of the right crowd maximizes revenue and the quality of the scene. As the former GM says, REDACTED

REDACTED . This poor decision-making resulted in the socially unacceptable and revenue-compressing issues the club faced in the months after opening. Without question, based on the record of altercations in this venue, the start-up was poor; the "pre opening buzz" brought the wrong crowd and DJs selected the wrong music to attract the targeted audience, which should have been the tastemakers of the island. In addition, the key point of control in any late-evening club is crowd control outside the club. This applies to the arriving crowd who are generally in a queue behind the "velvet rope," as well as the departing crowd as the club closes. Poor selections at each of these junctures showed inadequate security and inadequate supervision, which resulted in the significant curtailment of the club's earning capabilities. This can and should have been avoided by qualified, concerned and hands-on management. Obviously, from the results of the Hotel and the investigation that has been shared with me, Marriott's Edition management not only failed in its obligations as manager, but actually contributed to the problems through the individual managers' "joining the party" with the rest of the crowd in the club. Current staff report that Security staff members and the club management worked against each other. Face book postings reflect bartenders boasting of "punching out guests".

65.     While I am not familiar with the former General Manager of the Hotel, I do know that all General Managers need proper supervision, direction and

38

mentoring. I recognize the fact that the pre opening pep rallies and training was executed very well. However some of the critique I have outlined in this Declaration could have been avoided by proper training of the Hotel's former General Manager and his key staff. Initially the edition team was comprised of highly capable Marriott executives, particularly at the top. Unfortunately, the vast majority of Edition's corporate staff based in New York left in the first quarter of 2011, and was replaced at the top by a senior officer for the Edition brand whose experience in running a business were far sort of his predecessor, He came from a fitness Company where he was CEO, that company declared bankruptcy. This individual came from outside the Marriott organization, notwithstanding the fact that Marriott has deep bench strength of highly capable managers, who could have and should have filled this position. The only explanation I can give for this flawed hire is the individual's close relationship with Ian Schrager. From my view, the Hotel was left on its own, with little or no corporate supervision for the greater part of Marriott's presence in 2011.

66. I have reviewed the budgets and pro formas for the Hotel and, beyond the operating departments, have looked at the overhead departments and find both the Administration and General departments and the Sales and Marketing departments to be excessively provided for, whether viewed as a cost per occupied room, cost per available room, or cost per key. I have seen no evidence of any

39

action plan to bring these two significant expense areas down to a level that meets its peers in Marriott as is cited in Ms. Jacobsohn's analysis of June 24, 2011.

### 5. <u>Marriott's Cost Of Earning Management Fees</u>

67. Finally, Marriott's analysis of lost profits in the form of management fees is flawed because it assumes that it does not incur any costs to earn those fees. To the contrary, particularly in the case of immature brands – such as Edition – and their affiliation included in management contracts, there is clearly associated direct expenses associated with receiving management fee revenues. These expenses traditionally run 35-40% of revenue for all full service hotel management contracts, and as much as 50% with regard to contracts associated with immature brands.

## C. <u>Conclusion</u>

68. Considering all of the facts I have reviewed, including the financial analyses as well as the actual issues of the poorly planned and, in some areas, unexecuted pre-sales effort prior to opening, the poor sales efforts after opening, the Hotel's lack of achievement compared to other Marriott resorts on the island, management's ineffective management of expenses, management's ineffective inculcation of the resort and its team to the islands of Hawaii, and in consideration of Ms. Jacobsohn's Marriott analysis of June 24, 2011; and finally the absence of any change in selling or operating strategy, I have concluded, and would

40

emphatically state there is no chance that the operator would have successfully met the performance test after 2016 and 2017 as set forth in the Management Agreement.

69.    Having spent my entire career in the hotel business, I have diligently and to the best of my ability reviewed all documents that have been made available to me. Based on the fact that the Edition Waikiki began with such potential and so many positive factors that could have and should have altered this Declaration to a celebration of success, I am truly saddened to report as I have. However, the facts are the facts and the numbers speak for themselves.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 24, 2012

_____
FRED KLEISNER