RUSH MOORE LLP
A Limited Liability Law Partnership
SUSAN TIUS 2873-0
737 Bishop Street, Suite 2400
Honolulu, Hawaii 96813-3862
Tel. No. 521-0406
Fax No. 521-0497
E-mail: Stius@rmhawaii.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
CARREN B. SHULMAN
ORI KATZ
30 Rockefeller Plaza
New York, NY 10112-0015
Tel. No. (212) 653-8700
Fax No. (212) 653-8701
E-mail: CShulman@sheppardmullin.com
E-mail: OKatz@sheppardmullin.com

JENNER & BLOCK LLP
DAVID A. HANDZO
JEROME L. EPSTEIN
LINDSAY C. HARRISON
1099 New York Avenue, NW
Washington, DC 20001
Tel. No. (202) 639-6865
Fax No. (202) 661-4956
E-mail: DHandzo@jenner.com
E-mail: LHarrison@jenner.com
E-mail: JEpstein@jenner.com

Attorneys for MARRIOTT INTERNATIONAL, INC.
and MARRIOTT HOTEL SERVICES, INC.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF HAWAII

In Re

M WAIKIKI LLC,

        Debtor.

Case No. 11-02371 (Chapter 11)

**MARRIOTT HOTEL SERVICES, INC. AND MARRIOTT INTERNATIONAL, INC.'S MOTION REGARDING THE CALCULATION OF THE VALUE OF MARRIOTT'S CLAIM**

Related Dkt. # 1154

## MARRIOTT HOTEL SERVICES, INC. AND MARRIOTT INTERNATIONAL, INC.'S MOTION REGARDING THE COURT'S CALCULATION OF THE VALUE OF <u>MARRIOTT'S CLAIM</u>

Marriott Hotel Services, Inc. and Marriott International, Inc. (collectively, "Marriott") respectfully submit this Motion Regarding the Calculation of the Value of Marriott's Claim, pursuant to Federal Rules of Bankruptcy Procedure 9013 and 9024. On May 29, 2012, the Court entered Findings of Fact and Conclusions of Law on Estimation of Marriott Claim [Dkt. #1154] (hereinafter "Estimation Decision"). Marriott <u>does</u> <u>not</u> seek in this Motion for the Court to reconsider its findings of fact or conclusions of law.[1] Rather, Marriott moves for the Court to correct certain errors that appear to have been made in the calculation of the

---

[1] There may be other aspects of the Estimation Decision with which Marriott disagrees, and Marriott reserves its rights to raise those issues at a later time.

amount of Marriott's Claim relating to the application of the Discount Rate.

Specifically, it appears that the Court: (1) applied the Discount Rate to calculate Marriott's damages in January 1, 2011 dollars rather than September 1, 2011 or September 1, 2012 dollars; and (2) applied a 7.5% discount rate to Marriott's estimated costs for the years 2018-2060 while applying a 13.5% discount rate to Marriott's estimated fees for those years. Correction of these errors results in a modified Claim amount of either **$20,665,778** (in September 1, 2011 dollars) or **$22,415,880** (in September 1, 2012 dollars).[2]

## I. Application of Discount Rate as of January 1, 2011 Rather than September 1, 2011 or September 1, 2012

1. First, it appears from the Appendices on Pages 20-23 of the Estimation Decision that the Court discounted Marriott's lost management fees to January 1, 2011, rather than September 1, 2011, or September 1, 2012. In other words, it appears that the Court applied an annual (that is, twelve-month) discount rate of 7.5% to the revenues projected for just the final one-third (that is, the final four months) of 2011.[3] This has a cascading effect on every subsequent year of the

---

[2] Appended to this Motion is an Appendix demonstrating the mathematical calculations employed to arrive at these figures. Concurrent with the filing of this Motion, Marriott is e-mailing the Appendix to Chambers in native format so that the Court can view the formulas in an Excel spreadsheet.

[3] Marriott was able to reconstruct the Court's calculation of the discounted value of the management fees for 2011-2017, but was not able to reconstruct the Court's calculation of the discounted value of the management fees (both base and incentive) for 2018-2060. Based on Marriott's reconstruction of the Court's

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 1190   Filed  05/31/12   Page 3 of 13

calculation, discounting each year of fees for the entire 49 years by an extra eight months.

2.    If this is indeed how the discount rate was applied, this was a calculation error inconsistent with the Court's findings of fact because the Court assumed for purposes of its decision "that the Debtor either (a) committed a total breach of the Management Agreement on August 28, 2011, or (b) will reject the Management Agreement, in which case Marriott would have a claim against the Debtor, pursuant to 11 U.S.C. § 365(g), based on a deemed total breach of the Management Agreement on August 31, 2011." Estimation Decision ¶ 13.  Based on this finding, the Court calculated Marriott's estimated management fee revenues for 2011 at "(4/12) of annual revenues representing the months September, October, November, and December." Estimation Decision at Att. 1 n.3.  To discount Marriott's damages to January 1, 2011 dollars – eight months prior to the commencement of Marriott's claim – would therefore be erroneous.

3.    All witnesses applied the discount rate to arrive at a NPV as of either September 1, 2011 or September 1, 2012 – not January 1, 2011.

4.    Bruce Baltin and Cathy Young both applied the discount rate to arrive at a NPV as of September 1, 2011.  *See* Am. Baltin Report ¶ 5 ("We have

_____

calculation of the discounted value of management fees for 2011-2017, it appears that the Court discounted Marriott's lost management fees to January 1, 2011.

3

discounted this revenue stream to September 1, 2011 dollars using a market derived discount rate."); MHS Ex. 9 (Catherine Young management fee estimation).

5.      It appears that Frank Nardozza applied the discount rate to arrive at a NPV as of September 1, 2012.[4] *See* Nardozza Report ¶ 5 (calculating "the discounted present value of Lost Profits as of September 1, 2012 based on Marriott's own Damages Pro Forma"); *id.* at 22, 24 (calculating the present value of Marriott's Lost Profits at Sept. 1, 2012).

6.      Either September 1, 2011, or September 1, 2012, could be a reasonable date to commence the discounting of Marriott's lost management fees. A discount rate reflects an adjustment of a future stream of revenue to account both for the uncertainty that the revenue will be earned, as well as for the time value of money.  Discounting Marriott's lost management fees to September 1, 2011 would be appropriate to account for uncertainty as to the precise amount of fees Marriott would have earned had it continued to manage the Hotel immediately after the take-over.  On the other hand, discounting to September 1, 2012, would be the more appropriate way to address the issue of the time value of money, because Marriott will not receive either an actual payment or a judgment on which post-

---

[4] Marriott does not possess in native format the back-up for Mr. Nardozza's calculations so it is difficult to say with certainty how he applied the discount rate. However, this is Marriott's hypothesis based on his Report and the paper back-up Marriott received at Mr. Nardozza's deposition.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 1190   Filed  05/31/12   Page 5 of 13

judgment interest will accrue until approximately September 2012 at the earliest. Because the Court elected not to award prejudgment interest, it would certainly be appropriate to discount to September 1, 2012. Nevertheless, the Court might reasonably choose either date, or split the difference.

7.      Accepting the Court's findings of fact regarding revenues and the appropriate discount rate as a given, but discounting Marriott's lost management fees to September 1, 2011, rather than January 1, 2011, Marriott has calculated its base management fee revenue to be $16,343,030 and its incentive management fee revenue to be $524,942.

8.      Accepting the Court's findings of fact regarding revenues and the appropriate discount rate as a given, but discounting Marriott's lost management fees to September 1, 2012, Marriott has calculated its base management fee revenue to be $18,132,389 and its incentive management fee revenue to be $595,809.

**II.     Application of the Same Discount Rate to Costs and Revenues**

9.      The second calculation issue relates to the application of the discount rate to the costs avoided by Marriott as a result of the Debtor's assumed breach. The Court appears to have applied one discount rate to the estimated fee revenues to be earned in years 2018-2060 and a different discount rate to the avoided costs to be incurred in those years.

5

10.     The Court accepted Mr. Baltin's calculation of the NPV of Marriott's avoided costs over the entire contract term. *See* Estimation Decision at 8. Mr. Baltin applied a 7.5% discount rate for all years from 2011-2060 to arrive at the NPV of those costs. *See* Am. Baltin Report ¶ 141. That is the same discount rate he applied to the base management fees he estimated Marriott would earn over that period. *Id.* ¶ 136.

11.     Like Mr. Baltin, the Court applied a 7.5% discount rate to Marriott's lost revenues for the years 2011-2017, but unlike Mr. Baltin, the Court applied a 13.5% discount rate to Marriott's lost revenues for the years 2018-1060. The Court found that this was the appropriate discount rate in order to account for the risk that the performance test might be triggered, and thus, that Marriott would not have the opportunity to earn any fees beyond the seventh year. *See* Estimation Decision at 11. However, if Marriott is not earning fees as manager, Marriott is not incurring costs as manager; the risk that Marriott may not earn the projected revenues for years 2018-2060 should therefore be the same as the risk that Marriott may not incur costs in the course of earning that revenue. Accordingly, the same 13.5% discount rate for revenue estimated to be earned from 2018-2060 should be applied to the costs estimated to be incurred during those years.

12.     Accepting the Court's findings of fact regarding costs and the appropriate discount rate as a given, but applying the Court's 13.5% discount rate

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 1190   Filed  05/31/12   Page 7 of 13

to costs for the years 2018-2060, and discounting those costs to September 1, 2011, Marriott has calculated its avoided costs to be $1,055,103 rather than $1,988,493.

13.    If Marriott's avoided costs are instead discounted to September 1, 2012, Marriott has calculated its avoided costs at $1,165,237.

* * * * *

14.    If the Court were to correct both of these calculation issues and apply the discount rate as of September 1, 2011, the net effect would be to amend the Estimation Decision from an estimated claim of $18,473,805.25 to **$20,665,778**.

15.    If the Court were to correct both of these calculation issues and apply the discount rate as of September 1, 2012, the net effect would be to amend the Estimation Decision from an estimated claim of $18,473,805.25 to **$22,415,880**.

## CONCLUSION

For the foregoing reasons, Marriott respectfully requests that the Court grant Marriott's Motion Regarding the Calculation of the Value of Marriott's Claim.

DATED:  Honolulu, Hawaii, May 31, 2012.

/s/ Susan Tius
SUSAN TIUS
Attorney for MARRIOTT
INTERNATIONAL, INC. and
MARRIOTT HOTEL SERVICES,
INC.

7

DATED:  San Francisco, California, May 31, 2012.

/s/ Ori Katz
ORI KATZ
Attorney for MARRIOTT
INTERNATIONAL, INC. and
MARRIOTT HOTEL SERVICES,
INC.

DATED:  Washington, DC, May 31, 2012.

/s/ Lindsay C. Harrison
LINDSAY C. HARRISON
Attorney for MARRIOTT
INTERNATIONAL, INC. and
MARRIOTT HOTEL SERVICES,
INC.

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 1190   Filed  05/31/12   Page 9 of 13

## Appendix

**The Court's Findings Before Discounting**

| Calendar Year | Base Mgmt Fees | Incentive Fees | Incremental Costs | Discount Rate |
|---|---|---|---|---|
| 2011 | 253,000.00 | - | 33,333 | 7.50% |
| 2012 | 970,484.51 | - | 103,000 | 7.50% |
| 2013 | 1,153,903.53 | - | 106,090 | 7.50% |
| 2014 | 1,417,232.36 | - | 109,273 | 7.50% |
| 2015 | 1,798,462.64 | - | 112,551 | 7.50% |
| 2016 | 1,852,889.68 | - | 115,927 | 7.50% |
| 2017 | 1,906,724.62 | - | 119,405 | 7.50% |
| 2018 | 2,020,069.14 | - | 122,987 | 13.50% |
| 2019 | 2,311,848.91 | - | 126,677 | 13.50% |
| 2020 | 2,383,336.37 | - | 130,477 | 13.50% |
| 2021 | 2,452,664.47 | - | 134,392 | 13.50% |
| 2022 | 2,526,244.40 | - | 138,423 | 13.50% |
| 2023 | 2,602,031.73 | - | 142,576 | 13.50% |
| 2024 | 2,680,092.68 | - | 146,853 | 13.50% |
| 2025 | 2,760,495.46 | - | 151,259 | 13.50% |
| 2026 | 2,843,310.33 | - | 155,797 | 13.50% |
| 2027 | 2,928,609.64 | - | 160,471 | 13.50% |
| 2028 | 3,016,467.93 | - | 165,285 | 13.50% |
| 2029 | 3,106,961.97 | - | 170,243 | 13.50% |
| 2030 | 3,200,170.82 | - | 175,351 | 13.50% |
| 2031 | 3,296,175.95 | - | 180,611 | 13.50% |
| 2032 | 3,395,061.23 | - | 186,029 | 13.50% |
| 2033 | 3,496,913.06 | - | 191,610 | 13.50% |
| 2034 | 3,601,820.46 | 96,253.13 | 197,359 | 13.50% |
| 2035 | 3,709,875.07 | 244,828.22 | 203,279 | 13.50% |
| 2036 | 3,821,171.32 | 397,860.57 | 209,378 | 13.50% |
| 2037 | 3,935,806.46 | 555,483.88 | 215,659 | 13.50% |
| 2038 | 4,053,880.66 | 717,835.90 | 222,129 | 13.50% |
| 2039 | 4,175,497.07 | 885,058.48 | 228,793 | 13.50% |
| 2040 | 4,300,761.99 | 1,057,297.73 | 235,657 | 13.50% |
| 2041 | 4,429,784.85 | 1,234,704.16 | 242,726 | 13.50% |
| 2042 | 4,562,678.39 | 1,417,432.79 | 250,008 | 13.50% |
| 2043 | 4,699,558.74 | 1,605,643.27 | 257,508 | 13.50% |
| 2044 | 4,840,545.51 | 1,799,500.07 | 265,234 | 13.50% |
| 2045 | 4,985,761.87 | 1,999,172.57 | 273,191 | 13.50% |
| 2046 | 5,135,334.73 | 2,204,835.25 | 281,386 | 13.50% |
| 2047 | 5,289,394.77 | 2,416,667.81 | 289,828 | 13.50% |
| 2048 | 5,448,076.61 | 2,634,855.34 | 298,523 | 13.50% |
| 2049 | 5,611,518.91 | 2,859,588.50 | 307,478 | 13.50% |
| 2050 | 5,779,864.48 | 3,091,063.66 | 316,703 | 13.50% |
| 2051 | 5,953,260.41 | 3,329,483.07 | 326,204 | 13.50% |
| 2052 | 6,131,858.22 | 3,575,055.06 | 335,990 | 13.50% |
| 2053 | 6,315,813.97 | 3,827,994.21 | 346,070 | 13.50% |
| 2054 | 6,505,288.39 | 4,088,521.54 | 356,452 | 13.50% |
| 2055 | 6,700,447.04 | 4,356,864.68 | 367,145 | 13.50% |
| 2056 | 6,901,460.45 | 4,633,258.12 | 378,160 | 13.50% |
| 2057 | 7,108,504.27 | 4,917,943.37 | 389,504 | 13.50% |
| 2058 | 7,321,759.40 | 5,211,169.17 | 401,190 | 13.50% |
| 2059 | 7,541,412.18 | 5,513,191.74 | 413,225 | 13.50% |
| 2060 | 5,178,695.28 | 3,886,248.30 | 283,748 | 13.50% |
| Total | 198,412,982.93 | 68,557,810.59 | 11,071,146 | |

U.S. Bankruptcy Court - Hawaii   #11-02371   Dkt # 1190   Filed  05/31/12   Page 10 of 13

| Years to Discount | Base Fees | Incentive Fees | Costs | TOTAL |
|---|---|---|---|---|
| Valuation Date | | | 1/1/2011 | |
| 1 | 235,349 | - | 31,008 | |
| 2 | 839,792 | - | 89,129 | |
| 3 | 928,847 | - | 85,398 | |
| 4 | 1,061,224 | - | 81,823 | |
| 5 | 1,252,735 | - | 78,398 | |
| 6 | 1,200,601 | - | 75,116 | |
| 7 | 1,149,288 | - | 71,972 | |
| 8 | 733,499 | - | 44,657 | |
| 9 | 739,600 | - | 40,526 | |
| 10 | 671,779 | - | 36,777 | |
| 11 | 609,093 | - | 33,375 | |
| 12 | 552,745 | - | 30,287 | |
| 13 | 501,610 | - | 27,485 | |
| 14 | 455,206 | - | 24,943 | |
| 15 | 413,094 | - | 22,635 | |
| 16 | 374,878 | - | 20,541 | |
| 17 | 340,198 | - | 18,641 | |
| 18 | 308,726 | - | 16,916 | |
| 19 | 280,165 | - | 15,351 | |
| 20 | 254,247 | - | 13,931 | |
| 21 | 230,726 | - | 12,642 | |
| 22 | 209,382 | - | 11,473 | |
| 23 | 190,012 | - | 10,412 | |
| 24 | 172,433 | 4,608 | 9,448 | |
| 25 | 156,481 | 10,327 | 8,574 | |
| 26 | 142,005 | 14,786 | 7,781 | |
| 27 | 128,868 | 18,188 | 7,061 | |
| 28 | 116,946 | 20,708 | 6,408 | |
| 29 | 106,128 | 22,495 | 5,815 | |
| 30 | 96,310 | 23,677 | 5,277 | |
| 31 | 87,400 | 24,361 | 4,789 | |
| 32 | 79,314 | 24,640 | 4,346 | |
| 33 | 71,977 | 24,592 | 3,944 | |
| 34 | 65,318 | 24,282 | 3,579 | |
| 35 | 59,276 | 23,768 | 3,248 | |
| 36 | 53,792 | 23,095 | 2,947 | |
| 37 | 48,816 | 22,303 | 2,675 | |
| 38 | 44,300 | 21,425 | 2,427 | |
| 39 | 40,201 | 20,486 | 2,203 | |
| 40 | 36,482 | 19,511 | 1,999 | |
| 41 | 33,107 | 18,516 | 1,814 | |
| 42 | 30,045 | 17,517 | 1,646 | |
| 43 | 27,265 | 16,525 | 1,494 | |
| 44 | 24,743 | 15,551 | 1,356 | |
| 45 | 22,454 | 14,600 | 1,230 | |
| 46 | 20,377 | 13,680 | 1,117 | |
| 47 | 18,492 | 12,793 | 1,013 | |
| 48 | 16,781 | 11,944 | 919 | |
| 49 | 15,228 | 11,133 | 834 | |
| 50 | 9,214 | 6,914 | 505 | |
| | | | | |
| Total Present Value | 15,256,549 | 482,424 | 987,891 | 14,751,083 |

# Appendix

| Year to Discount | Valuation Date | | 9/1/2011 | |
| | Base Fees | Incentive Fees | Costs | TOTAL |
|---|---|---|---|---|
| 0.333 | 246,980 | - | 32,540 | |
| 1.333 | 881,295 | - | 93,534 | |
| 2.333 | 974,751 | - | 89,619 | |
| 3.333 | 1,113,670 | - | 85,867 | |
| 4.333 | 1,314,645 | - | 82,273 | |
| 5.333 | 1,259,935 | - | 78,829 | |
| 6.333 | 1,206,086 | - | 75,529 | |
| 7.333 | 798,145 | - | 48,593 | |
| 8.333 | 804,783 | - | 44,098 | |
| 9.333 | 730,986 | - | 40,018 | |
| 10.333 | 662,775 | - | 36,316 | |
| 11.333 | 601,461 | - | 32,957 | |
| 12.333 | 545,819 | - | 29,908 | |
| 13.333 | 495,325 | - | 27,141 | |
| 14.333 | 449,502 | - | 24,630 | |
| 15.333 | 407,918 | - | 22,352 | |
| 16.333 | 370,181 | - | 20,284 | |
| 17.333 | 335,935 | - | 18,407 | |
| 18.333 | 304,857 | - | 16,704 | |
| 19.333 | 276,655 | - | 15,159 | |
| 20.333 | 251,061 | - | 13,757 | |
| 21.333 | 227,835 | - | 12,484 | |
| 22.333 | 206,758 | - | 11,329 | |
| 23.333 | 187,631 | 5,014 | 10,281 | |
| 24.333 | 170,273 | 11,237 | 9,330 | |
| 25.333 | 154,521 | 16,089 | 8,467 | |
| 26.333 | 140,226 | 19,791 | 7,684 | |
| 27.333 | 127,253 | 22,533 | 6,973 | |
| 28.333 | 115,481 | 24,478 | 6,328 | |
| 29.333 | 104,798 | 25,763 | 5,742 | |
| 30.333 | 95,103 | 26,508 | 5,211 | |
| 31.333 | 86,305 | 26,811 | 4,729 | |
| 32.333 | 78,321 | 26,759 | 4,292 | |
| 33.333 | 71,075 | 26,423 | 3,894 | |
| 34.333 | 64,500 | 25,863 | 3,534 | |
| 35.333 | 58,533 | 25,131 | 3,207 | |
| 36.333 | 53,118 | 24,269 | 2,911 | |
| 37.333 | 48,204 | 23,313 | 2,641 | |
| 38.333 | 43,745 | 22,292 | 2,397 | |
| 39.333 | 39,698 | 21,230 | 2,175 | |
| 40.333 | 36,025 | 20,148 | 1,974 | |
| 41.333 | 32,693 | 19,061 | 1,791 | |
| 42.333 | 29,668 | 17,982 | 1,626 | |
| 43.333 | 26,923 | 16,921 | 1,475 | |
| 44.333 | 24,433 | 15,887 | 1,339 | |
| 45.333 | 22,172 | 14,885 | 1,215 | |
| 46.333 | 20,121 | 13,921 | 1,103 | |
| 47.333 | 18,260 | 12,996 | 1,001 | |
| 48.333 | 16,571 | 12,114 | 908 | |
| 49.333 | 10,026 | 7,523 | 549 | |
| | | | | |
| Total Present Value | 16,343,030 | 524,942 | 1,055,103 | 15,812,869 |

# Appendix

| | Valuation Date | | 9/1/2012 | |
| --- | --- | --- | --- | --- |
| Year to Discount | Base Fees | Incentive Fees | Costs | TOTAL |
| 0 | 253,000 | - | 33,333 | |
| 0.333 | 962,787 | - | 102,183 | * |
| 1.333 | 1,047,857 | - | 96,340 | |
| 2.333 | 1,197,196 | - | 92,307 | |
| 3.333 | 1,413,244 | - | 88,443 | |
| 4.333 | 1,354,430 | - | 84,741 | |
| 5.333 | 1,296,542 | - | 81,194 | |
| 6.333 | 905,894 | - | 55,153 | |
| 7.333 | 913,429 | - | 50,051 | |
| 8.333 | 829,669 | - | 45,421 | |
| 9.333 | 752,249 | - | 41,219 | |
| 10.333 | 682,658 | - | 37,406 | |
| 11.333 | 619,505 | - | 33,945 | |
| 12.333 | 562,194 | - | 30,805 | |
| 13.333 | 510,184 | - | 27,955 | |
| 14.333 | 462,987 | - | 25,369 | |
| 15.333 | 420,155 | - | 23,022 | |
| 16.333 | 381,286 | - | 20,892 | |
| 17.333 | 346,013 | - | 18,959 | |
| 18.333 | 314,003 | - | 17,206 | |
| 19.333 | 284,954 | - | 15,614 | |
| 20.333 | 258,593 | - | 14,169 | |
| 21.333 | 234,670 | - | 12,859 | |
| 22.333 | 212,961 | 5,691 | 11,669 | |
| 23.333 | 193,259 | 12,754 | 10,589 | |
| 24.333 | 175,381 | 18,261 | 9,610 | |
| 25.333 | 159,156 | 22,463 | 8,721 | |
| 26.333 | 144,433 | 25,575 | 7,914 | |
| 27.333 | 131,071 | 27,782 | 7,182 | |
| 28.333 | 118,945 | 29,241 | 6,518 | |
| 29.333 | 107,942 | 30,086 | 5,915 | |
| 30.333 | 97,956 | 30,431 | 5,367 | |
| 31.333 | 88,894 | 30,371 | 4,871 | |
| 32.333 | 80,670 | 29,990 | 4,420 | |
| 33.333 | 73,207 | 29,354 | 4,011 | |
| 34.333 | 66,435 | 28,524 | 3,640 | |
| 35.333 | 60,289 | 27,545 | 3,303 | |
| 36.333 | 54,711 | 26,460 | 2,998 | |
| 37.333 | 49,650 | 25,301 | 2,721 | |
| 38.333 | 45,057 | 24,096 | 2,469 | |
| 39.333 | 40,889 | 22,868 | 2,240 | |
| 40.333 | 37,106 | 21,634 | 2,033 | |
| 41.333 | 33,673 | 20,409 | 1,845 | |
| 42.333 | 30,558 | 19,206 | 1,674 | |
| 43.333 | 27,731 | 18,032 | 1,520 | |
| 44.333 | 25,166 | 16,895 | 1,379 | |
| 45.333 | 22,838 | 15,800 | 1,251 | |
| 46.333 | 20,725 | 14,751 | 1,136 | |
| 47.333 | 18,808 | 13,749 | 1,031 | |
| 48.333 | 11,379 | 8,539 | 623 | |
| | | | | |
| Total Present Value | 18,132,389 | 595,809 | 1,165,237 | 17,562,961 |

* 2/3 of the amounts are not discounted and 1/3 of the amount is
discounted for 1/3 of the year.